UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JANE DOE,

                Plaintiff,           Civil Case No.: 1:23-cv-06418

        v.

LEON BLACK,                    **NOTICE OF MOTION**

                Defendant.
------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, Plaintiff Jane Doe ("Plaintiff"), by and through her attorneys, Wigdor LLP, shall move for entry of an Order granting Plaintiff's Motion to Proceed Anonymously.

**PLEASE TAKE FURTHER NOTICE** that the moving party shall rely upon the accompanying Motion and Incorporated Memorandum of Law in support thereof.

Dated: August 10, 2023
       New York, New York            Respectfully submitted,

                                             **WIGDOR LLP**

                                             By: _____
                                                   Jeanne M. Christensen

                                           85 Fifth Avenue
                                           New York, NY 10003
                                           Telephone: (212) 257-6800
                                           Facsimile: (212) 257-6845
                                           jchristensen@wigdorlaw.com

                                           *Counsel for Plaintiff*