UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JANE DOE,

                  Plaintiff,    Civil Case No.: 1:23-cv-06418

      v.

LEON BLACK,    **PROPOSED ORDER**

                  Defendant.
------------------------------------------------------------ X

        Upon good cause shown, the request of Plaintiff to proceed using the pseudonym "Jane Doe" is GRANTED.

Date: _____    _____

                                                                 Hon. Jessica G.L. Clarke,
                                                                     U.S.D.J.