UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JANE DOE,                                              :
                                                       :
                Plaintiff,             :   Civil Case No.: 1:23-cv-06418
                                                       :
    v.                                               :
                                                       :
LEON BLACK,                                            :
                                                       :
                Defendant.            :
                                                       :
-------------------------------------------------------------- X

        **PLEASE TAKE NOTICE** that Meredith A. Firetog of Wigdor LLP hereby enters her appearance as counsel on behalf of Plaintiff Jane Doe in the above-captioned matter.

Dated: August 11, 2023
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
      Meredith A. Firetog

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mfiretog@wigdorlaw.com

*Counsel for Plaintiff*