UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

        *Plaintiff,*

    v.

LEON BLACK,

        *Defendant.*

Case No. 1:23-cv-06418-JGLC

**NOTICE OF APPEARANCE**

To the Clerk of the Court and All Counsel of Record:

    Please enter my appearance on behalf of Defendant Leon Black in the above-captioned matter. This appearance is on a limited basis to respond to Plaintiff's motion to proceed anonymously and by entering such an appearance, Defendant does not waive any and all rights and defenses available to him.

    I hereby certify that I am a member in good standing of the bar of this Court.

Dated: August 14, 2023
       New York, New York

Respectfully submitted,

*/s/ Peter A. Gwynne*
Peter A. Gwynne
PERRY LAW
157 East 86th Street, 4th Floor
New York, NY 10028
Email: pgwynne@danyaperrylaw.com
Telephone: (646) 357-9952
Facsimile: (646) 849-9609

*Attorney for Defendant Leon Black*