UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    *Plaintiff,*<br><br>         v.<br><br>LEON BLACK,<br><br>                    *Defendant.* | Case No. 1:23-cv-06418-JGLC<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and All Counsel of Record:

Please enter my appearance on behalf of Defendant Leon Black in the above-captioned matter. This appearance is on a limited basis to respond to Plaintiff's motion to proceed anonymously and by entering such an appearance, Defendant does not waive any and all rights and defenses available to him.

I hereby certify that I am a member in good standing of the bar of this Court.

Dated: New York, New York
         August 14, 2023

By:

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*/s/ Michael B. Carlinsky*
Michael B. Carlinsky
51 Madison Avenue
22nd Floor
New York, New York 10010
Tel: (212) 849-7000
michaelcarlinsky@quinnemanuel.com

*Counsel for Defendant Leon Black*

1