**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANE DOE,

                  *Plaintiff,*

        v.

LEON BLACK,

                  *Defendant.*

Case No. 1:23-cv-06418-JGLC

**NOTICE OF APPEARANCE**

To the Clerk of the Court and All Counsel of Record:

       Please enter my appearance on behalf of Defendant Leon Black in the above-captioned matter. This appearance is on a limited basis to respond to Plaintiff's motion to proceed anonymously and by entering such an appearance, Defendant does not waive any and all rights and defenses available to him.

       I hereby certify that I am a member in good standing of the bar of this Court.

Dated: New York, New York
       August 14, 2023

                        QUINN EMANUEL URQUHART &
                        SULLIVAN, LLP

           By:

                        */s/ Jennifer J. Barrett*
                        Jennifer J. Barrett
                        51 Madison Avenue
                        22nd Floor
                        New York, New York 10010
                        Tel: (212) 849-7000
                        jenniferbarrett@quinnemanuel.com

                        *Counsel for Defendant Leon Black*