# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

        *Plaintiff,*

        v.

LEON BLACK,

        *Defendant.*

Case No. 1:23-cv-06418-JGLC

## **DECLARATION OF E. DANYA PERRY**

I, E. DANYA PERRY, do hereby declare under penalty of perjury that the following is true and correct:

1.      My name is E. Danya Perry. I am the founding partner of Perry Law and an attorney licensed to practice law in the state of New York. I am also admitted to practice law in this court.

2.      I respectfully submit this declaration in support of Defendant's Memorandum in Response to Plaintiff's Motion to Proceed Anonymously (the "Motion"). I am fully familiar with all matters set forth in this Declaration based on personal knowledge about the facts and matters below.

3.      On July 27, 2023 at 5:44 pm, a paralegal at Wigdor LLP ("Wigdor") emailed me a copy of the summons and complaint in the above-captioned matter. She asked me to confirm if I would accept service on behalf of Leon Black. The paralegal copied two attorneys from Wigdor, Jeanne Christensen and Renan Varghese, on this email.

4.      I replied to the paralegal, Ms. Christensen and Mr. Varghese the next morning, July 28, 2023, at 7:26 am.  I told them that Mr. Black was "willing to accept service on the condition that we are given until September 29, 2023 to answer or otherwise respond."

2

5.  To date, no one from Widgor has responded to my email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York, on August 14, 2023.

By: _____
E. Danya Perry
PERRY LAW
157 East 86th Street, 4th Floor
New York, NY 10028
Email: dperry@danyaperrylaw.com
Telephone: (646) 357-9950
Facsimile: (646) 849-9609

*Attorney for Defendant Leon Black*

2