

PETER A. GWYNNE
646-357-9952 PHONE
pgwynne@danyaperrylaw.com EMAIL



August 25, 2023

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge Southern District of New York
500 Pearl St., Courtroom, 20C
New York, NY 10007

**Re: Doe v. Black: Case No. 1:23-cv-06418-JGLC**

Dear Judge Clarke:

We represent defendant Leon Black ("Defendant") in the above-referenced matter. We respectfully request that the Court extend Defendant's deadline to answer, move, or otherwise respond to the plaintiff's complaint to September 29, 2023.

The plaintiff's complaint was filed on July 25, 2023. Defendant's counsel accepted service of the summons and complaint, on Defendant's behalf, in this matter on August 24, 2023, which, pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, would otherwise make Defendant's original response deadline September 14, 2023.

Plaintiff's counsel consents to this requested extension of Defendant's response deadline, which will permit Defendant's counsel to further investigate and the parties to communicate regarding plaintiff's allegations. There have been no prior extensions. There is currently an initial pretrial conference scheduled for October 19, 2023, at 3:00 p.m. (ECF Doc. No. 5.)

Application GRANTED. Defendant shall answer, move or otherwise respond to the Complaint by **September 29, 2023**.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 28, 2023
         New York, New York

Very truly yours,

Peter A. Gwynne

cc: All counsel of record (by ECF)

157 East 86th Street, 4th Floor, New York, NY 10028
646-974-0935 PHONE | 646-849-9609 FAX | www.danyaperrylaw.com WEBSITE