UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

        *Plaintiff,*

v.

LEON D. BLACK,

        *Defendant.*

Index No. 1:23-cv-06418-JGLC

**MOTION FOR ADMISSION PRO HAC VICE**

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Susan Estrich hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Leon D. Black in the above-captioned action.

I am a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Date: Aug. 30, 2023

Respectfully submitted,

*Susan Estrich*
Susan Estrich
ESTRICH GOLDIN LLP
947 Berkeley Street
Santa Monica, CA 90403
(212) 399-2132
susan@estrichgoldin.com

*Attorney for Defendant Leon Black*