UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

    *Plaintiff,*

  v.

LEON D. BLACK,

    *Defendant.*

Index No. 1:23-cv-06418-JGLC

**AFFIDAVIT OF SUSAN ESTRICH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Susan Estrich, being duly sworn, hereby depose and say as follows:

1. I am a Partner with the law firm of Estrich Goldin LLP and counsel for Defendant Leon Black. I have personal knowledge of the facts in this declaration, and if called and sworn as a witness, I would competently testify to these facts. I respectfully submit this declaration in support of this motion for my admission *pro hac vice* for the purposes of the above-captioned case.

2. I am a member in good standing of the Bar of the State of California. My California State Bar Number is 124009. Attached as **Exhibit A** is a true and correct copy of a Certificate of Good Standing issued by the Clerk of the Supreme Court of the State of California within the past 30 days.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I am familiar with the standards of professional conduct imposed on members of the New York Bar, including the rules governing the conduct of attorneys and the New York Rules

1

of Professional Conduct. I will abide by those standards in my representation of Defendant in this case.

Date: Aug. 30, 2023

*Susan Estrich*
Susan Estrich
ESTRICH GOLDIN LLP
947 Berkeley Street
Santa Monica, CA 90403
(212) 399-2132
susan@estrichgoldin.com

*Attorney for Defendant Leon Black*

State of California )
                    )ss.:
County of Los Angeles )

On the 30 day of August in the year 2023, before me, the undersigned notary public, personally appeared Susan Estrich, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public



VADIM POGREBITSKY
Notary Public - California
Los Angeles County
Commission # 2328884
My Comm. Expires Jun 16, 2024