UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

        *Plaintiff*,

        v.

LEON D. BLACK,

        *Defendant*.

Index No. 1:23-cv-06418-JGLC

**ORDER FOR ADMISSION PRO HAC VICE**

    The motion of **Susan Estrich**, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

    Susan Estrich
    Estrich Goldin LLP
    947 Berkeley Street, Santa Monica, CA 90403
    (212) 399-2132

Applicant has requested admission Pro Hac Vice to appear for all purposes as counsel for Leon D. Black in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in in the United States District for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including rules governing discipline of attorneys.

    Dated: _____.

                                                  Hon. Jessica G. L. Clarke