UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>              PLAINTIFF,<br><br>-AGAINST-<br><br>LEON BLACK,<br><br>              DEFENDANT. | Case No. 23-cv-06418-JGLC<br><br>**NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and all prior pleadings and proceedings in this action, Defendant Leon Black, by his undersigned counsel, will move this Court on a date to be determined by the Court for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiff Jane Doe's Complaint with prejudice, along with all other relief that the Court deems necessary and proper.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be served in accordance with Local Civil Rule 6.1.

Respectfully submitted,

Dated: September 29, 2023
       New York, New York

By: */s/ Michael B. Carlinksy*
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
Michael B. Carlinsky
Jennifer J. Barrett
51 Madison Avenue
22nd Floor
New York, New York 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
jenniferbarrett@quinnemanuel.com

PERRY LAW
E. Danya Perry
Peter A. Gwynne

157 East 86th St., 4th Floor  
New York, NY 10028  
(646) 357-9952  
dperry@danyaperrylaw.com  
pgwynne@danyaperrylaw.com  

ESTRICH GOLDIN LLP  
Susan Estrich (*pro hac vice*)  
947 Berkeley St.  
Santa Monica, CA 90403  
(213) 399-2132  
susan@estrichgoldin.com  

*Counsel for Defendant Leon Black*

TO: All parties and counsel of record (via ECF)