UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

    -against-                           23-CV-6418 (JGLC)

LEON BLACK,                          **ORDER**

                Defendant.

JESSICA G. L. CLARKE, United States District Judge:

On September 20, 2023, Defendant publicly filed a partially redacted motion for sanctions. ECF No. 22. On September 21, 2023, Plaintiff made an emergency application to seal the motion and related submissions, proposing additional redactions. ECF No. 33. Defendant argues that Plaintiff's additional proposed redactions should be denied. ECF No. 37.

The parties are directed to meet and confer by **October 12, 2023** regarding Plaintiff's requested redactions, keeping in mind the presumption of public access to judicial documents and the standard set forth in *Lugosch v. Pyramid Co. of Onondoga*, 435 F.3d 110 (2d Cir. 2006). If the parties agree on the requested redactions to the motion for sanctions and related submissions, and if the redactions are consistent with the standard articulated in *Lugosch*, the parties shall file a joint letter to that effect. The letter should describe the basis for the redactions, and the parties should attach a proposed order directing Defendant to file a redacted copy of the motion for sanctions and related submissions. This joint letter and proposed order shall be filed by **October 16, 2023**. If the parties disagree on the redactions, Plaintiff shall file a letter explaining its position by **October 16, 2023**. Defendants shall reply by **October 23, 2023**. The

2

parties' letters shall be filed under seal pending resolution of this motion. Any letter shall be no more than five pages.

Dated: October 5, 2023
       New York, New York

                                      SO ORDERED.

                                    *Jessica Clarke*

                                    JESSICA G. L. CLARKE
                                    United States District Judge