

October 10, 2023

<u>**Via ECF**</u>

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20C
New York, New York 10007

    **Re:**    *Doe v. Black*, Case No. 1:23-cv-06418-JGLC

Dear Judge Clarke,

I write on behalf of Defendant Leon D. Black with the consent of counsel for Plaintiff Jane Doe. The parties jointly request that the initial conference previously scheduled for October 19, 2023 at 3:00 p.m. (*see* ECF No. 5) be adjourned until December 4, 2023 or as soon thereafter that the Court is available. The parties likewise request a corresponding extension of the October 12, 2023 deadline to submit a joint letter and Case Management Plan and Scheduling Order until November 27, 2023 or later.

The parties request this adjournment because Defendant's Motion to Dismiss (*see* ECF No. 40) will not be fully briefed until November 17, 2023. The parties believe that the parties and the Court would benefit from discussing issues of case management and scheduling after Defendant's Motion to Dismiss is fully briefed.

Thank you for your attention to this matter.

Sincerely,

ESTRICH GOLDIN, LLP


  */s/ Susan Estrich*
  Susan Estrich


cc:    counsel of record via ECF