UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                    Plaintiff,

      -against-

LEON BLACK,

                    Defendant.

---

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      On September 20, 2023, Defendant publicly filed a partially redacted motion for sanctions. ECF No. 22. On September 21, 2023, Plaintiff made an emergency application to seal the motion and related submissions, proposing additional redactions. ECF No. 33. On October 5, the Court ordered the parties to meet and confer on proposed redactions to the motion for sanctions and to file a joint letter documenting whether they can agree on the requested redactions. ECF No. 43. On October 11, 2023, the parties submitted a joint letter requesting agreed-upon redactions and describing the basis for the redactions. ECF No. 45.

      The Court appreciates the parties' efforts to reach a resolution regarding the proposed redactions. The proposed redactions for the Memorandum of Law in support of the Motion for Sanctions are hereby GRANTED. To the extent the proposed redactions in the Melendez Declaration are already published on the docket at ECF No. 15-2, that material shall not be redacted. It is hereby ORDERED that Defendant file a redacted copy of the motion for sanctions and related submissions that conform to this Order by **October 18, 2023**. The parties are further directed to redact, consistent with this Order, their respective filings (ECF Nos. 21, 35, 36, 37 and 45) and re-file them by **October 18, 2023**.

The Clerk of Court is respectfully directed to terminate ECF No. 21.

Dated: October 17, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge