# Exhibit 6

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

| | |
|---|---|
| CHERI PIERSON,<br><br>     *Plaintiff,*<br><br>   v.<br><br>LEON BLACK, ESTATE OF JEFFREY E. EPSTEIN, DARREN K. INDYKE, in his capacity as the EXECUTOR FOR THE ESTATE OF JEFFREY E. EPSTEIN and ADMINISTRATOR OF THE 1953 TRUST; RICHARD D. KAHN, in his capacity as the EXECUTOR FOR THE ESTATE OF JEFFREY E. EPSTEIN and ADMINISTRATOR OF THE 1953 TRUST; and THE 1953 TRUST,<br><br>     *Defendants.* | Index No. 952002/2022<br><br>**NOTICE OF MOTION FOR SANCTIONS**<br><br>Motion Sequence No. 1 |

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated December 16, 2022; the annexed Affirmation of Michael B. Carlinsky, dated December 16, 2022, and the exhibits thereto; and all the prior pleadings and proceedings herein, Defendant Leon Black will move this Supreme Court of the State of New York, County of New York, located at 60 Centre Street, in the Motion Submission Part Courtroom thereof, Room 130, New York, New York, on January 4, 2023, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to 22 NYCRR Part 130 granting Defendant's motion for sanctions against Wigdor LLP, counsel for Plaintiff.

  PLEASE TAKE FURTHER NOTICE that, pursuant to CPLR 2214(b), answering papers and affidavits, if any, are to be served on or before December 28, 2022, and reply papers and affidavits, if any, are to be served on or before January 3, 2023.

| | |
|---|---|
| Dated: New York, New York<br>December 16, 2022 | QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br><br>By:   /s/ *Michael B. Carlinsky*<br>Michael B. Carlinsky<br>Jennifer J. Barrett<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>t: (212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>jenniferbarrett@quinnemanuel.com<br><br>PERRY GUHA LLP<br>E. Danya Perry<br>1740 Broadway, 15th Floor<br>New York, NY 10019<br>t: (212) 399-8330<br>dperry@perryguha.com<br><br>ESTRICH GOLDIN LLP<br>Susan Estrich (pro hac vice forthcoming)<br>8605 Santa Monica Blvd, Suite 92780<br>West Hollywood, CA 90069<br>(212) 399-2132<br><br>*Counsel for Defendant Leon Black* |