UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, | 23-CV-6418 (JGLC) |
| Plaintiff, | **NOTICE OF MOTION TO STAY DISCOVERY** |
| v. | |
| LEON BLACK, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and all prior pleadings and proceedings in this action, Defendant Leon Black, by his undersigned counsel, will move this Court on a date to be determined by the Court for an Order, pursuant to Fed. R. Civ. P. 26(c), staying discovery, along with all other relief that the Court deems necessary and proper.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be served in accordance with Local Civil Rule 6.1.

Dated: December 8, 2023
New York, New York

Respectfully,

*/s/ Susan Estrich*

ESTRICH GOLDIN LLP
Susan Estrich (*pro hac vice*)
947 Berkeley St.
Santa Monica, CA 90403
Tel: (213) 399-2132
susan@estrichgoldin.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael B. Carlinsky
Jennifer J. Barrett
51 Madison Avenue
22nd Floor
New York, New York 10010

1

Tel: (212) 849-7000
michaelcarlinsky@quinnemanuel.com
jenniferbarrett@quinnemanuel.com

PERRY LAW
E. Danya Perry
Peter A. Gwynne
157 East 86th St., 4th Floor
New York, NY 10028
Tel: (646) 974-0935
Facsimile: (646) 849-9609
pgwynne@danyaperrylaw.com
dperry@danyaperrylaw.com

*Counsel for Defendant Leon Black*

TO: All parties and counsel of record (via ECF)

2