

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

July 22, 2024

**<u>VIA ECF</u>**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

   Re: <u>*Doe v. Black*, Case No.: 23-cv-06418 (JGLC)</u>

Dear Judge Clarke:

We represent Plaintiff in the above-captioned action.  We write to inform the Court that we are in the process of drafting a proposed Amended Complaint.  We expect that the proposed draft and accompanying motion for leave to amend pursuant to Fed. R. Civ. P. 15(a)(2) will be filed no later than the first week in August.

Respectfully submitted,

Jeanne M. Christensen

 cc: All counsel of record (*via* ECF)