

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

August 9, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

      Re:    *Doe v. Black*, Case No.: 23-cv-06418 (JGLC)

Dear Judge Clarke:

We represent Plaintiff in the above-captioned action. Further to our letter dated July 22, 2024 (Dkt. No. 87), we write to inform the Court that due to unexpected circumstances Plaintiff will submit her motion for leave to amend the complaint in the coming weeks.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Jeanne M. Christensen

cc: All counsel of record (*via* ECF)