UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>        -against-<br><br>LEON BLACK,<br><br>                    Defendant. | 23-CV-6418 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On July 22, 2024, Plaintiff filed a letter indicating that she planned to file a motion for leave to amend, along with a proposed Amended Complaint, no later than the first week in August. ECF No. 87. On August 9, 2024, Plaintiff informed the Court that "Plaintiff will submit her motion for leave to amend the complaint in the coming weeks." ECF No. 88. It is hereby ordered that Plaintiff file her motion for leave to amend pursuant to Federal Rule of Civil Procedure 15(a)(2) by **August 20, 2024**. If Defendant plans to oppose the motion, such opposition is due **September 3, 2024**. Any reply by Plaintiff is due **September 10, 2024**.

Dated: August 13, 2024
       New York, New York

                                                SO ORDERED.

                                                *Jessica Clarke*

                                                JESSICA G. L. CLARKE
                                                United States District Judge