UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JANE DOE,                                            :
                                                     :
                      Plaintiff,      :    Civil Action No. 23-cv-06418-JGLC
                                                     :
     v.                                           :
                                                     :
LEON BLACK,                                          :
                                                     :
                      Defendant.      :
                                                     :
------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that upon the accompanying supporting documents, Plaintiff Jane Doe will move this court, at the United States District Court, Southern District of New York, before the Honorable Jessica G. L. Clarke, to respectfully request an order pursuant to Federal Rule of Civil Procedure 15 (a) for leave to file a First Amended Complaint ("FAC").

Dated: August 20, 2024
       New York, New York

                                      Respectfully Submitted,

                                      **WIGDOR LLP**

                                      By: _____
                                            Jeanne M. Christensen
                                            Meredith Firetog

                                      85 Fifth Avenue
                                      New York, New York 10003
                                      Telephone:  (212) 257-6800
                                      Facsimile:  (212) 257-6845
                                      jchristensen@wigdorlaw.com
                                      mfiretog@wigdorlaw.com

                                      *Counsel for Plaintiff*