UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JANE DOE,  :
  :
                      Plaintiff,  :   Civil Action No. 23-cv-06418-JGLC
  :
v.  :
  :
LEON BLACK,  :
  :
                      Defendant.  :
  :
------------------------------------------------------------ X

# DECLARATION OF JEANNE M. CHRISTENSEN IN SUPPORT OF PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

I, Jeanne M. Christensen, hereby declare as follows:

1. I am a partner at the law firm Wigdor LLP and counsel for Plaintiff Jane Doe.

2. I make this Declaration in support of Plaintiff Jane Doe's Motion for Leave to Amend the Complaint.

3. Pursuant to Local Rule 15.1(a), attached as Exhibit A is a copy of the Proposed First Amended Complaint ("FAC"), with all substantive changes to the Complaint highlighted in redline format.

4. Attached as Exhibit B is a clean copy of the Proposed FAC without redlined changes.

5. Attached as Exhibit C is a Proposed Order.

Dated: August 20, 2024
      New York, New York

                                                                                 */s/ Jeanne Christensen*
                                                                              Jeanne M. Christensen