# Exhibit C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
JANE DOE,

              Plaintiff,          Civil Action No. 23-cv-06418-JGLC

v.

LEON BLACK,

              Defendant.

------------------------------------------------------------ X

## [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Upon consideration of the Plaintiff's Motion for Leave to Amend pursuant to Federal Rule of Civil Procedure 15 (a), and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

SO ORDERED:

Date: _____

                                                                                  _____
                                                                                  Jessica G. L. Clarke, U.S.D.C.