

E. DANYA PERRY
Founding Partner
212-840-7939 PHONE
dperry@danyaperrylaw.com EMAIL

September 3, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 20C
New York, NY 10007-1312

**Re: *Doe v. Black*, No. 1:23-cv-06418-JGLC – Letter-Motion on Consent re Extension of Time**

Dear Judge Clarke:

    We represent defendant Leon Black in this matter. Pursuant to Your Honor's Individual Rule 2(e), we respectfully request a brief extension of time of one day to file our opposition to Plaintiff's Motion for Leave to Amend the Complaint (ECF Doc. No. 91) and a corresponding one-day extension for Plaintiff to file her reply.

    As required by Individual Rule 2(e), we state that:

1) The original due date for the opposition was September 3, 2024, and the requested new due date is September 4, 2024. The original due date for Plaintiff's reply was September 10, 2024, and the requested new due date is September 11, 2024.

2) There have been no previous requests for adjournment or extension;

3) The proposed extension is necessary so that the Plaintiff may have time to review the opposition for potential redactions, and for the parties to meet and confer in accordance with Individual Rule 5(d)(i);

4) Plaintiff's counsel consents to this request; and

5) The parties are not scheduled to appear before the Court at this time.

    Accordingly, we respectfully request a one-day extension of time, until September 4, 2024, for Defendant to file his opposition to Plaintiff's Motion for Leave to Amend the Complaint, and a corresponding extension of one day, until September 11, 2024, for Plaintiff to file her reply.

    Respectfully submitted,

    /s/ *E. Danya Perry*