UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>LEON BLACK,<br><br>        Defendant. | Case No. 1:23-cv-06418<br><br>**NOTICE OF MOTION TO<br>AMEND CAPTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Carlos Melendez, and all prior pleadings and proceedings in this action, Defendant Leon Black, by his undersigned counsel, will move this Court on a date to be determined by the Court for an Order, pursuant to Rule 10(a) of the Federal Rules of Civil Procedure, amending the caption to disclose Plaintiff Jane Doe's true name, along with any other relief that the Court deems necessary and proper.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be served in accordance with Local Civil Rule 6.1

Dated: October 7, 2024
      New York, New York

Respectfully submitted,

_/s/ E. Danya Perry_

PERRY LAW
E. Danya Perry
Peter A. Gwynne
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (212) 213-3070
Facsimile: (646) 849-9609
dperry@danyaperrylaw.com
pgwynne@danyaperrylaw.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael B. Carlinsky
Jennifer J. Barrett
51 Madison Avenue
22nd Floor
New York, NY 10010
Tel: (212) 849-7000
michaelcarlinsky@quinnemanuel.com
jenniferbarrett@quinnemanuel.com

ESTRICH GOLDIN LLP
Susan Estrich (*pro hac vice*)
947 Berkeley St.
Santa Monica, CA 90403
Tel: (213) 399-2132
susan@estrichgoldin.com

*Attorneys for Defendant Leon Black*

TO: All parties and counsel of record (via ECF)