UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    PLAINTIFF,<br><br>    -AGAINST-<br><br>LEON BLACK,<br><br>                    DEFENDANT. | Case No. 23-cv-06418-JGLC<br><br>**NOTICE OF MOTION FOR<br>INTERLOCUTORY APPEAL** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and all prior pleadings and proceedings in this action, Defendant Leon Black, by his undersigned counsel, will move this Court on a date to be determined by the Court for an Order pursuant to 28 U.S.C. § 1292(b) certifying the Court's Order dated September 27, 2024 for interlocutory appeal.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be served in accordance with Local Civil Rule 6.1.

Respectfully submitted,

Dated: October 11, 2024
    New York, New York

By:   */s/ Michael B. Carlinsky*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Michael B. Carlinsky
Jennifer J. Barrett
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
jenniferbarrett@quinnemanuel.com

ESTRICH GOLDIN LLP
Susan Estrich (*pro hac vice*)
947 Berkeley Street
Santa Monica, CA 90403

Tel: (213) 399-2132
susan@estrichgoldin.com

PERRY LAW
E. Danya Perry
Peter A. Gwynne
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 393-4250
dperry@danyaperrylaw.com
pgwynne@danyaperrylaw.com

*Counsel for Defendant Leon Black*

TO: All parties and counsel of record (via ECF)