

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

October 15, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

      Re:    <u>Doe v. Black</u>, Case No.: 23-cv-06418 (JGLC)

Dear Judge Clarke:

We represent Plaintiff Jane Doe ("Plaintiff") in the above-captioned action. On October 11, 2023, Defendant Leon Black ("Black" or "Defendant") filed a motion to dismiss Plaintiff's Complaint in its entirety. ECF No. 40. On September 27, 2024, Your Honor denied Black's motion to dismiss. ECF No. 106. On October 11, 2024, Black filed a motion for interlocutory appeal on the denial of his motion to dismiss. ECF No. 122 (the "Motion").

On October 15, 2024, the Court ordered that Plaintiff's opposition to Defendant's Motion be filed by October 18, 2024.

We write to respectfully request an extension of time to oppose Defendant's Motion, extending Plaintiff's time to file her response to October 25, 2024. No prior requests for an extension have been made. Counsel for Defendant takes no position in response to our request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Jeanne Christensen*

Jeanne M. Christensen

cc: All counsel of record (*via* ECF)

85 FIFTH AVENUE  |  NEW YORK, NY 10003  |  212 257 6800  |  WIGDORLAW.COM