UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANE DOE,

                Plaintiff,        Civil Case No.: 1:23-cv-06418

    v.

LEON BLACK,

                Defendant.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Douglas H. Wigdor of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff Jane Doe in the above-captioned matter.

Dated: October 22, 2024
       New York, New York            Respectfully submitted,

                                              **WIGDOR LLP**

                                              By: _____
                                                    Douglas H. Wigdor

                                              85 Fifth Avenue
                                              New York, NY 10003
                                              Telephone: (212) 257-6800
                                              Facsimile: (212) 257-6845
                                              dwigdor@wigdorlaw.com

                                              *Counsel for Plaintiff*