

**Meredith A. Firetog**
mfiretog@wigdorlaw.com

October 24, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

      Re:    <u>*Doe v. Black*, Case No.: 23-cv-06418 (JGLC)</u>

Dear Judge Clarke:

In accordance with paragraph 4 of the Case Management Plan and Scheduling Order filed in this matter on October 22, 2024, ECF 129, we write as counsel for Plaintiff Jane Doe to set forth our belief that diversity citizenship exists in this case.

Plaintiff is a citizen of the United States and resides in a state that is not New York.  ECF 1 (Compl.) ¶ 8.  Defendant Leon Black has admitted that he is a resident of the State of New York. ECF 124 (Answer) ¶ 9.  The amount in controversy exceeds $75,000.00.  Thus, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Meredith A. Firetog

cc: All counsel of record (*via* ECF)