

E. DANYA PERRY
Founding Partner
212-840-7939 PHONE
dperry@danyaperrylaw.com EMAIL

October 24, 2024

**Via ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 20C
New York, NY 10007-1312

      Re: *Doe v. Black*, No. 1:23-cv-06418-JGLC – Letter-Motion on Consent for Extension of Time

Dear Judge Clarke:

      We represent defendant Leon Black in this matter. Pursuant to Your Honor's Individual Rule 2(e), we respectfully request a brief extension of time of one week to file our reply in further support of Defendant Leon Black's Motion to Amend the Caption (ECF Doc. No. 116).

      As required by Individual Rule 2(e), we state that:

1)    The original due date for Mr. Black's reply brief was October 28, 2024, and the requested new due date is November 4, 2024.

2)    There have been no previous requests for adjournment or extension;

3)    The proposed extension is necessary to accommodate the travel schedules of key members of our team;

4)    Plaintiff's counsel consents to this request; and

5)    The parties are scheduled to appear before the Court for an initial pretrial conference on October 29, 2024.

      Accordingly, we respectfully request a one-week extension of time, until November 4, 2024, for Mr. Black to file his reply in further support of his Motion to Amend the Caption,

                                                                                         Respectfully submitted,

                                                                                     */s/ E. Danya Perry*
                                                                                      E. Danya Perry