

E. DANYA PERRY
Founding Partner
212-840-7939 PHONE
dperry@danyaperrylaw.com EMAIL

October 24, 2024

**Application GRANTED.** Defendant's reply in support of the motion to amend the caption due **November 4, 2024**. The initial pretrial conference in this matter, previously scheduled for October 29, 2024 at 12:30 p.m., is **RESCHEDULED** for **November 7, 2024** at **11:00 a.m.** The Clerk of Court is directed to terminate ECF No. 134.

<u>VIA ECF</u>

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 20C
New York, NY 10007-1312

Re: *Doe v. Black*, No. 1:23-cv-06418-JGLC – Letter-Motion on Consent for Extension of Time

Dear Judge Clarke:

We represent defendant Leon Black in this matter. Pursuant to Your Honor's Individual Rule 2(e), we respectfully request a brief extension of time of one week to file our reply in further support of Defendant Leon Black's Motion to Amend the Caption (ECF Doc. No. 116).

As required by Individual Rule 2(e), we state that:

1) The original due date for Mr. Black's reply brief was October 28, 2024, and the requested new due date is November 4, 2024.

2) There have been no previous requests for adjournment or extension;

3) The proposed extension is necessary to accommodate the travel schedules of key members of our team;

4) Plaintiff's counsel consents to this request; and

5) The parties are scheduled to appear before the Court for an initial pretrial conference on October 29, 2024.

Accordingly, we respectfully request a one-week extension of time, until November 4, 2024, for Mr. Black to file his reply in further support of his Motion to Amend the Caption,

Respectfully submitted,

*/s/ E. Danya Perry*
E. Danya Perry

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 25, 2024
New York, New York

445 Park Avenue, 7th Floor New York, NY 10022
212-213-3070 PHONE | 646-849-9609 FAX | www.danyaperrylaw.com WEBSITE