**PERRY LAW**

PETER A. GWYNNE
Partner
212-393-4250 PHONE
pgwynne@danyaperrylaw.com EMAIL

October 28, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 20C
New York, NY 10007-1312

> **MEMO ENDORSED**
>
> Application GRANTED. The Clerk of Court is hereby directed to unseal ECF No. 132, and to terminate ECF No. 130.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge
>
> Dated: October 29, 2024          SO ORDERED.
> New York, New York

Re: *Doe v. Black*, No. 1:23-cv-06418-JGLC – Withdrawal of Letter-Motion for Leave to File with Redactions (ECF No. 130)

Dear Judge Clarke:

We represent defendant Leon Black. On October 22, 2024, the parties filed a joint letter regarding three specific subpoena requests (ECF No. 132) that was required by a Memorandum Endorsement (ECF No. 121) entered by the Court on October 8, 2024.

As noted in the request to seal that was filed along with the joint letter on October 22, 2024 (ECF No. 130), Plaintiff demanded that a portion of the joint letter be redacted. Defendant disagreed, but filed the document with redactions, in accordance with Individual Rule 5(d)(i)-(ii), and notified Plaintiff of the Court's requirement that she file a letter justifying the need to redact the joint letter within three business days.

Plaintiff's counsel has notified Defendant's counsel that Plaintiff no longer seeks to redact the joint letter, and Plaintiff did not file the required letter within three business days.

Accordingly, Defendant respectfully requests that the Court unseal the joint letter (ECF No. 132).

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Peter A. Gwynne*

cc:   All counsel of record (via ECF)