UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> LEON BLACK, <br><br> Defendant. | Case No. 1:23-cv-06418-JGLC <br><br> **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Ryan A. Rakower of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears on behalf of Defendant Leon Black.  I hereby certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
       November 7, 2024

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: */s/ Ryan A. Rakower*
    Ryan Rakower
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Tel:  (212) 849-7000
    ryanrakower@quinnemanuel.com

*Counsel for Defendant Leon Black*