UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

    -against-

LEON BLACK,

                Defendant.

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    For the reasons stated on the record at the initial pre-trial conference ("IPTC") held before this Court on November 7, 2024, Plaintiff's motion for leave to file an amended complaint (ECF No. 91) is GRANTED, and Defendant's motion for an interlocutory appeal (ECF No. 122) is GRANTED. The parties are directed to refile the sealed documents with respect to the motion for leave to file an amended complaint with redactions consistent with the Court's Order at ECF No. 106.

    The Court further directs counsel for Plaintiff to submit all Twitter messages referenced at the IPTC (i.e., direct messages wherein Plaintiff allegedly disclosed to others what occurred with Defendant Leon Black) on or before **November 12, 2024**. Defendant is permitted to submit any additional information regarding Plaintiff's alleged failure to keep her identity confidential by **November 15, 2024**. The Court takes Defendant's motion to amend the case caption to disclose Plaintiff's identity (ECF No. 116) under advisement.

    The Clerk of Court is respectfully directed to terminate ECF Nos. 91, 99 and 122.

Dated: November 8, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge