IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE<br><br>Plaintiff(s)<br><br>v.<br><br>LEON BLACK<br><br><br>Defendant(s) | Case No.: 23-cv-06418 |

**NOTICE OF INTENT TO REQUEST REDACTION**

Notice is hereby given that a statement of redaction of specific personal identifiers will be submitted to the court reporter/transcriber within 21 days from the filing of the transcript with the Clerk of Court.

S/ Jeanne Christensen
_____
Attorney for Plaintiff Jane Doe
Address:
Wigdor LLP
85 Fifth Avenue, Fifth Floor
New York, NY 10003

Date: 11/14/2024