UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                    Plaintiff,

      -against-                              23-CV-6418 (JGLC)

LEON BLACK,                                      **ORDER**

                    Defendant.

JESSICA G. L. CLARKE, United States District Judge:

        This Court previously directed Plaintiff's counsel to submit all Twitter messages referenced at the November 7, 2024 initial pre-trial conference held before this Court. ECF No. 153. On November 12, 2024 at 6:13 PM, the Court received, by email, an "*in camera* submission" from Plaintiff which included the requested materials, as exhibits, in addition to a letter and other documents. Prior to this submission, Plaintiff did not seek, nor did the Court grant permission for, any materials to be submitted *in camera*. The Court therefore does not accept the *in camera* submission, and will not consider it for the purposes of adjudicating Defendant's motion to amend the case caption to disclose Plaintiff's identity (ECF No. 116).

        IT IS HEREBY ORDERED that, on or before **November 19, 2024**, Plaintiff file the letter previously emailed to chambers on the docket, with any redactions, as needed, consistent with this Court's prior orders. *See* ECF Nos. 106, 153. The unredacted versions shall be filed under seal. Plaintiff may file the exhibited communications under seal allowing access for counsel for Defendant.

        IT IS FURTHER ORDERED that the previous November 15, 2024 deadline for Defendant to submit additional information regarding Plaintiff's alleged failure to keep her identity confidential be extended, *sua sponte*, to **November 22, 2024** should Defendant wish to

supplement its letter from November 15.

Dated: November 18, 2024
      New York, New York

                                         SO ORDERED.

                                         *Jessica Clarke*

                                         JESSICA G. L. CLARKE
                                         United States District Judge

2