

**Nathalie Jacoby** ✓

best if I did?

8:26 PM



This person has a podcast and would love to interview you on his podcast. He thinks you are amazing and he seems like a genuinely nice person. Did you hear him talk in my space today?

Let me read what you wrote. BRB

  

**Nathalie Jacoby** 

September 26, 2022

> Um, Miss Nathalie, please don't put this in the chat or the live chat that we're doing now (or in the future) but may I ask a question and I hope it doesn't upset you but is um that Jason man who spoke after me, is he safe? The one who spoke about the American flag? It's just that as an autistic girl I can't really tell if someone is safe or not but he kept saying things like I love you and came on super strong. He followed me, so can you guide me on if he's safe to follow back? I don't mean to be a bother. Also, on another note, you inspire me and I think you're so super brave. Did I do something to upset you?

7:08 PM

Hi ▇▇▇▇, why would I be upset with you? Where did you get that feeling? And of course, I am not upset with you!!! I think you are amazing!!! And Jason is a great person and he has been a good friend to me. I think he just expresses himself this way and if



   Start a message  

