11:10


# Chats  

🔍 Search


🎠🍭
**lindammaruska:** May the Schwartz be with you  
52m


**Gram**    6:28 PM  
Oh no darling- I am so so sorry! I'll go look.  
**1**


**Stuart Schnapp**    5:50 PM  
I am a bad boy, so goodbye    I guess you're better off without me I'…  
**9**


**Barry Shafer**    Sun  
Hi my little bluebird! I'm curious to see how you are feeling today? Is your fev…  
**1**


**lindammaruska**    7/9  
I here pumpkin. I'm sorry that Stuart and I were arguing over such a stupid…  
**1**


**Enrique Vaca**    7/7  
I wish I was there so I could give you a hug right now. I love you so much. 💙…  
**1**