@justoldmanhere

Amazing fun good people space. ▇▇▇▇ and I sending you love, come join us after Nathalie space. 💕💕💕❤️❤️❤️💕💕💕🌹🌹🌹 thanks Nathalie for being you.

6:48 PM · Feb 1, 2023 · **53** Views