**Stuart S** ✓
@TheHonestS

Hello hello hello time for the weekdays show.  Hope you all had a great weekend no matter if you watched the Super Bowl or didn't.  And there is our ever lovely ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, shining like the sun warming us. Love you daughter.

5:47 PM · Feb 13, 2023 · **153** Views