v-06418-JGLC Document 161-5 Filed 11/19/24

3:43

Edit     **Voicemail**     Greeting

| Name | Date | Duration |
|---|---|---|
| **Stuart Schnapp** phone | 4/19/23 | 00:48 |
| **Susie** phone | 4/5/23 | 00:31 |
| phone | 3/28/23 | 00:11 |
| **Stuart Schnapp** phone | 3/21/23 | 00:13 |
| **Stuart Schnapp** phone | 3/18/23 | 00:16 |
| **Stuart Schnapp** phone | 3/9/23 | 00:34 |
| **Stuart Schnapp** phone | 3/9/23 | 00:42 |
| **Stuart Schnapp** phone | 3/7/23 | 00:12 |
| **Stuart Schnapp** phone | 3/7/23 | 00:27 |
| **Stuart Schnapp** phone | 3/7/23 | 00:21 |
| phone | 3/6/23 | 00:18 |

Favorites    Recents    Contacts    Keypad    **Voicemail**

11:07

Edit  **Voicemail**  Greeting

| | | |
|---|---|---|
| **Susie**<br>phone | 4/5/23<br>00:31 | ⓘ |
| phone | 3/28/23<br>00:11 | ⓘ |
| **Stuart Schnapp**<br>phone | 3/21/23<br>00:13 | ⓘ |
| **Stuart Schnapp**<br>phone | 3/18/23<br>00:16 | ⓘ |
| **Stuart Schnapp**<br>phone | 3/9/23<br>00:34 | ⓘ |
| **Stuart Schnapp**<br>phone | 3/9/23<br>00:42 | ⓘ |
| **Stuart Schnapp**<br>phone | 3/7/23<br>00:12 | ⓘ |
| **Stuart Schnapp**<br>phone | 3/7/23<br>00:27 | ⓘ |
| **Stuart Schnapp**<br>phone | 3/7/23<br>00:21 | ⓘ |
| phone | 3/6/23<br>00:18 | ⓘ |
| **Stuart Schnapp**<br>phone | 3/4/23<br>00:24 | ⓘ |

Favorites | Recents | Contacts | Keypad | **Voicemail**

**3:46**

< Voicemail  **Deleted**  Clear All

| | | |
|---|---|---|
| **Stuart Schnapp** phone | 6/4/23 00:22 | ⓘ |
| **Stuart Schnapp** phone | 5/27/23 00:17 | ⓘ |
| **Stuart Schnapp** phone | 5/26/23 00:05 | ⓘ |
| **Stuart Schnapp** phone | 3/27/23 01:01 | ⓘ |
| **Stuart Schnapp** phone | 3/26/23 00:12 | ⓘ |
| **Stuart Schnapp** phone | 3/25/23 00:21 | ⓘ |
| **Stuart Schnapp** phone | 3/23/23 00:23 | ⓘ |
| **Stuart Schnapp** phone | 2/28/23 00:03 | ⓘ |
| **Stuart Schnapp** phone | 2/25/23 00:17 | ⓘ |
| **Stuart Schnapp** phone | 2/21/23 00:33 | ⓘ |
| **Stuart Schnapp** phone | 2/16/23 00:32 | ⓘ |

Favorites | Recents | Contacts | Keypad | Voicemail

5:12

< Voicemail

**Stuart Schnapp**
phone
March 9, 2023 at 1:50 PM

0:00 — -0:42

## Transcription

"How did I know I was going to get your answering machine that's OK I wanted to check up on you darling I've been tied up all morning with paperwork and phone calls for Joseph don't worry everything's OK but this is the first chance I've had to have a moment I love you I'm sorry if you're going through whatever power you're going through and I'm here for you you're gonna call me I hear you I'll talk to you I'm here if you just need some time to yourself that's OK too you are the best I'll talk to you later probably bye..."

Was this transcription useful or not useful?

Favorites   Recents   Contacts   Keypad   Voicemail

  



Case 1:23-cv-06418-JGLC   Document 161-5   Filed 11/19/24   Page 5 of 6

**Stuart Schnapp**
phone
March 7, 2023 at 9:17 PM

  

0:00                                               −0:12

                          

## Transcription

"How you see this is the third time I've gotten your answering machine now I'm going to get a complex OK luck talk to me I will talk to you all night long if you want to just take it easy I'm here..."

Was this transcription useful or not useful?

    

Favorites   Recents   Contacts   Keypad   Voicemail

5:09

← Voicemail

**Stuart Schnapp**
phone
March 7, 2023 at 5:53 PM

0:00                    −0:21

Transcription (low confidence)

"Oh my poor tight girl it's OK really you can rest Sunday all right I will call you later as I want to hear your voice if possible…"

Was this transcription useful or not useful?

Favorites    Recents    Contacts    Keypad    Voicemail