DOCUMENT PROVIDED IN NATIVE FORMAT