SAFETY PROTOCOL for the use of TWITTER
March 2023

*Draft, pending approval.*

Twitter usage has important benefits for ▓.  These include

- Publication of efforts to support people living with Intellectual and other Developmental Disabilities, including Autism.
- Publication of efforts to support victims of SA.
- Exploration of topics of interest
- Opportunities to connect with people and develop safe and positive friendships
- Opportunities to learn about current events and consider many views.

There can be serious consequences to using the application. ▓ privacy and safety could be compromised, and danger to her physical and emotional health is tangible. Hazards include

- Attacks from trolls or bots
- Inappropriate intimate commentary
- Private messages from strangers that present inappropriate content such as conspiracy theories, hyper-religious or cult-adjacent messages, requests for money or links that could compromise her devices
- Exploitation by accounts that believe they can benefit themselves or others
- Cyber-bullying from accounts that disagree with ▓ comments or issue positions


No set of protocols will catch and disarm every danger.  It is important that ▓ account is monitored carefully in the areas of private message requests; private messages; group/room memberships; and participation in Spaces.  She should have a "safety team" that provides this function.  Beyond regular account monitoring by the safety team, it is critical that ▓ reports to her safety team any account activity that causes her to experience fear, emotional pain, or confusion. This activity may include responses to her posts, follow requests, private message requests, private messages, topics and commentary in Twitter Spaces, and topics, graphics, gifs, or any other commentary in private Twitter rooms.