# EXHIBIT A

> This is against one of the men Jeffrey "gifted" me to 😔

>> Absolutely if you feel comfortable with it, then I'm OK with it. I want to be able to try and help with positivity for you

> Okay thank you. This is who we're currently dealing with

> Every single day that I wake up, I wake up in a state of terror - literally. My startle response is so abnormal and so when the alarm clock suddenly wakes me up, I am filled with terror and I physically start shaking and a…

> I will tell you once you're read it who the redacted name is

> May I tell you his name? And if I do, can you delete it right after?

>> I am going to delete everything. Not that I go anywhere and nobody sees my phone, but for privacy purposes of course

> Okay his name was

>> I don't know who that is, but I hate him. If I ever see his name, I will never read anything about him. And I hope he gets everything. He deserves with you testifying and getting him karma.