# EXHIBIT B

> Okay, I promise. I'm okay with that rule! Okay so I'm going to type a name and then can you delete it as soon as I type it?

> Yes I promise!

> I don't know if you know who he is, but...he is the scariest man in the world and I have so much scar tissue down there from him. 

> Okay, I deleted those messages.