# EXHIBIT D

> I'm very grateful that you've been able to help me so much and I wanted to tell you that you're very good at figuring things out. While I do know that there are law suits against the banks, I'm actually not involved in those, but the message I'd had sent you that I later felt badly about because it was so brutal and I worried that maybe it could have traumatized you is the case the is currently going on and that's the case the DA of Manhattan is involved in. It's a man that Jeffrey literally gave me to as a "gift" and so when I told my attorney about it rather long ago, he actually wasn't able to keep it confidential (due to me being underage and the brutality, the physical injuries that I still have to deal with today). And so that is the case we are currently working on and I'd like to be able to tell you who that man is but…can you please, please not tell anyone?