# EXHIBIT E

> Meanwhile i am literally currently in a court battle with two of the most powerful billionaires on the planet...

> If ANYONE would need a change of name it would me but I purposely decided I wouldn't be a Jane doe

> Because I won't show them that I'm scared.

>> I knew you were going to court but I guess they're trying to keep their stuff private because of it? My heart breaks that you have to still go through this.