# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANE DOE,                                    :
                                             :
                Plaintiff,         :     Civil Action No. 23-cv-06418
                                             :
   v.                                        :
                                             :     **NON-DISCLOSURE**
LEON BLACK,                                  :     **AGREEMENT**
                                             :
                Defendant.         :
                                             :
-----------------------------------------------------------X

    I, _____ , acknowledge that I have read and understand the Confidentiality Stipulation and Protective Order in this action governing the non-disclosure of those portions of discovery material that have been designated as Confidential.

    I agree that I will not disclose such material to anyone other than for purposes of this litigation, and that at the conclusion of the litigation I will either return all discovery material to the party or attorney from whom I received it, or upon permission of the producing party, destroy such discovery material.

    By acknowledging these obligations under the Confidentiality Stipulation and Protective Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the Southern District of New York for the purpose of any issue or dispute arising hereunder and that my willful violation of any term of the Protective Order could subject me to punishment for contempt of Court.

Dated:_____ , 20__

                                                                  _____
                                                                  Name (printed)

                                                                 _____
                                                                  Signature

_____
Signed in the presence of:
(Attorney or witness)