

**Meredith A. Firetog**
mfiretog@wigdorlaw.com

December 5, 2024

**MEMO ENDORSED**

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

      Re:    *Doe v. Black*, Case No.: 23-cv-06418 (JGLC)

Dear Judge Clarke:

We represent Plaintiff Jane Doe in the above-referenced action and write to request that the Court substitute and replace the "Exhibit A" currently included in the Parties' Confidentiality Stipulation and Protective Order (ECF 154) with the "Exhibit A" attached to this letter request. Defendant Leon Black has confirmed that he has no objection to this request.

Respectfully submitted,

*/s/ Meredith Firetog*
Meredith A. Firetog

cc: All counsel of record (*via* ECF)

Application GRANTED. Plaintiff is directed to submit a revised Confidentiality Stipulation and Protective Order which includes the revised Exhibit A. The Court will then enter the revised Stipulation at that time.

SO ORDERED.

*/s/ Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge

Dated: December 6, 2024
New York, New York