UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>   *Plaintiff*,<br><br>  v.<br><br>LEON BLACK,<br><br>   *Defendant*. | Case No. 1:23-cv-06418<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Alexander K. Parachini of Perry Law, an attorney duly admitted to practice before this Court, hereby enters his appearance as counsel on behalf of Defendant Leon Black in the above-captioned action.

Dated: December 11, 2024         Respectfully submitted,

                 */s/ Alexander K. Parachini*
                 Alexander K. Parachini (No. 5065081)
                 PERRY LAW
                 445 Park Avenue, 7th Floor
                 New York, NY 10022
                 Email: aparachini@danyaperrylaw.com
                 Telephone: (212) 213-3070
                 Facsimile: (646) 849-9609

                 *Attorney for Defendant Leon Black*