UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Jane Doe

                     Plaintiff,                Case No. 23-cv-06418

       -against-

Leon Black

                     Defendant.
-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Ryan Rakower_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: QUINN EMANUEL URQUHART & SULLIVAN, LLP
                    FIRM ADDRESS: 51 Madison Avenue 22nd Floor New York, NY 10010
                    FIRM TELEPHONE NUMBER: (212) 849-7000
                    FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME: QUINN EMANUEL URQUHART & SULLIVAN, LLP
                    FIRM ADDRESS: 295 5th Avenue New York, NY 10016
                    FIRM TELEPHONE NUMBER: (212) 849-7000
                    FIRM FAX NUMBER:_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: December 13, 2024            /s/ Ryan Rakower_____
                                                  ATTORNEY'S SIGNATURE