UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

Jane Doe

                         Plaintiff,    Case No. 23-cv-06418

    -against-

Leon Black

                        Defendant.
-----------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jennifer J. Barrett**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____    My State Bar Number is _____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: QUINN EMANUEL URQUHART & SULLIVAN, LLP
                      FIRM ADDRESS: 51 Madison Avenue 22nd Floor New York, NY 10010
                      FIRM TELEPHONE NUMBER: (212) 849-7000
                      FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME: QUINN EMANUEL URQUHART & SULLIVAN, LLP
                      FIRM ADDRESS: 295 5th Avenue New York, NY 10016
                      FIRM TELEPHONE NUMBER: (212) 849-7000
                      FIRM FAX NUMBER:_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: December 13, 2024              /s/ Jennifer J. Barrett
                                                      ATTORNEY'S SIGNATURE