

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

December 16, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

      Re:    <u>*Doe v. Black*, Case No.: 23-cv-06418 (JGLC)</u>

Dear Judge Clarke:

We represent Plaintiff Jane Doe ("Plaintiff") in the above-captioned action and write pursuant to Your Honor's individual rules to respectfully request leave to file under seal her forthcoming letter and attached exhibits.

This letter and its attached documents make frequent detailed reference to proceedings in *Jane Doe 1 v. JP Morgan Chase Bank, N.A*., 22-cv-10019, including by referencing sealed and highly confidential documents. In light of the sealed and confidential nature of those proceedings, Plaintiff requests leave to file her letter and attachments thereto under seal.

Defendant consents to this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*[signature]*

Jeanne M. Christensen


cc: All counsel of record (*via* ECF)