

PETER A. GWYNNE
Partner
212-393-4250 PHONE
pgwynne@danyaperrylaw.com EMAIL

December 16, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 20C
New York, NY 10007-1312

**Re: *Doe v. Black*, No. 1:23-cv-06418-JGLC – Letter-Motion for Leave to File Under Seal**

Dear Judge Clarke:

We represent defendant Leon Black in this matter. Pursuant to Your Honor's Individual Rule 5(e)(ii), we respectfully request leave to file under seal a letter, dated today, to Your Honor regarding materials from *Jane Doe 1 v. JP Morgan Chase Bank, N.A.*, No. 22-cv-10019 (S.D.N.Y.) ("*JPMC*"), pending before Judge Rakoff, along with the three exhibits attached thereto.

The contents of the letter and the exhibits relate to and/or constitute materials that are currently under seal in *JPMC*. There were provided to Defendant by the *JPMC* Court with the understanding that they would be treated confidentially under the confidentiality order in this case, and we respectfully request that they be filed under seal in order to comply with that understanding.

On December 16, 2024, Plaintiff was provided with copies of the letter and exhibits and given the opportunity to review their content. The parties have agreed that the letter and exhibits should be filed under seal.

Respectfully submitted,

*/s/ Peter A. Gwynne*