

**Meredith A. Firetog**
mfiretog@wigdorlaw.com

December 17, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20C
New York, New York 10007

      Re:    <u>Doe v. Black</u>, Case No. 1:23-cv-06418-JGLC

Dear Judge Clarke:

We represent Plaintiff Jane Doe in the above-captioned action. We write to inform Your Honor that we intend to respond to Defendant's letter filed yesterday evening (ECF 180), by Wednesday, December 18, 2024.

Respectfully submitted,

*[signature]*

Meredith A. Firetog