UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                              Plaintiff,

              -against-                                    23-CV-6418 (JGLC)

LEON BLACK,                                                **ORDER**

                              Defendant.

JESSICA G. L. CLARKE, United States District Judge:

On December 13, 2024, Judge Rakoff issued a sealed decision in *Doe 1 v. JP Morgan*, No. 22-cv-10019 ("*JPMorgan*") regarding Defendant Leon Black's request to intervene in the action and access certain sealed documents (*JPMorgan*, ECF Nos. 307–313). The parties have filed letters (and accompanying motions to seal) relating to, and requesting certain relief in light of, Judge Rakoff's decision. *See* ECF Nos. 177–181.

Given the issues raised in the parties' submissions, and the need for the Court to review the record relating to and underlying Judge Rakoff's sealed decision, IT IS HEREBY ORDERED that the conference currently scheduled for December 19, 2024 is RESCHEDULED to **January 16, 2025 at 12:00 PM** in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The parties should be prepared to discuss the issues raised in their respective submissions as well as the ongoing discovery dispute to quash certain subpoenas (ECF No. 166).

Dated:  December 17, 2024
        New York, New York

                                                    SO ORDERED.

                                                    *Jessica Clarke*

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge