

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

December 18, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

   Re: *Doe v. Black*, Case No.: 23-cv-06418 (JGLC)

Dear Judge Clarke:

We represent Plaintiff Jane Doe in the above-captioned action and write pursuant to Your Honor's individual rules to respectfully request leave to file under seal her forthcoming letter.

We sent a copy of the letter earlier today to inform Defendant Leon Black's counsel that this letter is in response to ECF 180 which is filed under seal and thus this letter must also be filed under seal.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Jeanne M. Christensen

 cc: All counsel of record (*via* ECF)