UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe,<br><br>   Plaintiff,<br><br>   v.<br><br>Leon Black,<br><br>   Defendant. | Case No. 1:23-cv-06418-JGLC |

## MOTION FOR ADMISSION PRO *HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Paul G. Cassell hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Non-Party, Bradley Edwards, in the above-captioned action.

I am in good standing of the bar of the State of Utah and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3

Dated: January 08, 2025

                                                   Respectfully submitted,

                                                   */s/  Paul G. Cassell*
                                                 Paul G. Cassell
                                                 *Pro Hac Vice*
                                                 S.J. Quinney College of Law at the
                                                   University of Utah*
                                                 383 S. University St.
                                                 Salt Lake City, UT 84112
                                                 Telephone: 801-585-5202
                                                 Facsimile: 801-585-6833
                                                 E-Mail: pgcassell.law@gmail.com

(*institutional address for identification purposes, not to imply institutional endorsement)

*Attorney for Non-Party, Bradley Edwards*