UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe,<br><br>  Plaintiff,<br><br>     v.<br><br>Leon Black,<br><br>  Defendant. | Case No. 1:23-cv-06418-JGLC |

# DECLARATION OF PAUL G. CASSELL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Paul G. Cassell, hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am a member in good standing of the bar of the State of Utah.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  January 08, 2025
        Salt Lake City, UT

Respectfully submitted,
*/s/ Paul G. Cassell*
Paul G. Cassell
*Pro Hac Vice*
S.J. Quinney College of Law at the
University of Utah*

1

        383 S. University St.
        Salt Lake City, UT 84112
        Telephone: 801-585-5202
        Facsimile: 801-585-6833
        E-Mail: pgcassell.law@gmail.com

(*institutional address for identification purposes, not to imply institutional endorsement)
*Attorney for Non-Party Brad Edwards*