# Exhibit A

**From:** Lesley Groff
**To:** Jeffrey Epstein
**Subject:** Call List
**Date:** Friday, January 31, 2014 1:15:38 PM

you also wanted to speak with:

Lena:  +46 70-791 93 77
lena_l_ander@hotmail.com

Leon Black:  212 515 3205

Ariane:  4178 8965219
ader@aderfam.ch

Brad Karp (he has not called back):  212-373-3316

**From:** Lesley Groff
**To:** Jefffrey Epstein
**Subject:** Tonight/Tomorrow Aug. 7 & 8, 2018
**Date:** Wednesday, August 8, 2018 4:44:29 PM

### *TONIGHT*

**5:00pm** *Appt w/Andrew Farkas (917) 288-4636*

**7:30pm DINNER** *w/Woody, Soon Yi, Kathy Ruemmler and Barry Sternlicht*

*(Soon Yi: 917 402-7204)(Kathy: 202 669-7405)(Barry:* Barrstern@gmail.com*)*

### *Thurs. Aug. 9, 2018 NY-PB*

*Reminder: Larry in Dallas for G550 training Aug. 23-29*

**7:30am** *Appt w/David Mitchell and the egg people (David: 917 362-8787)*

*8:00am Renato to have car outside ready to go*

**8:30am** *Go have Blood work done*

*RENATO TO DRIVE YOU*

**9:00am** *LEAVE for meeting with Reid Weingarten*

*RENATO TO DRIVE YOU*

**9:30pm** *Appt w/Reid Weingarten at his home/office (917 225-0160)*

*225 w 106th apt 10a…tel: 212 9321140*

*10:17am Renata to arrive LGA via Delta #1555 (Rec. Loc.#EMNWDD)*

*11:00am Larry to arrive Newark*

***11:00am*** *Appt w/Brad Karp (212) 373-3316*

***12:30pm*** *Appt w/Alex from Layer 1 (Jeremy Rubin's friend) 650 842-0188*

***1:15pm LUNCH*** *w/Leon Black (212 515 3205)*

***3:00pm Carosa at house to take you to Teterboro***

***4:00pm*** *Depart NY*

***6:10pm*** *Arrive PB*

**From:** Lesley Groff
**To:** Jefffrey Epstein
**Subject:** Schedule Oct. 16-19
**Date:** Tuesday, October 16, 2018 4:40:35 PM

***TONIGHT:***

***7:30pm*** *Appt w/Urte (347 497 8188)*

***7:30pm*** *TENTATIVE Screening of "Wont You Be My Neighbor"*

*The Whitby Hotel, 18 W. 56th Street, between 5th & 6th*

***8:30pm*** *Cocktails and Light Supper*

*JOJO TO DRIVE YOU!*

***Wed. Oct. 17, 2018 NY***

*10:29am Renato to depart JFK via Jet Blue#1 (Rec. Loc#GIBWNT)*

***12:30pm LUNCH*** *w/Gianni Serazzi (+33 6 59 56 29 03)*

***5:00pm*** *Appt w/Nastia (646) 881-6640*

***Thurs. Oct. 18, 2018 NY***

*Reminder: Dave on holiday Oct. 18-21, back to work Oct. 22*

***8:30am TENTATIVE Breakfast w/Leon Black (212 515 3205)***

***10:00am*** *Appt w/vinny, the contractor for steam area (Merwin organized)*

**2:00pm SDNY Dental,** *Cleaning w/Nancy*

*150 East 58th Street, 32nd floor suite 3200, (212) 752-7937*

**4:00pm** *Appt w/Brad Karp (917) 855-7220*

**7:00pm** *TENTATIVE Screening of Girl*

*Quad Cinema, 34 West 13th Street*

**9:00pm** *Reception*

*Walker Hotel, 52 West 13th Street*

*OR*

**7:30pm** *TENTATIVE Screening of The Price of Everything*

*Museum of Modern Art., 18 West 54th Street Entrance (btwn 5th and 6th)*

<u>**Fri. Oct. 19, 2018 NY-?**</u>

**TBD Depart NY**

**TBD Arrive ?**