# Exhibit B

| | |
|---|---|
| **From:** | Lesley Groff |
| **To:** | Annemarie Bemis |
| **Subject:** | Re: Jeffrey Epstein |
| **Date:** | Monday, December 17, 2012 3:27:18 PM |

They will fly out of Teterboro on Thursday...Leon Black and some of his family (wife and a couple of kids) will be on the plane as well as another friend of Jeffrey's, ███████████. Leon Black is very nicely taking 2 of Jeffrey's friends to STT for him!! :)

Anything else, just ask!

On Dec 17, 2012, at 3:04 PM, Annemarie Bemis wrote:

> Hi Lesley,
>
> Thanks for the information about the air travel on Thursday. Were you able to find out which airport the plane will be departing from? Will Leon be traveling with other passengers? Will Mr. Black be on the plane as well?
>
> I will talk to Leon about which flight he would like to take back to New York on Saturday and will let you know as soon as possible. I'll also send you Leon's passport information very soon.
>
> Thanks,
>
> Annemarie
>
> Annemarie Bemis
> Executive Assistant
> Office of the President
> Bard College
> PO Box 5000
> Annandale-on-Hudson, NY 12504
> (845) 758-7658
>
>
> On Dec 17, 2012, at 2:40 PM, Lesley Groff wrote:
>
>> More info for you regarding Leon Black's plane. The tail number of the plane is 624-N. Leon Botstein should arrive at least 10 minutes before take off (so by 9:50am) The estimated time of arrival to ST. Thomas is 2:30pm. We will have Leon picked up and taken to Jeffrey's island...all will be taken care of!
>>
>> Do let me know what flight Leon prefers to take this Saturday Dec. 22nd and I will take care of the booking.
>>
>> As we spoke about before, I will need Leon's passport information but also make sure he has it with him for this trip! He will need it!
>>
>> thanks, Lesley

| | |
|---|---|
| **From:** | Lesley Groff |
| **To:** | Jeffrey Epstein |
| **Subject:** | Re: schedule |
| **Date:** | Monday, April 1, 2013 6:19:22 AM |

?? What time is Farkas call and I will confirm.

Sent from my iPhone

On Apr 1, 2013, at 4:35 AM, Jeffrey Epstein <jeevacation@gmail.com> wrote:

> todays farkas call is not on it. ?
>
> On Sun, Mar 31, 2013 at 8:39 PM, Lesley Groff <lesley.jee@gmail.com> wrote:
>
>> ## *APRIL 2013*
>>
>> ***Reminder: You want to take Woody Allen to MIT to meet with Joicho (Joi) Ito this month***
>>
>> ## *MON. APRIL 1, 2013  PARIS - NY*
>>
>> *Reminder: Easter Monday, FTC is closed*
>>
>> *Reminder: Call Alan Halperin this morning Early!* (212) 373-3313
>>
>> **1:00pm LUNCH** *w/Sebastien Grandin &* ▮▮▮▮▮▮
>> *(Sebastien: 33 6 09 75 32 13)*
>>
>> **TBD Dinner** *w/Celina at Eva's house*
>>
>> *1040 fifth Ave, Fl 15*
>>
>> 212 288 4844
>>
>> **7:30pm** *Screening of The Company You Keep, MoMA, Titus 1, 11 West 53rd St, between 5th & 6th Aves* **(IF YOU WANT TO GO WE MUST RSVP)**

**9:30pm** *Party, Harlow, 111 East 56th St, between Lex & Park*

**TUES. APRIL 2, 2013  NY**

*Reminder: Roman Abromovich*

**9am Appt** *w/Leon Black (212 515 3205)* **(BREAKFAST?)**

**10:00am** *Scott to come over and finish editing David Blaine film*

**11:00am** *Appt w/Adam Bly (718) 219-5841*

**2:30pm** *Phone Date w/Dean Kamen (603-669-5139 x 246 p)*

**WED. APRIL 3, 2013  NY**

**9:00am Meeting** *w/Leon Black and Debra at Apollo Offices*

*9 West 57th Street, 43rd Floor*

*(212 515 3205)*

**10:00am** *Appt w/Alan Halperin (212 373 3313)*

**6pm to 7pm Arrival** *for Appt w/Dr. Ting (depending on how his surgeries go this day will determine actual time of arrival) 917-297-6665*

**THURS. APRIL 4, 2013  NY**

*Reminder: David Blaine's birthday is April 4*

**TBD** *Schmidt Today!!  When?*

**TBD** ▮▮▮▮▮▮▮▮ *and Chaslin (phfnyc@me.com) When?*

**3:00pm** *Appt w/Tom McGraw, Justin Nelson and Erika Kellerhals (Tom: 212-464-1452, thomas.mcgraw@jpmorgan.com) (Erika: 340-244-2266, ekellerhals@kffklaw.com)*

**4:30PM TENTATIVE** *Appt w/Nathan Wolfe* **(do you want to see him?)** *nwolfe@metabiota.com*

**7:30PM Dinner** *w/Ehud Barak, Peter Mandelson, Jes Staley, Mort Zuckerman (Jes: 212-905-3948) (p.mandelson@global-counsel.co.uk) Mort 212 326 4012 cprobert@bostonproperties.com*

**FRI. APRIL 5, 2013  NY-BARD-CAMBRIDGE**

**TBD** *Appt w/David Blaine (646 591 4444)*

**3:00pm** *TENTATIVE Appt w/*▮▮▮▮▮▮▮▮ *(46 737 130 500* ▮▮▮▮▮▮▮▮

--

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved



On Apr 28, 2013, at 11:24 AM, Lesley Groff <lesley.jee@gmail.com> wrote:

Are you almost to the airport?

Sent from my iPhone

Begin forwarded message:

> **From:** Melanie Spinella <Spinella@ApolloLP.com>
> **Date:** April 28, 2013, 1:00:23 PM EDT
> **To:** Lesley Groff <lesley.jee@gmail.com>
> **Subject: Fwd: FYI**
>
> Help!
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> From: Debra Black <drb@drb760.com<mailto:drb@drb760.com>>
> Date: April 28, 2013, 12:59:32 PM EDT
> To: Melanie Spinella <Spinella@ApolloLP.com<mailto:Spinella@ApolloLP.com>>
> Subject: FYI
>
> Leon and I are currently waiting at the airport for Jeffrey's people. There was a single engine helicopter with one pilot waiting for us which I refused to get on.
> Debra
>
> Sent from my iPhone

This email and any files transmitted with it are confidential
and intended solely for the person or entity to whom they are
addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.  If you have received this email in error please contact the sender and delete the material from
any computer.

Apollo Global Management, LLC