

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

January 15, 2025

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

      Re:    *Doe v. Black*, Case No.: 23-cv-06418 (JGLC)

Dear Judge Clarke:

We represent Plaintiff Jane Doe ("Plaintiff") in the above-captioned action and write pursuant to Your Honor's individual rules to respectfully request leave to file under seal Plaintiff's forthcoming letter.

Defendant Leon Black ("Defendant") submitted under seal a letter to Your Honor dated January 15, 2025. ECF 198. As Plaintiff's forthcoming letter is in response to Defendant's January 15, 2025 filing, and references materials and proceedings that are currently under seal in *Jane Doe 1 v. JP Morgan Chase Bank, N.A.*, 22-cv-10019, Plaintiff respectfully requests that her forthcoming letter be sealed.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Jeanne Christensen*

Jeanne M. Christensen

 cc: All counsel of record (*via* ECF)