UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                        Plaintiff,

        -against-

LEON BLACK,

                        Defendant.

23-CV-6418 (JGLC)

**<u>AMENDED ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

       For the reasons stated on the record at the January 16, 2025 conference before this Court, Defendant's motion to amend the case caption to unseal Plaintiff's name (ECF No. 116) is DENIED, and Defendant's request to stay discovery pending disposition of their forthcoming motion for sanctions (ECF No. 198) is GRANTED. Discovery in this action is HEREBY STAYED for good cause shown. The Court also DENIES as moot Defendant's request to quash certain subpoenas in light of the discovery stay. ECF No. 166. Defendant shall file his forthcoming motion by **February 21, 2025**, Plaintiff shall file her opposition by **March 21, 2025**, and Defendant shall file his reply by **April 4, 2025**.

       Regarding Defendant's request at the conference to use a sealed letter in other actions, upon further consideration, the Court directs Defendant to submit his request directly to Judge Failla. For the avoidance of doubt, the Court reiterates all sealed materials may only be used in this action unless and until Judge Failla, or this Court, instructs otherwise.

       Regarding the distribution of documents discussed at the conference, the Court will correspond with the parties by electronic mail. The Court reiterates any documents that Judge Rakoff ordered to be produced shall be treated as Confidential under ECF No. 170. All other documents (i.e., those not ordered to be produced and not currently possessed by Defendant)

shall be treated by Defendant's counsel as Attorneys' Eyes Only ("AEO"), which does not include investigators. These AEO documents may be used solely in connection with Defendant's forthcoming motion.

Finally, all documents requested to be sealed relating to these issues (ECF Nos. 178, 180, 184, 186, 194, 198, 202) and their corresponding exhibits shall remain under seal until further order from the Court. The parties shall indicate their position with respect to sealing these documents (and Judge Rakoff's December 13, 2024 decision) in their upcoming sanctions briefing.

The Clerk of Court is respectfully directed to terminate ECF Nos. 115, 116, 141, 177, 179, 183, 193, 197, and 201.

Dated: January 16, 2025
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge