quinn emanuel trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S EMAIL ADDRESS
michaelcarlinsky@quinnemanuel.com

January 18, 2025

**VIA NYSCEF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

Re: *Jane Doe* v. *Leon Black*, 1:23-cv-06418-JGLC – Letter Motion for Leave to File Under Seal

Dear Judge Clarke:

We represent defendant Leon Black in this matter. Pursuant to Your Honor's Individual Rule 5(e)(ii), we respectfully request leave to file under seal a letter, dated today, to Your Honor responding to Plaintiff's letter, dated January 17, 2025 (ECF Doc. No. 206).

The contents of the letter relate to (1) Plaintiff's letter, which was filed under seal, and (2) materials and proceedings that are currently under seal in the *JPMC* proceedings.

Respectfully submitted,

/s/ *Michael Carlinsky*
Michael B. Carlinsky