UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                                Plaintiff,<br><br>     -against-<br><br>LEON BLACK,<br><br>                               Defendant. | 23-CV-6418 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

        The Court has received and reviewed Defendant Leon Black's February 18, 2025 letter request for *ex parte* relief. The Court finds that Defendant has not demonstrated sufficient extraordinary circumstances warranting his entitlement to relief without first providing Plaintiff an opportunity to be heard. Defendant's *ex parte* request is therefore DENIED. Should Defendant intend to pursue the requested relief, he shall file the application on the docket, under seal, but on notice to Plaintiff's counsel, as soon as practicable, and any in event no later than **February 19, 2025 by 12:00 PM**. Plaintiff shall file any response or opposition on or before **February 21, 2025**.

Dated: February 18, 2025
            New York, New York

                                                  SO ORDERED.

                                                  *Jessica Clarke*
                                                  JESSICA G. L. CLARKE
                                                  United States District Judge