UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-

LEON BLACK,

                Defendant.

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

       The Court has received the parties' letters (ECF Nos. 219, 220, 222) regarding Defendant Black's February 19, 2025 request to inspect certain of Plaintiff's documents (the "Inspection Request"), in addition to Defendant's request for leave to file an oversized brief in support of his forthcoming motion (ECF No. 221). Plaintiff has also requested an extension of two weeks to respond to the February 19, 2025 Inspection Request letter (ECF No. 220).

       After a careful review of the parties' submissions and accompanying exhibits, the Court hereby GRANTS Defendant's Inspection Request. The parties are directed to confer and arrange a mutually agreeable date, time, and location to allow Defendant's counsel to inspect the relevant documents. The parties shall arrange for this inspection to occur on or before **March 7, 2025**. The parties need not deliver the documents to the Court for safekeeping prior to or following the inspection. However, the parties are advised that the Court's February 19, 2025 text-order instructing Plaintiff's counsel to safeguard and preserve the documents to prevent alteration or destruction remains in effect, and shall remain in effect until Defendant's forthcoming motion is adjudicated.

       In addition, given the relevance of the inspection to Defendant's forthcoming motion, the Court *sua sponte* extends the current briefing schedule for the motion (*see* ECF No. 205).

Accordingly, Defendant shall file his motion on or before **March 14, 2025**, Plaintiff shall file her opposition by **April 11, 2025**, and Defendant may file a reply on or before **April 25, 2025**. Plaintiff may also respond, if needed, to the substance of Defendant's February 19, 2025 letter in her opposition.

Finally, the Court GRANTS Defendant's request for the parties to file oversized briefs in connection with Defendant's forthcoming motion given the complexity and seriousness of the issues to be discussed.

The Clerk of Court is respectfully directed to terminate ECF No. 221.

Dated: February 21, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge