**MANDATE**

S.D.N.Y. – N.Y.C.
23-cv-6418
Clarke, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 26, 2025

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11ᵗʰ day of March, two thousand twenty-five.

Present:
> John M. Walker, Jr.,
> Richard C. Wesley,
> Joseph F. Bianco,
> > *Circuit Judges*.

Leon Black,

> *Petitioner*,

v.                                                                                     24-3025

Jane Doe,

> *Respondent*.

Petitioner requests, under 28 U.S.C. § 1292(b), leave to appeal an interlocutory order of the district court. Petitioner also moves for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED. It is further ORDERED that the petition for leave to appeal under § 1292(b) is GRANTED. *See Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23–25 (2d Cir. 1990); *Mei Shing Yu v. Hasaki Rest., Inc.*, 874 F.3d 94, 97–98 (2d Cir. 2017). In addition to all other issues the parties wish to address in their briefs, they are directed to address whether this Court should certify issues raised by this matter to the New York Court of Appeals.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/25/2025