UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-

LEON BLACK,

                Defendant.

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has received and reviewed Wigdor LLP's ("Wigdor") April 14, 2025 letter requesting guidance from this Court on how, and whether, to maintain original copies of certain of Plaintiff's documents. ECF No. 243. Defendant Black filed a response to this request indicating his position. ECF No. 245. All parties appear to take the position that Wigdor should maintain possession of the original documents, and this Court agrees given the importance of these documents to Defendant Black's pending motion. Accordingly, and consistent with this Court's prior instruction (*see* ECF No. 223), Wigdor is ORDERED to continue to maintain, safeguard, and preserve the relevant documents until Black's pending sanctions motion is adjudicated. Wigdor shall, however, ensure that copies of the documents are provided to Plaintiff in a timely fashion (and no later than **May 1, 2025**) and shall also permit Plaintiff (and any new counsel she retains) to review or inspect the documents upon request.

Dated: April 16, 2025
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge