

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

April 24, 2025

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

      Re:    *Doe v. Black*, Case No.: 23-cv-06418 (JGLC)

Dear Judge Clarke:

We write in connection with the letter filed today (ECF 249) by Plaintiff Jane Doe to inform the Court that our firm does not intend to respond to the unfounded accusations unless so ordered to by the Court.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*[signature]*

Jeanne M. Christensen

 cc: All counsel of record (*via* ECF)