

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

April 30, 2025

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

      Re:    *Doe v. Black*, Case No.: 23-cv-06418 (JGLC)

Dear Judge Clarke:

We write in connection with the letter filed today by Plaintiff Jane Doe. ECF 255. Unless directed by the Court to do so, it is not our intention to respond to the letter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*[signature]*

Jeanne M. Christensen

cc: All counsel of record (*via* ECF)