

E. DANYA PERRY
Founding Partner
212-840-7939 PHONE
dperry@danyaperrylaw.com EMAIL

May 21, 2025

**VIA ECF**

Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Doe v. Black*, No. 1:23-cv-06418-JGLC: Request to Provide Counsel Access to ECF No. 263

Dear Judge Clarke:

I write in connection with the submission filed by Plaintiff Jane Doe earlier today (ECF No. 263).

Per the Court's Order, dated May 14, 2025 (ECF No. 262), Plaintiff was permitted to "to file her forthcoming submission under seal with access to all counsel of record," and the Court expressly warned her "that any submission she makes, even if placed under seal, will be accessible to, and viewable by, Defendant and his attorneys."

Defendant's counsel currently does not have access to the submission, and we respectfully request that the Court grant us such access.

We thank the Court for its attention to this matter.

                                                Very truly yours,

                                                */s/ E. Danya Perry*
                                                E. Danya Perry