UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
Jane Doe,

     Plaintiff,

                                Case No.: Doe v. Black, Case No.:23-cv-06418 (JGLC)

   - against -

Leon Black,

     Defendant.
---------------------------------------------------------------

Jane Doe
P.O. Box 286
Haymarket, VA 20168
202-407-6947
jane.doe06418@gmail.com

May 28, 2025

**Via Email to: Temporary_Pro_Se_Filing@nysd.uscourts.gov**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007

Re:   *Doe v. Black,* Case No.: 23-cv-06418 (JGLC)
Letter Request for Access to Sealed Filings

Dear Judge Clarke:

I respectfully write as the pro se plaintiff in the above-captioned matter to request the Court's permission to access sealed filings in this case.

After submitting the "Motion for Permission for Electronic Case Filing", per the reminder in your order, ECF 258, I have had several conversations with Pro Se Office staff members

regarding access to the Court's CM/ECF system. They were unable to provide such access due to technical constraints that involved entering me into the system under the name of Jane Doe which, if entered, would cause all Jane Does in the system to automatically be given the same access.

Due to these constraints, I am unable to access sealed filings, including my own. As I am representing myself, I need timely access to all filings, including those filed under seal, in order to prepare responses and comply with the Court's orders. I have been advised by the Pro Se Office that I must seek the Court's approval in order to view them.

Accordingly, I respectfully request permission to access sealed documents in this case, either electronically via PACER or by receiving copies by mail, as the Court deems appropriate. I will maintain the confidentiality of any such documents in accordance with applicable rules and any protective orders on file.

Thank you for your consideration of this request.

Respectfully submitted,


/s/ *Jane Doe*
Jane Doe
Pro Se Plaintiff