UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-----------------------------------------------------------------

Jane Doe,

      Plaintiff,

                    Case No.: Doe v. Black, Case No.:23-cv-06418 (JGLC)

  - against -

Leon Black,

      Defendant.

-----------------------------------------------------------------

Jane Doe
P.O. Box 286
Haymarket, VA 20168
202-407-6947
jane.doe06418@gmail.com

May 28, 2025

**Via Email to: Temporary_Pro_Se_Filing@nysd.uscourts.gov**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007

Re:    *Doe v. Black,* Case No.: 23-cv-06418 (JGLC)
Letter Request for Access to Sealed Filings

Dear Judge Clarke:

I respectfully write as the pro se plaintiff in the above-captioned matter to request the Court's permission to access sealed filings in this case.

After submitting the "Motion for Permission for Electronic Case Filing", per the reminder in your order, ECF 258, I have had several conversations with Pro Se Office staff members

regarding access to the Court's CM/ECF system. They were unable to provide such access due to technical constraints that involved entering me into the system under the name of Jane Doe which, if entered, would cause all Jane Does in the system to automatically be given the same access.

Due to these constraints, I am unable to access sealed filings, including my own. As I am representing myself, I need timely access to all filings, including those filed under seal, in order to prepare responses and comply with the Court's orders. I have been advised by the Pro Se Office that I must seek the Court's approval in order to view them.

Accordingly, I respectfully request permission to access sealed documents in this case, either electronically via PACER or by receiving copies by mail, as the Court deems appropriate. I will maintain the confidentiality of any such documents in accordance with applicable rules and any protective orders on file.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Jane Doe*
Jane Doe
Pro Se Plaintiff

Application GRANTED. Plaintiff is granted permission to access the sealed filings in this matter. However, given the difficulties Jane Doe discusses in the letter, it appears she will be unable to view these documents herself through CM/ECF. Therefore, this Court hereby ORDERS Wigdor LLP, as former counsel for Plaintiff (and because the firm is continuing to safeguard certain of Plaintiff's documents), to distribute ECF Nos. 224-233, 249, 251-253, and 259 (Defendant Black's pending motion) to Jane Doe by electronic mail at the email address listed on the docket. If necessary, given the volume of documents, Wigdor may also arrange to distribute these documents to Plaintiff by other secure means (e.g., through FTP transfer). Wigdor shall promptly file a certificate of service thereafter (and for any subsequent distributions of sealed materials to Plaintiff).

Plaintiff is further instructed that, should there be additional sealed documents she wishes to view, she should promptly write a letter to this Court identifying the "ECF No." of any such documents to the extent she is unable to obtain them from Wigdor LLP. Any sealed documents provided to Plaintiff shall be used strictly in accordance with this Court's prior orders regarding confidentiality.

SO ORDERED.

*Jessica Clarke* (signature)

JESSICA G. L. CLARKE
United States District Judge

Dated: June 4, 2025
       New York, New York