UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JANE DOE,

                    Plaintiff,

    v.

LEON BLACK,

                    Defendant.
------------------------------------------------------------ X

Case No. 23-cv-06418 (JGLC)

## CERTIFICATE OF SERVICE

On June 4, 2025, pursuant to the Court's Order of June 4, 2025 (ECF 267), copies of ECF 224-233, 249, 251-253, 259 and 267 were served via the secure file transfer platform WeTransfer on:

    Jane Doe
    jane.doe06418@gmail.com

Previously, copies of ECF 224-233 were served on Jane Doe via file transfer on April 23, 2025.

Dated: June 4, 2025
       New York, NY

By: _____
       Jeanne M. Christensen