UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
Jane Doe,

      Plaintiff,

                      Case No.: Doe v. Black, Case No.:23-cv-06418 (JGLC)

   - against -

Leon Black,

      Defendant.
---------------------------------------------------------------

**MEMO ENDORSED**

Jane Doe
P.O. Box 286
Haymarket, VA 20168
202-407-6947
jane.doe06418@gmail.com

June 8, 2025

**Via Email to: Temporary_Pro_Se_Filing@nysd.uscourts.gov**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007

      Re:   *Doe v. Black,* Case No.: 23-cv-06418 (JGLC)

Dear Judge Clarke:

I write as the pro se Plaintiff in the above-captioned matter, respectfully seeking leave of Court to (1) file a motion in response to Defendant's current motion that exceeds the standard page limit set by Your Honor's Individual Rules, and (2) submit an expanded set of exhibits and supporting declarations in connection with that motion.

This request is made in good faith and is necessary given the volume of supporting documentation and the need to thoroughly set forth Plaintiff's factual narrative, which has been misrepresented in Defendant's filing that relies on voluminous, and in many cases sealed, materials from unorthodox parallel proceedings. As such, Plaintiff's memorandum cannot be adequately presented within the standard page limit.

Additionally, Plaintiff respectfully requests that the Court permit her to file the opposition materials under seal, consistent with the protective orders and sealing procedures already in place in this matter.

Thank you for the Court's consideration.

Respectfully submitted,

S/ Jane Doe
Jane Doe
Pro Se Plaintiff

Application GRANTED. Plaintiff may temporarily file her forthcoming opposition and supporting materials under seal. Plaintiff may also file an oversized opposition consistent with the Court's prior order at ECF No. 223, meaning that her opposition shall not exceed 10,000 words (or 28 pages).

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 18, 2025
　　　New York, New York