**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7150**

WRITER'S EMAIL ADDRESS
michaelcarlinsky@quinnemanuel.com

June 30, 2025

<u>VIA ECF</u>

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

Re:   *Jane Doe v. Leon Black*, 1:23-cv-06418-JGLC

Dear Judge Clarke:

We write on behalf of Defendant Leon Black. On June 26, 2025, Your Honor ordered Plaintiff Jane Doe to submit all exhibits and other materials in further support of her opposition to Defendant's pending motion for case-terminating sanctions by email to the Court. *See* ECF No. 281. The Court noted that "[u]pon receipt of any such submissions, the Court will docket them," and that "these documents will be seen by Defendant and his counsel." *Id.* Plaintiff informed us today that she submitted these materials by email to the Court. Accordingly, we respectfully request that the Court provide access to these materials to Defendant and his counsel, as set forth in the Court's June 26, 2025 order. Moreover, while Defendant's deadline to file reply papers in support of his motion is presently July 7, 2025 (*see* ECF No. 258), Defendant expects to seek an extension of that deadline in light of the fact that he still has not received many of the materials that Plaintiff submitted in opposition to his motion and in light of the number of pages submitted by Plaintiff and her former counsel, Wigdor LLP.

Respectfully submitted,

/s/ *Michael Carlinsky*
Michael B. Carlinsky

cc:   Counsel of Record

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH