UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                        Plaintiff,

        -against-

LEON BLACK,

                        Defendant.

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      By letter dated July 7, 2025, Defendant moves to compel the production of documents cited by or referenced by Plaintiff (ECF Nos. 274, 275, 277, 283), who is now proceeding *pro se*, in her opposition to Defendant's pending sanctions motion. ECF No. 284. Defendant also seeks the disclosure of privileged communications between Wigdor LLP and Plaintiff to the extent Plaintiff has discussed or revealed the contents of those communications in her submissions. *Id.*

      IT IS HEREBY ORDERED that Wigdor LLP and Plaintiff shall file any opposition to Defendant's motion to compel on or before **July 14, 2025**. Defendant's deadline to file a reply in further support of his pending motion (ECF No. 224) is ADJOURNED *sine die* pending resolution of the issues implicated by the motion to compel.

      The Court has received an email communication from Plaintiff indicating she cannot access sealed documents on the docket. The Court understands from the Certificate of Service filed by Wigdor LLP at ECF No. 285 that the motion at issue (ECF No. 284) and the most recent filings were served on Plaintiff. Going forward, Defendant's counsel and Wigdor LLP shall serve Plaintiff via email with any submissions they file along with a certificate of service. The Court will ensure Plaintiff is served any orders issue in this case. To that end, the Clerk of Court

is directed to serve this Order on Plaintiff at the e-mail address listed on the docket.

Dated: July 8, 2025
      New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge