UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
Jane Doe,

    Plaintiff,

                            Case No.: Doe v. Black, Case No.1:23-cv-06418 (JGLC)

  - against -

Leon Black,

    Defendant.
---------------------------------------------------------------

Jane Doe
P.O. Box 286
Haymarket, VA 20168
jane.doe06418@gmail.com

July 8, 2025

Via Email To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007

Re: *Jane Doe v. Leon Black*, No. 1:23-cv-06418-JGLC
Response to Defendant's July 7, 2025 Letter re: Document Production ECF 284

Dear Judge Clarke:

I write respectfully to confirm my intent to submit a formal response to Defendant's July 7, 2025 letter, ECF No. 284, requesting compelled production of certain materials. I am currently reviewing the substance of the letter and intend to file a full response within 24 hours.

Earlier today, my former counsel Wigdor LLP transmitted ECF Nos. 278, 280, 282, 283, and 284 to me via email and then filed a certificate of service on the docket. I acknowledge and appreciates this transmission, which will assist me in preparing a fulsome and timely response.

Because the issues raised in Defendant's July 7 letter may touch on sensitive and confidential matters and reference currently sealed documents, I respectfully request leave to file my forthcoming response under seal. As the Court is aware, the pro se office is no longer accepting sealed filings via email, and I am not in a position to hand-deliver materials. I am grateful to have previously been granted permission to submit sealed materials directly to Court at ClarkeNYSDChambers@nysd.uscourts.gov, and am prepared to do so again if the Court authorizes it. Additionally, I respectfully seek confirmation that this remains an appropriate avenue for submission of sealed material, or alternative guidance.

Respectfully submitted,
/s/ *Jane Doe*
Jane Doe
Plaintiff, Pro Se