UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

Jane Doe,

     Plaintiff,

                Case No.: Doe v. Black, Case No.1:23-cv-06418 (JGLC)

  - against -

Leon Black,

     Defendant.
----------------------------------------------------------------



Jane Doe
P.O. Box 286
Haymarket, VA 20168
jane.doe06418@gmail.com

July 8, 2025

Via Email To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007

Re: *Jane Doe v. Leon Black*, No. 1:23-cv-06418-JGLC
Response to Defendant's July 7, 2025 Letter re: Document Production ECF 284

Dear Judge Clarke:

I write respectfully to confirm my intent to submit a formal response to Defendant's July 7, 2025 letter, ECF No. 284, requesting compelled production of certain materials. I am currently reviewing the substance of the letter and intend to file a full response within 24 hours.

Earlier today, my former counsel Wigdor LLP transmitted ECF Nos. 278, 280, 282, 283, and 284 to me via email and then filed a certificate of service on the docket. I acknowledge and appreciates this transmission, which will assist me in preparing a fulsome and timely response.

Because the issues raised in Defendant's July 7 letter may touch on sensitive and confidential matters and reference currently sealed documents, I respectfully request leave to file my forthcoming response under seal. As the Court is aware, the pro se office is no longer accepting sealed filings via email, and I am not in a position to hand-deliver materials. I am grateful to have previously been granted permission to submit sealed materials directly to Court at ClarkeNYSDChambers@nysd.uscourts.gov, and am prepared to do so again if the Court authorizes it. Additionally, I respectfully seek confirmation that this remains an appropriate avenue for submission of sealed material, or alternative guidance.

Respectfully submitted,
/s/ *Jane Doe*
Jane Doe
Plaintiff, Pro Se

---

Application GRANTED. The Court has received Plaintiff Jane Doe's letter requesting permission to file her forthcoming opposition to Defendant's motion to compel under seal. ECF No. 287. Consistent with this Court's prior order, Plaintiff shall submit her response to the Court at ClarkeNYSDChambers@nysd.uscourts.gov. In addition, and so as to avoid any subsequent delay, Plaintiff shall copy Defendant and Wigdor LLP on her distribution email to the Court. The Court will subsequently docket Plaintiff's response under seal.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: July 11, 2025
       New York, New York