UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                       Plaintiff,<br><br>     -against-<br><br>LEON BLACK,<br><br>                       Defendant. | 23-CV-6418 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      The Court has received Plaintiff's April 16, 2025 correspondence (by electronic mail) which (1) seeks permission to file a sur-reply to Defendant's forthcoming reply in support of his motion to compel; and (2) raises concerns about delays in receiving sealed filings.

      First, the Court denies Plaintiff's request to file a response to Defendant's forthcoming reply brief. As stated in Local Rule 6.1, a party who opposes a motion is generally afforded only one response in opposition, and the party making the motion (here, Defendant Leon Black) has an opportunity to file a reply after the opposition. Sur-replies, which is what Plaintiff seeks, are generally not allowed unless an entirely new issue is raised in a reply. Sur-reply requests are rarely granted, and the Court sees no need to grant one here when a reply has not yet been filed.

      Second, given the ongoing prevalence of sealed filings in this case, and the need for Plaintiff to be timely apprised of any such filings, the Court reinstitutes its prior order (ECF No. 241) requiring Wigdor LLP (Plaintiff's former counsel) to timely serve her with any future filings in this case. In each instance, Wigdor shall promptly file certificates of service with the Court.

Dated: July 17, 2025
          New York, New York

2

        SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge