UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JANE DOE,

              Plaintiff,

     v.

LEON BLACK,

              Defendant.

------------------------------------------------------------ X

Case No. 23-cv-06418 (JGLC)

## CERTIFICATE OF SERVICE

On August 11, 2025, a copy of ECF 306 and attachment 306-1 was served via electronic mail on:

Jane Doe
jane.doe06418@gmail.com

ECF 306 and its attachment were also served on August 8, 2025.

Dated: August 11, 2025
New York, NY

By: _____
Jeanne M. Christensen