

E. DANYA PERRY
Founding Partner
212-840-7939 PHONE
dperry@danyaperrylaw.com EMAIL

August 11, 2025

<u>VIA ECF</u>



The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 20C
New York, NY 10007-1312

      Re: *Doe v. Black*, No. 1:23-cv-06418-JGLC – Letter-Motion for Leave to File Separate Replies

Dear Judge Clarke:

      We represent defendant Leon Black in this matter. We write to request, to the extent necessary, leave to file separate replies to Plaintiff's and Wigdor's oppositions to Mr. Black's Motion for Case-Terminating Sanctions (ECF Doc. No. 224). Your Honor's recent order regarding the briefing schedule states that Mr. Black "shall file a reply" to Plaintiff's and Wigdor's oppositions (ECF Doc. No. 306), and we seek clarification of the issue and/or permission to file a separate reply to each opposition brief. Good cause exists to permit separate replies. First, Wigdor's and Plaintiff's oppositions are strikingly dissimilar and contain very different (and at times contradictory) arguments. Second, in addition to her brief, Plaintiff filed lengthy declarations that raise numerous new factual and legal issues. Mr. Black will not have space to adequately address these new issues, in addition to Wigdor's and Plaintiff's factual and legal arguments, under the current 4,750-word limit. In the alternative, Mr. Black requests leave to file a single, oversized reply brief of 9,500 words.

      Mr. Black has not previously sought leave to file separate reply briefs. The Court previously granted Mr. Black's request to increase the word limit for his reply brief from 3,500 words to 4,750 words. (ECF Doc. No. 223.) However, Mr. Black made that request before Wigdor withdrew, before the Court permitted Wigdor and Plaintiff to file separate opposition briefs, and before Plaintiff filed a 27-page memorandum of law, four declarations (totaling 113 single spaced pages in length) and 75 separate exhibits—which contain numerous new facts, contentions, and arguments that have never before been raised in this case and that also bear on Mr. Black's response to Wigdor's opposition. These subsequent developments constitute good cause to permit separate replies or increase the word limit for Mr. Black's reply brief.

The Hon. Jessica G. L. Clarke
August 11, 2025

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ E. Danya Perry*
E. Danya Perry

Application GRANTED. Defendant may file separate replies (each not to exceed 4,750 words, *see* ECF No. 223) to address Wigdor's and Plaintiff's separate oppositions to the CTS Motion. The Clerk of Court is respectfully directed to terminate ECF No. 309.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 12, 2025
New York, New York

2