UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

Jane Doe,

       Plaintiff,

                          Case No.: Doe v. Black, Case No.1:23-cv-06418 (JGLC)

  - against -

Leon Black,

       Defendant.
----------------------------------------------------------------

Jane Doe
P.O. Box 286
Haymarket, VA 20168
jane.doe06418@gmail.com

August 13, 2025

Via Email To: Chambers and all Counsel of Record and the Pro Se Office

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007

Re: Notice of Intent to File Sanctions Motion – Preservation of Appellate and Oversight Rights

Dear Judge Clarke,

Plaintiff respectfully provides notice to the Court and all parties of record of her intent to file, within the next fourteen (14) days, a motion for sanctions pursuant to Federal Rules of Civil Procedure 60(d)(3), 30(d)(3), 11(b)(1), and 37(c), 28 U.S.C. § 1927, the Crime Victims' Rights Act, and the Court's inherent authority. Plaintiff reserves the right to include additional statutory grounds as further relevant evidence is uncovered.

Plaintiff also respectfully requests that the Court direct her former counsel to produce all client materials to which she is entitled, including but not limited to correspondence, communications,

and court notices referenced in ECF No. 204 and in connection with both this case and the related proceeding. These materials include any communications between former counsel and opposing counsel, class counsel, or others involved in the separate proceeding, which have not been provided to Plaintiff.

Given Plaintiff's status as an autistic litigant entitled to reasonable accommodations under the Americans with Disabilities Act, she requests that the Court ensure all requested materials are provided in a timely and accessible manner, and that any procedural decisions consider the impact on her ability to meaningfully participate in and respond to these proceedings.

Plaintiff's forthcoming motion will be supported by relevant documentation and evidentiary materials.

Respectfully submitted,

/s/ *Jane Doe*
Jane Doe (Plaintiff, pro se)