UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
Jane Doe,

     Plaintiff,    Case No.: Doe v. Black, Case No.1:23-cv-06418 (JGLC)

  - against -


Leon Black,

     Defendant.
---------------------------------------------------------------



Jane Doe
P.O. Box 286
Haymarket, VA 20168
jane.doe06418@gmail.com

August 13, 2025

Via Email To: Chambers and all Counsel of Record and the Pro Se Office

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007

Re: Notice of Intent to File Sanctions Motion – Preservation of Appellate and Oversight Rights

Dear Judge Clarke,

Plaintiff respectfully provides notice to the Court and all parties of record of her intent to file, within the next fourteen (14) days, a motion for sanctions pursuant to Federal Rules of Civil Procedure 60(d)(3), 30(d)(3), 11(b)(1), and 37(c), 28 U.S.C. § 1927, the Crime Victims' Rights Act, and the Court's inherent authority. Plaintiff reserves the right to include additional statutory grounds as further relevant evidence is uncovered.

Plaintiff also respectfully requests that the Court direct her former counsel to produce all client materials to which she is entitled, including but not limited to correspondence, communications,

and court notices referenced in ECF No. 204 and in connection with both this case and the related proceeding. These materials include any communications between former counsel and opposing counsel, class counsel, or others involved in the separate proceeding, which have not been provided to Plaintiff.

Given Plaintiff's status as an autistic litigant entitled to reasonable accommodations under the Americans with Disabilities Act, she requests that the Court ensure all requested materials are provided in a timely and accessible manner, and that any procedural decisions consider the impact on her ability to meaningfully participate in and respond to these proceedings.

Plaintiff's forthcoming motion will be supported by relevant documentation and evidentiary materials.

Respectfully submitted,

/s/ *Jane Doe*
Jane Doe (Plaintiff, pro se)

---

The Court has received Plaintiff's August 13, 2025 letter stating an intention to file a sanctions motion. ECF No. 313. The Court does not have a pre-motion letter requirement, and so Plaintiff's notice is unnecessary. Plaintiff is advised, however, that any such motion is unlikely to be adjudicated before the Court renders a decision on Defendant's case-terminating sanctions motion.

Regarding Plaintiff's assertion about the provision of documents and communications from her former counsel, Wigdor is ordered to respond to Plaintiff's letter by **August 20, 2025**. Wigdor shall state whether all client materials have been provided to Plaintiff, and if not, provide a reasonable deadline by which counsel will produce any such documents. Wigdor shall also ensure the sealed materials referenced in the Court's prior order at ECF No. 205 (which the Court previously provided to the parties by secure transfer site) has been provided to Plaintiff.

With respect to Plaintiff's final request regarding "accommodations," the Court remains mindful of Plaintiff's *pro se* status, hence why the Court has repeatedly afforded Plaintiff special solicitude (as is required). However, Plaintiff's latest letter lacks sufficient detail to inform the Court as to what is being requested. If Plaintiff has particular relief that she is seeking, she must state that request with specificity so as to allow the Court to assess whether it is appropriate to grant or deny the application.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 15, 2025
       New York, New York