UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                    Plaintiff,

    -against-

LEON BLACK,

                    Defendant.

23-CV-6418 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

       The Court has received Defendant's August 18, 2025 letter regarding the preservation of materials by Plaintiff and her former counsel, Wigdor LLP. ECF No. 317. The Court assumes the parties' awareness of their preservation obligations, but for the avoidance of doubt, HEREBY ORDERS Wigdor, Plaintiff, and Defendant to preserve and safeguard any and all materials relating to this action in the event the Case-Terminating Sanctions Motion is denied and discovery is unstayed. This Order should not be construed as making a finding about, or taking a position on, Defendant's assertions about Plaintiff and "manipulating" evidence.

Dated: August 19, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge