UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

Jane Doe,

      Plaintiff,

                                      Case No.: Doe v. Black, Case No.1:23-cv-06418 (JGLC)

- against -


Leon Black,

      Defendant.

-----------------------------------------------------------------

Jane Doe
P.O. Box 286
Haymarket, VA 20168
jane.doe06418@gmail.com

September 1, 2025
Via Email To: Temporary_Pro_Se_Filing@nysd.uscourts.gov

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse 500 Pearl Street, Courtroom 11B
New York, NY 10007

Re: *Jane Doe v. Leon Black*, No. 1:23-cv-06418-JGLC


Dear Judge Clarke,

Further to my letter dated August 27, I write to inform the Court that due to unexpected circumstances I will submit my motion for sanctions in the coming week.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

Jane Doe
Plaintiff, Pro Se