UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>  -against-<br><br>LEON BLACK,<br><br>        Defendant. | 23-CV-6418 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The Court has received two letters from Plaintiff (submitted by electronic mail under seal) dated August 27, 2025 and September 2, 2025 related to ongoing issues in this case. The Court may take action with respect to these letters at a later date, but for now, the Court merely dockets these letters as attachments to this Order, under seal, for the sake of maintaining an accurate and complete record of proceedings. The Clerk of Court is respectfully direct to file this Order publicly, but the accompanying attachments (Plaintiff's August 27 and September 2, 2025 letters) shall be filed under seal.

Dated: September 5, 2025
    New York, New York

                     SO ORDERED.

                     *Jessica Clarke*

                     JESSICA G. L. CLARKE
                     United States District Judge