UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

    -against-

LEON BLACK,

                Defendant.

23-CV-6418 (JGLC)

**ORDER REGARDING PLAINTIFF'S SANCTIONS MOTION**

JESSICA G. L. CLARKE, United States District Judge:

On September 5, 2025, Plaintiff (who is now proceeding *pro se*) submitted, under seal by electronic mail, a motion for sanctions against Wigdor LLP (her former counsel in this action), Defendant's counsel in this action, and certain non-parties. In that same correspondence, Plaintiff requested leave to file supporting exhibits, which the Court granted (by electronic mail). Plaintiff submitted a declaration and various exhibits in support of her motion on September 8, 2025. The Court hereby dockets Plaintiff's motion (and accompanying declaration, exhibits, and memorandum) as sealed attachments to this Order, in addition to the aforementioned correspondence.

However, as the Court previously mentioned (*see* ECF No. 315), and as Plaintiff appears to agree, further briefing on her sanctions motion at this time would not be an efficient use of the parties' time or the Court's resources given the pendency of Defendant's Case-Terminating Sanctions ("CTS") motion. As such, the Court hereby holds Plaintiff's sanctions motion IN ABEYANCE pending resolution of Defendant's CTS Motion. Defendant's September 8, 2025 letter (ECF No. 334) requesting this relief is therefore now MOOT.

Finally, the Court notes that it also received, as part of Plaintiff's sealed submission of accompanying materials for her sanctions motion, a letter in response to Defendant's letter (ECF

No. 334). However, as stated above, the request is denied as moot given the Court has already opted to *de facto* institute the requested relief. Still, this letter will also be docketed as an attachment to this Order for the sake of record completeness.

Therefore, in total, the following three attachments will be docketed, under seal, along with this Order:

1. Plaintiff's letter requesting leave to file exhibits in support of her sanctions motion, as well as the Court's response granting that request;
2. Plaintiff's sanctions motion and accompanying materials; and
3. Plaintiff's September 8, 2025 letter in response to Defendant's letter from the same date (ECF No. 334) regarding purported "implications" contained therein.

The Clerk of Court is respectfully direct to file this Order publicly, but the accompanying attachments under seal.

Dated: September 9, 2025
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge