UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>        -against-<br><br>LEON BLACK,<br><br>                    Defendant. | 23-CV-6418 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      This Order addresses previous letters and emails[1] the Court has received from Plaintiff documenting instances of outreach by prison inmates (all of whom are non-parties and not affiliated with any parties in this case) in state and federal custody. Plaintiff has noted concern regarding the timing of this contact, suggesting that because the contact closely followed instances of her making filings in this case, they are intended to intimidate or harass her. Plaintiff however has not, and does not, accuse Defendant, or any party in this case, of being responsible for this inmate contact.

      As articulated in prior orders, the Court previously referred this information to the U.S. Marshals Services ("USMS"). However, the Court understands from USMS that Plaintiff, who is a civil litigant in this matter, is outside the scope of protection of the USMS. Further referrals to USMS will therefore not produce any meaningful outcome for Plaintiff. The Court also scrutinized the information Plaintiff provided to determine potential solutions and finds none other than Plaintiff continuing to report concerns directly to the facility the inmates are calling from. In addition, and as the Court has repeatedly advised throughout this action, Plaintiff should of course contact local law enforcement or the FBI for ongoing concerns and in case of an

---

[1] These emails and letters are attached to this Order under seal.

emergency.

      The Clerk of Court is respectfully directed to file this Order publicly, but the attached documents (Plaintiff's correspondence with the Court describing the aforementioned inmate contact) under seal.

Dated: September 19, 2025
       New York, New York

    SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

2