UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JANE DOE,

               Plaintiff,          Case No. 23-cv-06418 (JGLC)

     v.

LEON BLACK,

              Defendant.

------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

On September 29, 2025 a copy of a communication from the Court attaching an unsolicited email that was sent to the Court on September 28, 2025, was served via electronic mail on:

Jane Doe
jane.doe06418@gmail.com

Dated: September 29, 2025
      New York, NY

By: _____
     Jeanne M. Christensen