UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
Jane Doe,

    Plaintiff,

                                 Case No.: Doe v. Black, Case No.1:23-cv-06418 (JGLC)

  - against -


Leon Black,

    Defendant.
----------------------------------------------------------------

Jane Doe
P.O. Box 286
Haymarket, VA 20168
jane.doe06418@gmail.com

December 8, 2025

Via Email To: Temporary_Pro_Se_Filing@nysd.uscourts.gov
Cc**:** all counsel of record for Defendant & Wigdor LLP

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007

Re: *Jane Doe v. Leon Black*, No. 1:23-cv-06418-JGLC
Letter Regarding Lack Of Service Of Sealed Filing

Dear Judge Clarke:

I respectfully write to request assistance concerning a sealed filing submitted by Defendant on Friday, December 5, 2025. Because I proceed under a Jane Doe pseudonym, there is a technical system limitation that prevents me from receiving ECF login credentials. As a result, I do not have electronic access to sealed submissions. Pursuant to the Court's prior order directing Wigdor LLP to serve me with all sealed filings, I expected to receive service of this submission but have not yet received it.

I respectfully request that service be effectuated so that I may review the filing and meaningfully participate in the ongoing proceedings.

Thank you for your attention to this matter.

Respectfully submitted,
Jane Doe
/s/ *Jane Doe*
Plaintiff, *Pro Se*