UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>   -against-<br><br>LEON BLACK,<br><br>       Defendant. | 23-CV-6418 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  On December 20, 2025, Plaintiff (proceeding *pro se*) submitted, under seal by electronic mail, a letter to the Court. The Court hereby dockets Plaintiff's letter as a sealed attachment to this Order. Defendants may optionally file a response under seal by January 5, 2026.

  The Clerk of Court is respectfully direct to file this Order publicly, but the accompanying attachment under seal.

Dated: December 22, 2025
    New York, New York

                 SO ORDERED.

                 *Jessica Clarke*
                 _____
                 JESSICA G. L. CLARKE
                 United States District Judge