UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                *Plaintiff,*<br><br>     v.<br><br>LEON BLACK<br><br>                *Defendant.* | Case No. 23-cv-06418 (JGLC) |

### CERTIFICATE OF SERVICE

    I, Jacqueline Stykes, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows: on January 5, 2026, true and correct copy of ECF No. 351 was served via electronic mail upon all parties pursuant to this Court's Notice to the Bar dated September 24, 2025.

    I certify under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2026 in New York, New York.


                                                   */s/ Jacqueline Stykes*
                                                   Jacqueline Stykes