UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

       -against-

LEON BLACK,

                Defendant.

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On January 5, 2026, counsel for Defendant Leon Black urged the Court to "seriously reconsider whether Plaintiff's continued anonymity remains justified given Plaintiff's selective and strategic disclosure of her identity." ECF No. 351 at 1. They drew on recent discussions Plaintiff held with nonparties about the subject matter of this case, *see* ECF No. 349-1, to argue that Plaintiff is attempting to "disseminate confidential and sealed materials outside this litigation." ECF No. 351 at 1.

At the outset of this litigation, "according substantial weight to the fact that Defendant [did] not oppose Plaintiff's request," the Court determined that Plaintiff would be permitted to proceed anonymously. ECF No. 16 at 3. The Court also previously agreed with the parties that "'information tending to reveal [Plaintiff's] identity' should be redacted, as the privacy interest of Plaintiff outweighs the presumption of public interest." ECF No. 106 (citing *Malibu Media, LLC v. Doe*, No. 18-CV-10956 (JMF), 2019 WL 3759161, at *1 (S.D.N.Y. Mar. 15, 2019)) (alteration in original). However, the Court clearly stated that its anonymity determination could be reconsidered in the future. *See* ECF No. 16 at 3 ("Plaintiff is permitted to proceed anonymously *at this time*." (emphasis added)). Now, the new information brought to light in

Plaintiff's letter at ECF No. 349-1 compels the Court to re-evaluate Plaintiff's continued anonymity.

Accordingly, by **January 28, 2026**, Plaintiff is directed to respond to Defendant's letter regarding her continued anonymity. Plaintiff's response may not exceed five pages. In adjudicating this issue, the Court may consider the non-exhaustive list of factors enumerated by the Second Circuit in balancing "[P]laintiff's interest in anonymity . . . against both the public interest in disclosure and any prejudice to the defendant." *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008); *see also* ECF No. 16 at 2 (listing the factors).

Dated: January 20, 2026
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge