UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                 Plaintiff,

      -against-

LEON BLACK,

                 Defendant.

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On January 21, 2026, Plaintiff (proceeding *pro se*) submitted, under seal by electronic mail, a letter to the Court in response to the Court's directive at ECF No. 353, labeled her Response Regarding Continued Anonymity. On January 22, 2026, Plaintiff submitted in the same manner a Supplemental Memorandum in Support of her "Motion in Limine." The Court hereby dockets Plaintiff's letter as a sealed attachment to this Order. The Clerk of Court is respectfully directed to file this Order publicly, but the accompanying attachments under seal. They are:

- Attachment 1: Plaintiff Email Dated January 21, 2026

- Attachment 2: Plaintiff Response Regarding Continued Anonymity

- Attachment 3: Plaintiff Supplemental Memorandum in Support of "Motion in Limine"

- Attachment 4: Exhibit to Sealed Attachment 3

In her January 21, 2026 letter, Plaintiff also requested clarification regarding the process for filing and service in this case, in light of recent changes to the sealing process in the District. The Court will continue its current procedures, wherein the Court provides stamped copies of its

Orders to the parties directly, and Wigdor LLP serves all other filings on Plaintiff. Plaintiff may continue submitting her filings directly to Chambers.

Dated: January 23, 2026
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge