UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                Plaintiff,

-against-

LEON BLACK,

                Defendant.

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      On January 31, 2026, Plaintiff (proceeding *pro se*) submitted, under seal by electronic mail, a letter to the Court. Defendant responded on February 2, 2026. *See* ECF No. 357. The Court hereby dockets Plaintiff's letter as a sealed attachment to this Order. The Court directs Wigdor LLP to respond to the allegations in Defendant's letter at ECF No. 357 by February 5, 2026. The Clerk of Court is respectfully directed to file this Order publicly, but the accompanying attachment under seal.

Dated: February 2, 2026
       New York, New York

                                        SO ORDERED.

                                        */s/ Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge