**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JANE DOE,** | |
| *Plaintiff,* | |
| **v.** | Case No. 23-cv-06418 (JGLC) |
| **LEON BLACK,** | |
| *Defendant.* | |

## CERTIFICATE OF SERVICE

I, Jacqueline Stykes, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows: on February 3, 2026, a true and correct copy of ECF No. 360 was served via electronic mail upon all parties pursuant to this Court's Notice to the Bar dated September 24, 2025.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 3, 2026 in New York, New York.

By: *Jacqueline Stykes*
Jacqueline M. Stykes