UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JANE DOE,                                   :
                                            :
                Plaintiff,       :  Case No. 23-cv-06418 (JGLC)
                                            :
v.                                          :
                                            :
LEON BLACK,                                 :
                                            :
                Defendant.       :
                                            :
------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

On February 5, 2026, pursuant to this Court's Notice to the Bar dated September 24, 2025, a true and correct copy of ECF 362 was served via electronic mail on all parties in the above-captioned action.

Dated: February 5, 2026
      New York, NY

By: _____/s/ Jeanne Christensen_____
      Jeanne M. Christensen