UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                      Plaintiff,<br><br>          -against-<br><br>LEON BLACK,<br><br>                    Defendant. | 23-CV-6418 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      The Court has reviewed the parties' letters at ECF Nos. 357, 359-1, 360, 362, and 364. Consistent with its offer (ECF No. 362 at 11), Wigdor LLP is directed to make available for *in camera* inspection any available materials regarding the nature and extent of Plaintiff Jane Doe's consent regarding the matters at issue. This submission should not respond further to Defendant's arguments about providing complete and accurate information. Such materials shall be emailed directly to ClarkeNYSDChambers@nysd.uscourts.gov by **February 17, 2026**.

Dated: February 10, 2026
       White Plains, New York

                                                                SO ORDERED.

                                                               JESSICA G. L. CLARKE
                                                               United States District Judge