# WIGDOR.

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

February 11, 2026

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

      Re:    *Doe v. Black*, Case No.: 23-cv-06418 (JGLC)

Dear Judge Clarke:

Pursuant to the Court's Order on February 10, 2026 (ECF No. 366), Your Honor directed Wigdor LLP ("Wigdor") to "make available for *in camera* inspection any available materials regarding the nature and extent of Plaintiff Jane Doe's consent regarding the matters at issue." The Court directed that this be completed by February 17, 2026.

We write to respectfully request an extension until March 2, 2026. The reason for the request is that the undersigned is lead counsel in a matter that is scheduled for trial on April 6, 2026, before the Hon. Analisa Torres entitled, *Mehta v. DLA Piper LLP*, Case No. 23 Civ. 04757 (AT) (RFT). The Joint Pretrial Order is due on February 27, 2026. In addition, the parties are in the middle of briefing eight (8) individual *Daubert* motions, with the deadline for briefing to be completed on February 20, 2026. This is Wigdor's first request for an extension on this deadline.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Jeanne Christensen/*

Jeanne M. Christensen