UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JANE DOE,                                  :
                                           :
                Plaintiff,    :   Case No. 23-cv-06418 (JGLC)
                                           :
    v.                                      :
                                           :
LEON BLACK,                                :
                                           :
                Defendant.    :
                                           :
------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

On February 12, 2026, a copy of ECF 370 was served via electronic mail on:

Jane Doe
jane.doe06418@gmail.com

Dated: February 12, 2026
      New York, NY

By: _____
      Jeanne M. Christensen