UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                              Plaintiff,

            -against-                              23-CV-6418 (JGLC)

LEON BLACK,                                        **ORDER**

                              Defendant.

JESSICA G. L. CLARKE, United States District Judge:

On February 17, 2026, Plaintiff (proceeding *pro se*) submitted, under seal by electronic mail, a letter and two exhibits to the Court. The Court hereby dockets Plaintiff's letter and exhibits as sealed attachments to this Order. In her letter, Ms. Doe offers to provide, for *in camera* inspection, "text communications between herself and former counsel demonstrating that she did not provide consent for dissemination" of the materials at issue. *See* Feb. 17, 2026 Letter at 3. The Court previously granted Wigdor LLP ("Wigdor") a similar opportunity. *See* ECF No. 366. Accordingly, Ms. Doe is directed to make available for *in camera* inspection any relevant text messages regarding the nature and extent of her consent to distribute the materials at issue. Such materials shall be emailed directly to ClarkeNYSDChambers@nysd.uscourts.gov by **February 23, 2026**.

The Court is also in receipt of Defendant's letter at ECF No. 372. The Court appreciates the time-sensitive nature of Defendant's request, and, as indicated in its Memo Endorsement at ECF No. 370, intends to rule on the Motion for Case-Terminating Sanctions and related petitions expeditiously following the February 23, 2026 *in camera* submissions referenced above. The parties are directed to cease filing letters regarding the pending Motion for Case-Terminating Sanctions, Plaintiff's anonymity, and the sealing orders in this case.

The Clerk of Court is respectfully direct to file this Order publicly, but the accompanying attachments under seal.

Dated: February 17, 2026
        White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge