UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JANE DOE,

                         Plaintiff,      :    Case No. 23-cv-06418 (JGLC)

     v.

LEON BLACK,

                     Defendant.

------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

On February 18, 2026, a true and accurate copy of ECF 374 was served via electronic mail on:

    Jane Doe
    jane.doe06418@gmail.com

Dated: February 18, 2026
       New York, NY

                                                   By: _____
                                                            Jeanne M. Christensen