UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                              Plaintiff,<br><br>              -against-<br><br> LEON BLACK,<br><br>                              Defendant. | 23-CV-6418 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

The Court previously directed Wigdor LLP to provide materials for *in camera* review regarding "the nature and extent of Plaintiff Jane Doe's consent" in the issues discussed at ECF Nos. 357, 359-1, 360, 362, and 364. ECF No. 366. The Court similarly ordered Plaintiff to "make available for *in camera* inspection any relevant text messages regarding the nature and extent of her consent" in the matters discussed. ECF No. 374. The Court has carefully reviewed the submitted materials and finds no basis to conclude that Wigdor acted beyond the scope of Plaintiff's consent or violated the Protective Order (ECF No. 170) in this action. Contrary to Defendant's argument, ECF No. 364 at 2–3, the Court also finds no evidence that Wigdor acted improperly in their selection of materials to share with law enforcement.

Wigdor also accuses Defendant's counsel of violating the Protective Order in statements made to the press. The Court has reviewed those statements and finds that most of the statements comply with the Protective Order for the reasons stated in ECF No. 364. Nonetheless, the Court admonishes all counsel to adhere to the Protective Order. Comments to the public may only include what is accessible in the public record or not otherwise excluded by the protective order.

Dated: April 9, 2026                                                    SO ORDERED.
             White Plains, New York

                                                                     *Jessica Clarke*
                                                                     _____
                                                                     JESSICA G. L. CLARKE
                                                                     United States District Judge