**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JANE DOE, §<br>§<br>        PLAINTIFF, §<br>§<br>    -AGAINST- §<br>§<br>LEON BLACK, §<br>§<br>        DEFENDANT. § | Case No. 1:23-cv-06418-JGLC |

---

## NOTICE OF MOTION TO INTERVENE AND TO UNSEAL MOTION FOR CASE-TERMINATING SANCTIONS AND RELATED FILINGS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Dana Chasin, by his undersigned counsel, herby moves this Court (1) for leave to intervene in this action pursuant to Federal Rule of Civil Procedure 24 for the limited purpose of seeking the unsealing of Defendant Leon Black's Motion for Case-Terminating Sanctions and related filings (ECF Nos. 224-233, 271, 272, 274, 275, 283, 323-326) and (2) for an order unsealing Defendant Leon Black's Motion for Case-Terminating Sanctions and related filings pursuant to federal common law and the First Amendment of the United States Constitution.

Dated: April 22, 2026

Respectfully Submitted,

*/s/ Shawn P. Naunton*

Blair G. Brown
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1829
Fax: (202) 822-8106
bbrown@zuckerman.com

Shawn P. Naunton
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 19th Floor

New York, NY 10022
Tel: (646) 746-8655
Fax: (212) 704-4256
snaunton@zuckerman.com

*Counsel for Dana Chasin*