**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JANE DOE,<br><br>                    *Plaintiff,*<br><br>          v.<br><br>LEON BLACK,<br><br>                    *Defendant.* | Case No. 1:23-cv-06418-JGLC |

**DEFENDANT LEON BLACK'S RESPONSE TO THIRD PARTY DANA CHASIN'S MOTION TO INTERVENE AND TO UNSEAL MOTION FOR CASE-TERMINATING SANCTIONS AND RELATED FILINGS**

Defendant Leon Black does not oppose third party Dana Chasin's motion to intervene and to unseal Defendant's Motion for Case-Terminating Sanctions ("CTS Motion") and related filings. ECF No. 379. Mr. Chasin's motion confirms what Mr. Black has maintained all along: Plaintiff's claims are made up out of whole cloth, and the journals she and her counsel relied on to support those claims are fraudulent. Indeed, in the same "Age 16" journal in which Plaintiff purports to recount an encounter with Mr. Black (which never happened), Plaintiff writes "[f]or being a Rockefeller that plane Mr. Dana [Chasin] had me on was scary" and calls Mr. Chasin "disgusting." *See* https://www.justice.gov/epstein/files/DataSet%2012/EFTA02731420.pdf. But Mr. Chasin states unequivocally in his motion that he "***has never owned or leased a plane***"—confirming that Plaintiff's journal is a work of fiction. Mot. Intervene at 6 (emphasis added). Mr. Black does not doubt Mr. Chasin's claims that he, like Mr. Black (and undoubtedly numerous others), has been damaged by Plaintiff's false accusations and fabricated evidence, which were made public

following Plaintiff's and her former counsel's submission to the government of certain materials at issue in the CTS Motion.

Mr. Black does not oppose—and indeed supports—unsealing the CTS Motion and related filings, so that he and Mr. Chasin can defend themselves against Plaintiff's spurious and demonstrably false allegations.

Although Mr. Black does not oppose the motion to intervene, he reserves the right to respond, as necessary, to any response by Plaintiff to Mr. Chasin's motion. Mr. Black also believes that resolution of Mr. Chasin's motion should not delay the Court's pending decision on the merits of the CTS Motion.

April 23, 2026                               Respectfully Submitted,

                                            */s/ E. Danya Perry*

                                            PERRY LAW
                                            E. Danya Perry
                                            Peter A. Gwynne
                                            445 Park Avenue, 7th Floor
                                            New York, NY 10022
                                            (212) 393-4250
                                            dperry@danyaperrylaw.com
                                            pgwynne@danyaperrylaw.com

                                            QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
                                            Michael B. Carlinsky
                                            Jennifer Barrett
                                            295 5th Ave
                                            New York, NY 10016
                                            (212) 849-7000
                                            michaelcarlinsky@quinnemanuel.com
                                            jenniferbarrett@quinnemanuel.com

                                            ESTRICH GOLDIN LLP
                                            Susan Estrich (*pro hac vice*)
                                            947 Berkeley Street
                                            Santa Monica, CA 90403
                                            Tel: (213) 399-2132
                                            susan@estrichgoldin.com

                                            *Counsel for Defendant Leon Black*