UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| -against- | 23-CV-6418 (JGLC) |
| LEON BLACK, | **ORDER** |
| Defendant. | |

JESSICA G. L. CLARKE, United States District Judge:

At approximately 3:07 PM on April 24, 2026, the Court received the journals defined as Journal 1 and Journal 5, *see* ECF No. 388 at 44, from a staff member at Wigdor LLP. As stated in its prior Opinion and Order, the Court shall maintain these journals until Plaintiff secures new counsel or, if Plaintiff does not secure new counsel, until the conclusion of this action. *Id.*

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

Dated: April 24, 2026
       White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge