UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                              Plaintiff,

                    -against-

LEON BLACK,

                              Defendant.

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On April 11, 2026, Plaintiff (proceeding pro se) submitted, under seal by electronic mail, a letter and exhibit to the Court. Subsequently, on April 22, 2026, Plaintiff submitted an additional letter to the Court. The Court hereby dockets Plaintiff's April 11 letter and exhibit and her April 22 letter as attachments to this Order. Because of the Court's Opinion and Order at ECF No. 388, the Court dockets Ms. Doe's correspondence publicly. In her April 11 letter, Ms. Doe requests use of a confidential email address with the Court that does not appear on the public docket, citing a "a growing volume of unsolicited outreach from unknown individuals." The Court denies this request, finding no basis on which to seal Plaintiff's pseudonymous email address created for the purpose of this litigation. As the Court has advised throughout this action, to the extent Plaintiff feels the unsolicited outreach constitutes a threat, she should of course contact local law enforcement or the FBI and may keep the Court abreast of any further concerns that arise. Regarding Plaintiff's April 22 letter, the Court has since denied the relevant Motion to Intervene as moot, *see* ECF No. 388 at 75, and thus Plaintiff's letter is similarly moot.

Because the Court intends for all filings, except those subject to the redactions described at ECF No. 388, to be filed on the public docket, Plaintiff is directed to contact Pro Se Docketing to docket further letters or filings in this action. Additionally, following service of this Order, the

Court lifts its requirement on Wigdor LLP to serve Ms. Doe in this case. Plaintiff will receive service by mail. Alternatively, to receive electronic service, Plaintiff may follow the instructions available at the following link, which include filling out a Consent to Electronic Service: https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

Dated:  April 24, 2026
        White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge