UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
Jane Doe,

      Plaintiff,

                Case No.: Doe v. Black, Case No.1:23-cv-06418 (JGLC)

  - against -


Leon Black,

      Defendant.
------------------------------------------------------------------

Jane Doe
P.O. Box 286
Haymarket, VA 20168
Email on File

April 11, 2026

Via Email To: Chambers of the Honorable Judge Clarke

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007

Re: *Jane Doe v. Leon Black*, No. 1:23-cv-06418-JGLC

Dear Judge Clarke:

I write respectfully to request permission to transition to a new confidential email address for communications with Chambers and counsel of record, and to request that the new address not be placed on the public docket.

Since proceeding pro se, my current email address has received a growing volume of unsolicited outreach from unknown individuals, including media inquiries, third-party contact referencing my case, and other unsolicited communications. I understand the Court cannot control such contact, and I am not seeking any action regarding the communications themselves. However,

the volume and nature of the outreach have become difficult for me to manage as a pro se litigant.

One recent message, sent from the address "you.are.a.phoenix," just two days ago, was particularly concerning. The message urged me to engage in public media activity and suggested that remaining anonymous increased my risk of harm. It also questioned the Court's ability to adjudicate the matter free from pressure and proposed initiating a "viral media campaign." The message included the following language:

> "We remain concerned for your well-being and the state of your case.
>
> It's perfectly understandable that you would prefer to stay anonymous - we understand that emotional need very well - but we fear that it increases your vulnerability. Black and the other men may try to harm you, and the lack of media attention makes that easier for them. We are also concerned that your Judge may yield to the tremendous pressure placed upon her by Black and the other men. She may give in to the pressure if the case remains unknown. Remember that Black successfully bribed the entire U.S. Virgin Islands government to drop its case against him. Think of the pressure he must be applying in your case.
>
> We can draw attention to your cause through a viral media campaign, which will afford you and your case much needed protection."

This message was concerning, particularly because it referenced potential harm, encouraged public media engagement, and raised issues relating to judicial pressure. I did not engage with this outreach. This message was one of multiple unsolicited communications from the same sender, none of which I responded to. I have also received unsolicited phone calls and emails from journalists and other third parties referencing the case. I have attached an exhibit containing representative examples of these communications, many of which encourage increased public engagement or media involvement. If the Court would find it helpful, I would be happy to forward the emails in their native form rather than screenshots.

As a pro se litigant, I am managing communications directly, and I am finding the volume and nature of this outreach increasingly difficult to manage. This is particularly challenging for me given my autism and PTSD. To help address this, I respectfully request permission to transition to a new email address to be used solely for communications with Chambers and counsel of record. If permitted, I would provide the new address directly to Chambers and counsel only, and I would respectfully request that it not be included on any public docket entries.

I would, of course, preserve my existing email account and all communications received there. My request is only to transition to a more limited contact address for Court-related communications, so that Chambers and counsel of record may reach me without the volume of unrelated unsolicited messages. I would not delete or alter the existing account.

I am not requesting any additional relief. My goal is simply to reduce unsolicited contact and maintain a more manageable communication channel while proceeding pro se.

I have attached a short exhibit containing representative examples solely to provide context for this request.

Respectfully submitted,
/s/ *Jane Doe*
Jane Doe
Plaintiff, *Pro Se*