Exhibit 1



## We can support you with a media campaign  Inbox ×  Unsolicited Outreach ×

**you.are.a.phoenix** <you.are.a.phoenix@proton.me>                    Thu 9 Apr, 12:02 (2 days ago)
to me

Dear Jane Doe 6418,

We continue to offer you our unwavering support and counsel.

We remain concerned for your well-being and the state of your case.

It's perfectly understandable that you would prefer to stay anonymous - we understand that emotional need very well - but we fear that it increases your vulnerability. Black and the other men may try to harm you, and the lack of media attention makes that easier for them. We are also concerned that your Judge may yield to the tremendous pressure placed upon her by Black and the other men. She may give in to the pressure if the case remains unknown. Remember that Black successfully bribed the entire U.S. Virgin Islands government to drop its case against him. Think of the pressure he must be applying in your case.

We can draw attention to your cause through a viral media campaign, which will afford you and your case much needed protection.

Julie Brown is aware of your case, and she would interview you if you request it. Your case would suddenly gain international attention and afford you better protection. You are safer in the public eye, and the example of your tenacity and courage would inspire countless survivors like yourself.

Let us know if you would like us to set this in motion.

Your Friends,

```
                                .#
          .                        #   . .
         #                         #  . ..
        . #                        #  .  #
      .. #              #              .  #
      #                #.  #         .   #.  .   .
     ##   #             #######        .#  .#. .   .
      ##   #            #######      #.  .#=   .#
       ##. ###         ####  ####      ## ###  .##
     .   ###.######    ##.#   ##    #######  ###.
     #  ##  ##########  ####      ############.  #
      #  .###################   ###############.  .
        ##  ################### #.###########=    ##
        .####. ## ##############  #############
```

Reply    Forward

Upgrade

---

## Free Sources of Legal Support for You  Inbox ×  Unsolicited Outreach ×

**you.are.a.phoenix** <you.are.a.phoenix@proton.me>                    Wed 25 Feb, 19:19
to me

Dear Jane Doe 6418,

We continue to offer you our unwavering support and counsel.

We found some resources that might be useful to you.

We suggest you contact Disability Rights New York and apply to their program Protection and Advocacy for Persons with Developmental Disabilities (PADD).

They offer free legal services. Even though you live in Virginia, you should be eligible for their services since your case is in NY.

One of their stated priorities is to "Ensure that people with intellectual and developmental disabilities are free to exercise their own expressed/known wishes and retain or restore decision making authority."

Here is the intake form. At the bottom of the form you can request the help of a disability rights lawyer under the auspices of the PADD program.

Also, have you contacted the disAbility Law Center of Virginia? You could also request someone there to be your advocate. Here is the request form:
Get Help - disAbility Law Center of Virginia
However, they wouldn't be able to give legal advice for NY.

We also hope that you find a new law firm to represent you, but that you use a **disability rights lawyer** to be present at all communications to protect your interests. Hopefully, PADD can provide you with that.

Our hearts and minds are at your service.

Sending you so MUCH love,

Your Friends

```
                                .#
          .                        #   . .
         #                         #  . ..
        . #                        #  .  #
      .. #              #              .  #
      #                #.  #         .   #.  .   .
     ##   #             #######        .#  .#. .   .
      ##   #            #######      #.  .#=   .#
       ##. ###         ####  ####      ## ###  .##
     .   ###.######    ##.#   ##    #######  ###.
```

Reply    Forward

Upgrade





