UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
Jane Doe,

      Plaintiff,

                Case No.: Doe v. Black, Case No.1:23-cv-06418 (JGLC)

  - against -


Leon Black,

      Defendant.
------------------------------------------------------------------

Jane Doe
P.O. Box 286
Haymarket, VA 20168
Email on File

April 22, 2026

Via Email To: Chambers of the Honorable Judge Clarke

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007

Re: *Jane Doe v. Leon Black*, No. 1:23-cv-06418-JGLC

Dear Judge Clarke:

I write respectfully in light of the motion filed by non-party Dana Chasin seeking to intervene and to unseal the Motion for Case-Terminating Sanctions and related filings.

As a pro se litigant, I want to ensure that I proceed in a manner consistent with the Court's procedures and prior instructions. Because this motion implicates issues of sealing, privacy, and the record in this case, I would like to respond.

I respectfully request guidance as to whether the Court would prefer that I file an opposition in the ordinary course, or whether the Court would prefer that I first seek leave before doing so.

I appreciate the Court's guidance and remain mindful of the Court's prior directions regarding filings.

Respectfully submitted,
/s/ *Jane Doe*
Jane Doe
Plaintiff, *Pro Se*