UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
Jane Doe,

       Plaintiff,

                    Doe v. Black, Case No.1:23-cv-06418 (JGLC)

  - against -


Leon Black,

       Defendant.
----------------------------------------------------------------

Jane Doe
P.O. Box 286
Haymarket, VA 20168
Phone number on file
jane.doe06418@gmail.com

April 27, 2026

Via Email To: Pro Se Office

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11B
New York, NY 10007

Re: *Jane Doe v. Leon Black*, No. 1:23-cv-06418-JGLC

Dear Judge Clarke,

I respectfully write to inform the Court that, pursuant to the Court's Order at ECF No. 390, I am submitting my completed Consent to Electronic Service form.

For the Court's reference, I previously submitted a consent form on April 17, 2025, and I maintain an active PACER account associated with this email address. I am resubmitting the form in accordance with the Court's directive to ensure that my service preferences are properly

updated.

A copy of the executed Consent to Electronic Service form is attached hereto. Please let me know if any additional information or documentation is required.

Thank you very much for the Court's time and consideration.

Respectfully submitted,
/s/ *Jane Doe*
Jane Doe
Plaintiff, *Pro Se*