

**Meredith Firetog**
mfiretog@wigdorlaw.com

April 29, 2026

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Doe v. Black*, Case No.: 23-cv-06418 (JGLC)

Dear Judge Clarke:

In the Court's Order on April 23, 2026, Your Honor directed Wigdor LLP ("Wigdor") to "provide Plaintiff's Journals 1 and 5 to the Court," and to "return the remaining journals in its possession to Plaintiff."  ECF 388 at 76.

We write to inform the Court that on April 24, 2026, Wigdor sent Journals 2, 3 and 4 to Plaintiff *via* Federal Express mail.  Yesterday, we received notification that the package was delivered.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Meredith Firetog*
Meredith Firetog