**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JANE DOE,<br><br>             *Plaintiff,*<br><br>     v.<br><br>LEON BLACK,<br><br>             *Defendant.* | Case No. 1:23-cv-06418-JGLC |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Civil Rule 1.4, I, Peter A. Gwynne, respectfully move to withdraw my appearance as counsel for Defendant Leon Black in the above-referenced related matter because of my upcoming departure from Perry Law. Mr. Black will continue to be represented by E. Danya Perry and Alexander Parachini of Perry Law. My withdrawal as counsel will not cause disruption to the proceedings and will not involve assertion of a charging or retaining lien.

Dated: April 30, 2026

Respectfully submitted,

/s/ *Peter A. Gwynne*
Peter A. Gwynne
New York Bar No. 4313946
E. DANYA PERRY PLLC
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (213) 249-5232
pgwynne@danyaperrylaw.com

*Attorney for Defendant*
*Leon Black*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on April 30, 2026, I caused the foregoing document to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record via notice of electronic filing generated by the CM/ECF system.

Dated: April 30, 2026                    Respectfully submitted,

                                         _/s/ Peter A. Gwynne_____
                                         Peter A. Gwynne