UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>   -against-<br><br>LEON BLACK,<br><br>      Defendant. | 23-CV-6418 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On April 27, 2026, Plaintiff submitted to Pro Se Docketing a letter complying with the Court's Order at ECF No. 390. However, Ms. Doe's Consent to Electronic Service was not docketed. *See* ECF No. 391. Accordingly, upon request, Ms. Doe submitted via electronic mail to the Court her Consent to Electronic Service on April 29, 2026. The Court hereby dockets Plaintiff's Consent to Electronic Service as an attachment to this Order. The Clerk of Court is directed to process the attached Consent to Electronic Service for Plaintiff in this action and mail a copy of this Order to Plaintiff.

Dated: April 29, 2026
   White Plains, New York

            SO ORDERED.

            *Jessica Clarke*

            JESSICA G. L. CLARKE
            United States District Judge