UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| -against- | |
| LEON BLACK, | |
| Defendant. | |

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On May 4, 2026, Plaintiff (proceeding pro se) submitted, by electronic mail, a letter and redacted exhibit to the Court. She also submitted, in the same manner and under seal, an unredacted version of the same exhibit to the Court. The Court hereby dockets Plaintiff's May 4 letter and exhibit—one version unsealed and one version sealed—as attachments to this Order. Ms. Doe's filing shows a journalist seeking to publicly identify her by name, despite the Court's express intent that she be permitted to proceed anonymously. *See* ECF Nos. 16, 106, 209; ECF No. 388 (upholding anonymity, in part, to shield Plaintiff from personal threats to her safety and maintain the explicit confidentiality promises given to claimants in the JPMC litigation). Unfortunately, the Court does not have the power to prevent publication of Ms. Doe's name by a nonparty to this suit who gained her name from a source not covered by the protective order. *See, e.g.*, *Near v. State of Minnesota ex rel. Olson*, 283 U.S. 697, 716 (1931). Accordingly, the Court is without remedy for Ms. Doe and denies her application.

For avoidance of doubt, the Court's anonymity order remains in place, and the parties shall continue to use Plaintiff's pseudonym—irrespective of any publication that may identify her.

The Clerk of Court is directed to file this Order and Attachments 1 and 2 publicly and to file Attachment 3 under seal, with access available only to Plaintiff Jane Doe, counsel for Defendant Leon Black, and attorneys for Wigdor LLP who have noticed an appearance on the docket.

Dated: May 4, 2026
        White Plains, New York

                                                        SO ORDERED.

                                                        _____
                                                        JESSICA G. L. CLARKE
                                                        United States District Judge