# Exhibit A



**11:41**

**Gmail is better on the app**
Secure, fast & organized email
OPEN

Primary

Questions for █████████████
████████████

**M. Tracey**
to me
12 hours ago  Details

Hello,

I understand you are the "Jane Doe" in Doe v. Black, Case No.1:23-cv-06418.

I am a journalist working on an article about some of the recent case developments. In an April 23, 2026 ruling, Judge Jessica Clarke ruled that you "falsified sonogram images" in your personal journal submissions to the Court, and imposed sanctions against you for this falsification of evidence. The judge also found in her ruling that:

- Class Counsel for the JP Morgan settlement program stated that you "never met" either Jeffrey Epstein or Ghislaine Maxwell, despite claiming you were groomed, sexually abused, and trafficked by Epstein and Maxwell.

mail.google.com

---

**11:41**

**Gmail is better on the app**
Secure, fast & organized email
OPEN

Primary

Epstein and Maxwell.

- You were directed by your former lawyer Jeanne Christensen to terminate your Twitter account, thus destroying relevant evidence.

- Your former lawyer Jeanne Christensen repeatedly lied to the Court on your behalf, and was accordingly sanctioned by Judge Clarke.

- You have committed "serious and varied misconduct," along with your former lawyers at the Wigdor firm.

I plan to report on these and other findings from Judge Clarke's ruling in an article this week that will identify you by name. However, I would like to give you time to respond in advance of publication. I understand that you have attempted to preserve your anonymity, so I would also like to give you an opportunity to make an argument for why your name (and other identifying information) should be excluded from the article. I understand you are associated with ███████████████████ of ██████████, whom I also plan to identify in the

mail.google.com



11:41

Gmail is better on the app
Secure, fast & organized email    OPEN

Primary

understand that you have attempted to preserve your anonymity, so I would also like to give you an opportunity to make an argument for why your name (and other identifying information) should be excluded from the article. I understand you are associated with ██████████████████ of █████████ whom I also plan to identify in the article, absent an argument from you that could persuade me otherwise. I also have other questions I would be interested in asking you.

My phone number is 973 650 5597, and you can call me anytime. If I don't answer your call immediately, I will call back as soon as practical. I plan to publish the article Wednesday, May 6, at 10:00am EST.

Thanks,
Michael Tracey

Reply     Forward

© 2026 Google

mail.google.com