# Exhibit A





11:41

Gmail is better on the app
Secure, fast & organized email          OPEN

Primary

understand that you have attempted to preserve your anonymity, so I would also like to give you an opportunity to make an argument for why your name (and other identifying information) should be excluded from the article. I understand you are associated with ████████████████ of ██████████ whom I also plan to identify in the article, absent an argument from you that could persuade me otherwise. I also have other questions I would be interested in asking you.

My phone number is 973 650 5597, and you can call me anytime. If I don't answer your call immediately, I will call back as soon as practical. I plan to publish the article Wednesday, May 6, at 10:00am EST.

Thanks,
Michael Tracey

Reply          Forward

© 2026 Google

mail.google.com