LAW OFFICES OF
MICHAEL S. ROSS
ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
FORTY-SEVENTH FLOOR
NEW YORK, NY 10165

TELEPHONE
(212) 505-4060
FACSIMILE
(212) 505-4054
E-MAIL
michaelross@rosslaw.org

May 5, 2026

**BY ECF**

Honorable Jessica G. L. Clarke
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

   Re: <u>Doe v. Black, Case No.: 23-cv-06418 (JGLC)</u>

Dear Judge Clarke:

   We represent Wigdor LLP and Jeanne Christensen, Esq., former counsel for Plaintiff in the above-referenced matter. Pursuant to Your Honor's individual rules and the Court's Order of January 16, 2025 (ECF 205), permitting the sealing of documents filed in connection with Defendant's Motion for Case-Terminating Sanctions, we respectfully request leave to file Wigdor LLP's and Ms. Christensen's forthcoming Motion for Reconsideration and supporting papers under seal.

   We make this request because the Motion for Reconsideration makes reference to documents which are currently docketed under seal in this action.

   We thank the Court for its time and attention to this matter.

        Respectfully submitted,

        /s/Michael S. Ross
        Michael S. Ross
        Eugene Gormakh