Association of Alexandria Radiologists: Sites





INFORMATION
RADIOLOGISTS
SITES
SERVICES
BILLING
PATIENT SURVEY
EMPLOYMENT
USEFUL LINKS
HOME

703-824-3200
info@alexandriaradiology.com

# SITES
## bringing the human touch to radiology

## Sites

AAR provides radiology services at various outpatient centers and we provide the diagnostic and interventional radiology services at Inova Alexandria Hospital and Inova Fair Oaks Hospital, and the interventional radiology services at Potomac Hospital.

## Radiology Service Sites

### Alexandria, Virginia

Association of Alexandria Radiologists, PC
4660 Kenmore Avenue

Alexandria Computed Tomography Center
(Computed Tomography Associates)

Inova Alexandria Hospital

Ultrasound Associates

### Fairfax, Virginia

Comprehensive Medical Imaging

Inova Fair Oaks Hospital

### Franconia-Springfield, Virginia

Inova HealthPlex

### Woodbridge, Virginia

Association of Alexandria Radiologists, PC
2200 Opitz Boulevard, Suite 335

Women's Imaging Center
2200 Opitz Boulevard, Suite 320

Potomac Hospital - Interventional Services Only

Cited in Doe v. Black
23CV6418 Decided 4/23/25
Archived on 4/29/25
This document is protected by copyright.
Further reproduction is prohibited without permission.

Cited in Doe v Black
23CV6418 Decided 4/23/26

Archived on 4/29/26

This document is protected by copyright.
Further reproduction is prohibited without permission.