Case 1:23-cv-06418-JGLC    Document 402    Filed 05/06/26    Page 1 of 4



**PRESS RELEASE**

# Department of Justice Publishes 3.5 Million Responsive Pages in Compliance with the Epstein Files Transparency Act

Friday, January 30, 2026

**For Immediate Release**

Office of Public Affairs

Cited in Doe v Black
23CV6418 Decided 4/23/26
Archived on 4/29/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

WASHINGTON – The Department of Justice today published over 3 million additional pages responsive to the Epstein Files Transparency Act, which was signed into law by President Trump on November 19, 2025.

More than 2,000 videos and 180,000 images are included in today's additional publication. Combined with prior releases, this makes the total production nearly 3.5 million pages released in compliance with the Act.

These files were collected from five primary sources including the Florida and New York cases against Epstein, the New York case against Maxwell, the New York cases investigating Epstein's death, the Florida case investigating a former butler of Epstein, Multiple FBI investigations, and the Office of Inspector General investigation into Epstein's death.

The Department erred on the side of over-collecting materials, and any materials not produced fall within one of the following categories:

- Duplicate documents between SDNY and SDFL investigations.

Case 1:23-cv-06418-JGLC    Document 402    Filed 05/06/26    Page 2 of 4

- Withheld under privilege - deliberative process privilege, attorney client privilege.

- Withheld based upon exceptions under the act (depictions of violence);

- Items that are not part of the case file for Epstein or Maxwell and were completely unrelated to these cases.

More than 500 attorneys and reviewers from the Department contributed to this effort. In addition, the United States Attorney's Office for the Southern District of New York (USAO-SDNY) employed an additional review protocol to ensure compliance with a Court order requiring United States Attorney Jay Clayton to certify that no victim identifying information would be produced unredacted as part of the public production.

Through the process, the Department provided clear instructions to reviewers that the redactions were to be limited to the protection of victims and their families. Some pornographic images, whether commercial or not, were redacted, given the Department treated all women in those images as victims. Notable individuals and politicians were not redacted in the release of any files.

This production may include fake or falsely submitted images, documents or videos, as everything that was sent to the FBI by the public was included in the production that is responsive to the Act. Some of the documents contain untrue and sensationalist claims against President Trump that were submitted to the FBI right before the 2020 election. To be clear, the claims are unfounded and false, and if they have a shred of credibility, they certainly would have been weaponized against President Trump already.

To access the full letter the Justice Department sent to Congress today, visit:

https://www.justice.gov/letter-to-congress.pdf

To access all files produced, visit: https://www.justice.gov/epstein

*Updated February 1, 2026*

**Component**

Office of the Deputy Attorney General

Press Release Number: 26-84

2:23-CV-4418 Docket 1/23/26
Cited in Doe v. Black
Archived on 1/29/26
This document is protected by copyright
Further reproduction is prohibited without permission

Case 1:23-cv-06418-JGLC    Document 402    Filed 05/06/26    Page 3 of 4

# Related Content

### PRESS RELEASE

## United States Arrests Alleged Tren de Aragua Leader Charged in Chile With Criminal Association, Extortion and Kidnapping Resulting in Homicide

Venezuelan national and illegal alien Rafael Enrique Gamez Salas, 40, has been arrested at the request of the Government of Chile so that he may be prosecuted on seven charges...

March 13, 2026

### VIDEO

## Department of Justice Publishes 3.5 Million Responsive Pages in Compliance with the Epstein Files Transparency Act

January 30, 2026

### PRESS RELEASE

## Justice Department Highlights Nationwide Crackdown on Tren de Aragua

WASHINGTON – The Department of Justice announced the unsealing of multiple indictments against more than 70 individuals, including leaders and members of designated foreign terrorist organization Tren de Aragua (TdA)...

December 18, 2025

Cited in Doe v Black
23cv6418 Decided 4/23/26
Archived on 4/29/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

✉ **Office of Public Affairs**

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530

📞 Office of Public Affairs Direct Line

202-514-2007

Department of Justice Main Switchboard

202-514-2000

Cited in Doe v Black
23CV6418 Decided 4/23/26

Archived on 4/29/26

This document is protected by copyright.
Further reproduction is prohibited without permission.