4/29/26, 1:53 PM
Case 1:23-cv-06418-JGLC    Document 403    Filed 05/06/26    Page 1 of 1
Welcome to Association of Alexandria Radiologists

The Wayback Machine - https://web.archive.org/web/20030324150207/http://alexandriaradiology.com:80/

INFORMATION    RADIOLOGISTS    SITES    SERVICES    BILLING    PATIENT SURVEY    EMPLOYMENT    USEFUL LINKS

*bringing the human touch to radiology*



ASSOCIATION OF ALEXANDRIA RADIOLOGISTS, PC



The Association of Alexandria Radiologists, PC provides patients with sophisticated, safe, and friendly diagnostic and therapeutic radiology services, such as MRI, CT, ultrasound, angiography, interventional, mammography, and much more.

703-824-3200
info@alexandriaradiology.com

Copyright © 2002-2003, Association of Alexandria Radiologists, PC All rights reserved.

Branding & web design by  JULIE &CO

Cited in Doe v Black 23CV6418 Decided 4/23/26
Archived on 4/29/26
This document is protected by copyright. Further reproduction is prohibited without permission.