

# This site can't be reached

The webpage at
**https://web.archive.orgiweb/20010517211946/http://www.alexandriaradiology.com**
might be temporarily down or it may have moved permanently to a new web address.

ERR_TUNNEL_CONNECTION_FAILED

Cited in Doe v Black
23CV6418 Decided 4/23/26
Archived on 4/29/26
This document is protected by copyright.
Further reproduction is prohibited without permission.