

**Douglas H. Wigdor**
dwigdor@wigdorlaw.com

May 7, 2026

<u>**VIA ECF**</u>

The Honorable Jessica G. L. Clarke
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Doe v. Black*, Case No.: 23-cv-06418 (JGLC)

Dear Judge Clarke:

We write in connection with the above-captioned matter. As the Court knows, Wigdor LLP ("Wigdor") is not a party to this action, and the firm has not represented Plaintiff Jane Doe since its motion to withdraw as counsel was granted on April 9, 2025. ECF No. 241. Last evening, Defendant Leon Black wrote to the Court attaching an article published yesterday in The Guardian, written by Johanna Berkman and requesting an Order or an Order to Show Cause regarding our contact with Ms. Berkman and whether we have provided to her any materials presently under seal. ECF No. 408, Ex. A.

Black's accusations have no merit. I did not have any communication with Ms. Berkman in connection with the publication of her article nor did I provide her with <u>any</u> documents or materials. Ms. Christensen has informed me that she did not have any communication with Ms. Berkman in connection with the publication of her article nor did she provide her with <u>any</u> documents or materials. I should also point out (and the article reflects this) that while Ms. Berkman e-mailed Ms. Christensen and I on May 4, 2026 with a series of questions, we did not respond to her unsolicited email or provide her with <u>any</u> documents or materials.

Respectfully, there is no evidence to support the issuance of an Order to Show Cause and we request that the Court deny Black's application.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Douglas H. Wigdor