UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                    Plaintiff,

          -against-

LEON BLACK,

                    Defendant.

23-CV-6418 (JGLC)

**SCHEDULING ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On May 6, 2026, counsel for Jeanne Christensen filed a Motion for Reconsideration of the Court's April 23, 2026 Opinion and Order. *See* ECF Nos. 388, 405. On May 7, 2026, Plaintiff (proceeding pro se) submitted a Motion for Reconsideration of the same. *See* ECF No. 410. Defendant is ordered to consolidate his responsive briefing, which shall be due May 21, 2026, and not exceed 7,000 words. Both Ms. Christensen and Ms. Doe will then have one week to file their replies.

Dated:  May 8, 2026
        White Plains, New York

                              SO ORDERED.

                              _____
                              JESSICA G. L. CLARKE
                              United States District Judge