**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JANE DOE,                                                    :
                                                             :
                        Plaintiff,                           :    Case No.: 23-cv-6418 (JGLC)
                                                             :
            v.                                               :
                                                             :
LEON BLACK,                                                  :
                                                             :
                        Defendant.                           :
                                                             :
-------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that Michael J. Willemin of Wigdor LLP hereby enters his

appearance in the above-captioned matter.

Dated: May 11, 2026                         Respectfully submitted,
       New York, New York

                                         **WIGDOR LLP**

                                         By: _____
                                            Michael J. Willemin

                                         85 Fifth Avenue
                                         New York, NY 10003
                                         Telephone: (212) 257-6800
                                         Facsimile: (212) 257-6845
                                         mwillemin@wigdorlaw.com