

**Michael J. Willemin**
mwillemin@wigdorlaw.com

May 11, 2026

**<u>VIA ECF</u>**

The Honorable Jessica G. L. Clarke
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   Re: *Doe v. Black*, Case No.: 23-cv-06418 (JGLC)

Dear Judge Clarke:

We write to update Your Honor with respect to our application at ECF Dkt. No. 414.  Three minutes after we filed our letter, defense counsel sent us the attached email.  *See* Ex. A.  For the reasons outlined in our prior application, we believe that the information provided (which is limited to breaking down Defendant's $1.7 million request by firm and identifying a range of applied hourly rates) is woefully inadequate to comply with Your Honor's directive that Defendant provide an "accounting," and that it is insufficient to permit the parties to "meet and confer in good faith."

As such, we reiterate our request that Defendant be ordered to immediately produce an "accounting of their reasonable attorneys' fees and costs related to bring the [motion for case terminating sanctions] between January 15, 2025, and August 22, 2025."  The accounting, at a minimum, should include complete billing records (including justification for hourly rates as well as any invoices for costs) sufficient to support whatever figure Defendant ends up seeking in fees and costs.

Respectfully submitted,

Michael J. Willemin