# Exhibit A

| | |
|---|---|
| **From:** | Alexander Parachini |
| **To:** | Michael J. Willemin; michaelcarlinsky; Ryan Rakower; Jacqueline Stykes; jenniferbarrett; susan@estrichgoldin.com; E. Danya Perry |
| **Cc:** | Meredith Firetog; Douglas Wigdor; Jeanne M. Christensen |
| **Subject:** | RE: Doe v. Black, No. 1:23-cv-06418 |
| **Date:** | Monday, May 11, 2026 11:10:42 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Michael,

As we stated at the outset, we are not willing to share the underlying bills.  However, in an effort to avoid unnecessary motion practice, we can represent that the $1,759,704.11 total consists of the following:

1. $654,475 for Perry Law, which reflects 533.3 hours of work by attorneys and staff with hourly rates ranging from $600 to $1,650;

2. $1,101,081.80 for Quinn Emanuel, which reflects 761.2 hours of work by attorneys and staff with hourly rates ranging from $595 to $2,410; and

3. $4,147.31 in expert fees related to the forensic examination of Plaintiff's fraudulent journals

We are willing to meet and confer about whether we can provide any additional information or whether we agree to the appointment of a special master.

Best,
Alex



**Alexander Parachini**
Counsel | Perry Law

445 Park Avenue, 7th Floor, New York, NY 10022
212-540-4487 phone 518-527-5218 mobile
aparachini@danyaperrylaw.com email
danyaperrylaw.com website

**From:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Sent:** Friday, May 8, 2026 12:00 PM
**To:** Alexander Parachini <aparachini@danyaperrylaw.com>; michaelcarlinsky <michaelcarlinsky@quinnemanuel.com>; Ryan Rakower <ryanrakower@quinnemanuel.com>; Jacqueline Stykes <jacquelinestykes@quinnemanuel.com>; jenniferbarrett <jenniferbarrett@quinnemanuel.com>; susan@estrichgoldin.com; E. Danya Perry <dperry@danyaperrylaw.com>
**Cc:** Meredith Firetog <mfiretog@wigdorlaw.com>; Douglas Wigdor <dwigdor@wigdorlaw.com>;

Jeanne M. Christensen <JChristensen@wigdorlaw.com>

**Subject:** RE: Doe v. Black, No. 1:23-cv-06418

Counsel,

The Court's order required you to provide to us "an accounting" of your fees and costs in bringing the motion between the specified dates of January 15, 2025 and August 22, 2025 and to then meet and confer in good faith.   You have not provided us with "an accounting," and it would be impossible for us to consider your request of approximately $1.76 million and to meet and confer in good faith without any further information.  Are you willing to provide us with any information or documentation on how this figure was derived?

Obviously, we reserve all rights, arguments, defenses, etc., including those made in our motion for reconsideration.

Thanks,

---

**Michael J. Willemin**

Partner

212 257 6800

85 Fifth Avenue

New York, NY 10003

**[wigdorlaw.com](http://wigdorlaw.com)**





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Alexander Parachini <aparachini@danyaperrylaw.com>

**Sent:** Thursday, May 7, 2026 10:31 PM

**To:** Jeanne M. Christensen <JChristensen@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>

**Cc:** michaelcarlinsky <michaelcarlinsky@quinnemanuel.com>; jenniferbarrett <jenniferbarrett@quinnemanuel.com>; Ryan Rakower <ryanrakower@quinnemanuel.com>; Jacqueline Stykes <jacquelinestykes@quinnemanuel.com>; Susan Estrich <susan@estrichgoldin.com>; E. Danya Perry <dperry@danyaperrylaw.com>

**Subject:** Doe v. Black, No. 1:23-cv-06418

Counsel,

Pursuant to the Court's April 23, 2026 Order, we have calculated our reasonable attorneys' fees and costs related to bringing the Case-Terminating Sanctions Motion between January 15, 2025 and August 22, 2025 to be $1,759,704.11.  Please let us know if you will agree to pay that amount pursuant to the Court's sanctions order or, if not, if you are available to meet and confer next week in an effort to avoid unnecessary motion practice.  Please be aware that we are not willing to share the underlying billing entries with you, which contain privileged, highly sensitive, and/or confidential attorney and client information.  Should this issue proceed to motion practice, we intend to submit our bills *in camera* with the Court or a Special Master in support of our fee application.

Best,
Alex

**Alexander Parachini**
Counsel | Perry Law



445 Park Avenue, 7th Floor, New York, NY 10022
212-540-4487 phone 518-527-5218 mobile
aparachini@danyaperrylaw.com email
danyaperrylaw.com website