UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

Jane Doe,

       Plaintiff,

                     Case No. 1:23-cv-06418 (JGLC)

  - against -


Leon Black,

       Defendant.

------------------------------------------------------------------


NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jane Doe appeals to the United States Court of Appeals for the Second Circuit from the Court's April 23, 2026 Opinion and Order at ECF No. 388, including the portions concerning unsealing and public disclosure of previously sealed materials, together with any subsequent related orders concerning stay relief, reconsideration, sealing, confidentiality protections, or implementation of the unsealing directives.

Dated: May 10, 2026

Respectfully submitted,
/s/ *Jane Doe*
Jane Doe
Plaintiff *Pro Se*

Jane Doe
P.O. Box 286
Haymarket, VA 20168
Jane.doe06418@gmail.com
202-407-6947