**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANE DOE,

        *Plaintiff,*

                        Case No. 1:23-cv-06418-JGLC

v.

LEON BLACK,

        *Defendant.*

PLAINTIFF'S EMERGENCY MOTION FOR A STAY PENDING APPELLATE REVIEW

Jane Doe
Plaintiff, *Pro Se*
P.O. Box 286
Haymarket, VA 20168
202-407-6947
jane.doe06418@gmail.com

Plaintiff Jane Doe respectfully moves for a temporary stay of the Court's unsealing order pending appellate review.

Plaintiff respectfully submits that absent a temporary stay, the imminent disclosure of previously sealed materials will cause irreparable harm that cannot later be remedied through appellate review because, once publicly disseminated, the confidentiality and privacy interests at issue cannot realistically be restored.

## INTRODUCTION

This motion concerns the impending public disclosure of highly sensitive materials arising from proceedings involving intensely personal medical, psychological, and trauma-related information, including materials originating from related proceedings that historically remained sealed or non-public.

Plaintiff respectfully submits that the harms associated with public disclosure are immediate and irreversible. Plaintiff further submits that meaningful appellate review may become effectively impossible once disclosure occurs because the materials, once publicly released, may be permanently replicated, redistributed, and archived.

Plaintiff therefore respectfully requests a temporary stay sufficient to permit appellate review of the Court's unsealing determinations.

## PROCEDURAL BACKGROUND

Plaintiff proceeds *pro se* in this action under the pseudonym Jane Doe. Plaintiff has consistently sought to preserve her anonymity and the confidentiality of highly sensitive materials involving her identity, medical history, family information, trauma history, and materials from related proceedings.

On April 26, 2026, the Court entered an order directing that certain sealed or previously sealed materials be publicly filed in redacted form by May 21, 2026.

The materials affected include filings and exhibits related to Defendant's motion for case terminating sanctions; materials concerning the related JPMC proceedings; medical, psychological, and trauma-related materials; personal journals and related exhibits; identifying family information; and other materials that Plaintiff respectfully understands were historically treated as sealed, restricted, non-public or otherwise confidential.

Plaintiff further respectfully submits that many of the affected materials were never publicly litigated through ordinary public proceedings before their proposed disclosure and instead arose from sealed submissions, in camera proceedings, confidential filings, or related proceedings outside the ordinary public docket structure.

Plaintiff previously raised objections and concerns regarding the scope of unsealing, the adequacy of redactions, the risk of prejudice, the loss of practical anonymity, and the safety and privacy consequences of public dissemination. Plaintiff also filed a motion for reconsideration and/or clarification seeking narrower treatment of the Court's findings and unsealing directives, including because public release of these materials may cause irreversible harm that cannot later be remedied through ordinary appellate review.

Plaintiff continues to litigate under pseudonym status and has consistently sought to preserve her anonymity and the confidentiality of highly sensitive materials involving medical information, trauma-related information, family information, and related proceedings.

Because the unsealing deadline is imminent, Plaintiff respectfully seeks a temporary stay of the unsealing order sufficient to permit appellate review before the materials are publicly disseminated. Plaintiff has contemporaneously filed a Notice of Appeal.

**BASIS FOR REQUESTED RELIEF**

**I. THE REQUESTED RELIEF IS NECESSARY TO PREVENT IRREPARABLE HARM**

Plaintiff respectfully submits that the harms associated with disclosure cannot later be undone through ordinary appellate review.

The materials at issue include intensely personal and sensitive information concerning Plaintiff's medical history, trauma history, family relationships, and sealed or historically confidential proceedings.

Although Plaintiff continues to proceed under pseudonym status, practical anonymity has already been substantially undermined through prior public dissemination, online harassment, unwanted contact, and doxxing directed toward Plaintiff and members of Plaintiff's family.

Plaintiff further respectfully submits that these concerns are not speculative. Plaintiff has already experienced public dissemination of identifying information concerning Plaintiff and Plaintiff's family, and Plaintiff is additionally aware of ongoing public statements indicating that further dissemination of identifying and sensitive information is anticipated following unsealing.

Plaintiff respectfully submits that these circumstances substantially heighten the risk of irreparable harm should additional materials be publicly released.

Plaintiff further respectfully submits that public dissemination risks extending beyond Plaintiff herself and may affect non-party family members and minors whose identifying information or relationships may be inferred from the materials at issue.

Once publicly disseminated, the materials cannot realistically be made private again.

Accordingly, absent a temporary stay, appellate review may become effectively meaningless.

## II. PLAINTIFF RESPECTFULLY SUBMITS THAT SERIOUS QUESTIONS EXIST CONCERNING THE SCOPE OF THE UNSEALING ORDER

Plaintiff respectfully submits that serious questions exist concerning the scope of the

unsealing determinations, including with respect to materials originating from related

proceedings and materials historically treated as sealed, restricted, non-public, or otherwise

confidential.

Plaintiff further respectfully submits that substantial privacy, safety, and fairness concerns remain

unresolved.

Plaintiff does not seek to relitigate the underlying merits of the Court's rulings through this

motion. Rather, Plaintiff respectfully seeks a temporary preservation of the status quo sufficient

to permit orderly appellate review before irreversible disclosure occurs.

## III. THE BALANCE OF HARMS FAVORS TEMPORARY RELIEF

Plaintiff respectfully submits that a temporary stay would primarily preserve existing

confidentiality conditions for a limited period while appellate review is sought.

By contrast, denial of temporary relief risks irreversible disclosure of highly sensitive

materials in circumstances where subsequent appellate review may be incapable of restoring

confidentiality once public dissemination occurs.

## **<u>CONCLUSION</u>**

For the foregoing reasons, Plaintiff respectfully requests that the Court temporarily stay implementation of the unsealing order pending appellate review, together with such other and further relief as the Court deems just and proper.

Dated: May 10, 2026

Respectfully submitted,
/s/ *Jane Doe*
Jane Doe
Plaintiff *Pro Se*