UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

           PLAINTIFF,

   -AGAINST-

LEON BLACK,

           DEFENDANT.

Case No. 23-cv-06418-JGLC

**NOTICE OF MOTION TO COMPEL DOCUMENTS AND APPOINT AN INDEPENDENT EXAMINER**

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Compel Documents and Appoint an Independent Examiner, dated May 13, 2026, and all prior pleadings and proceedings here, Defendant Leon Black, by his undersigned counsel, will move this Court on a date to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007 for an Order granting compelling production and appointing an independent examiner pursuant to Fed. R. Civ. P. 53, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Dated: New York, New York
      May 13, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:   */s/ Michael B. Carlinsky*
      Michael B. Carlinsky
      Jennifer J. Barrett
      Ryan A. Rakower
      Jacqueline M. Stykes
      295 Fifth Avenue
      New York, NY 10016
      (212) 849-7000
      michaelcarlinsky@quinnemanuel.com
      jenniferbarrett@quinnemanuel.com
      ryanrakower@quinnemanuel.com
      jacquelinestykes@quinnemanuel.com

PERRY LAW
E. Danya Perry
Alexander K. Parachini
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 213-3070
dperry@danyaperrylaw.com
aparachini@danyaperrylaw.com

ESTRICH GOLDIN LLP
Susan Estrich (*pro hac vice*)
947 Berkeley St.
Santa Monica, CA 90403
(213) 399-2132
susan@estrichgoldin.com

*Counsel for Defendant Leon Black*