UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                PLAINTIFF,

    -AGAINST-

LEON BLACK,

               DEFENDANT.

Case No. 23-cv-06418-JGLC

## CERTIFICATE OF SERVICE

I, Ryan Rakower, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows: on May 13, 2026, a true and correct copy of ECF No. 423 was served via electronic mail upon all parties pursuant to this Court's Notice to the Bar dated September 24, 2025.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2026 in New York, New York.

*/s/ Ryan Rakower*
Ryan Rakower
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
ryanrakower@quinnemanuel.com