23-cv-6418 (JGLC)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of May, two thousand twenty-six.

Before:        Myrna Pérez,
                *Circuit Judge.*

_____

Jane Doe,

            Plaintiff - Appellant,

    v.

Leon Black,

            Defendant - Appellee.

_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 18, 2026
```

**ORDER**

Docket No. 26-1320

Appellant, pro se, moves for a stay pending appeal and an administrative stay of the portions of the district court's opinion and order dated April 23, 2026, directing the public filing of previously sealed materials by May 21, 2026.

IT IS HEREBY ORDERED that the motion for a stay pending appeal is REFERRED to a three-judge motions panel. The Court grants an administrative stay pending decision by the panel.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/18/2026