

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

May 19, 2026

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Doe v. Black,* Case No. 1:23-cv-06418-JGLC
                Notice of Withdrawal of Appearance

Dear Judge Clarke:

Please be advised that, subject to approval by this Court under Local Civil Rule 1.4, I am withdrawing my appearance as counsel in this action because I am retiring from Wigdor LLP effective May 22, 2026. Douglas H. Wigdor, Meredith A. Firetog and Michael J. Willemin will continue to appear on behalf of non-party Wigdor LLP.

Respectfully submitted,

Jeanne M. Christensen

cc: All counsel of record (via ECF)