

**MEMO ENDORSED**

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

May 19, 2026

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Re:  *Doe v. Black,* Case No. 1:23-cv-06418-JGLC
> Notice of Withdrawal of Appearance

Dear Judge Clarke:

Please be advised that, subject to approval by this Court under Local Civil Rule 1.4, I am withdrawing my appearance as counsel in this action because I am retiring from Wigdor LLP effective May 22, 2026.  Douglas H. Wigdor, Meredith A. Firetog and Michael J. Willemin will continue to appear on behalf of non-party Wigdor LLP.

Respectfully submitted,

*[signature: Jeanne Christensen]*

Ms. Christensen has already withdrawn as counsel for Jane Doe in this matter. ECF No. 241. And both she and Wigdor LLP, as non-parties, are separately represented by counsel. ECF Nos. 398–99. Unless notified otherwise, the Court assumes that Ms. Christensen, notwithstanding her retirement, intends to continue pursuing the motion for reconsideration filed on her behalf at ECF No. 405. The Clerk of Court is directed to maintain Ms. Christensen as a non-party to this action, separately represented by counsel, and is directed to terminate her appearance as counsel for Plaintiff Jane Doe.

SO ORDERED.

*[signature: Jessica Clarke]*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 21, 2026
      White Plains, New York