UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

    PLAINTIFF,

 -AGAINST-

LEON BLACK,

    DEFENDANT.

Case No. 23-cv-06418-JGLC

**NOTICE OF APPLICATION FOR ATTORNEYS' FEES**

   **PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Defendant's Application for Attorneys' Fees, dated June 4, 2026, and all prior pleadings and proceedings here, Defendant Leon Black, by his undersigned counsel, will move this Court on a date to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, for an Order granting attorneys' fees pursuant to this Court's Opinion and Order dated April 23, 2026 (ECF No. 388) and for such other and further relief as this Court may deem just and proper.

            Respectfully submitted,

Dated: New York, New York
   June 4, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Michael B. Carlinsky*
  Michael B. Carlinsky
  Jennifer J. Barrett
  Ryan A. Rakower
  Jacqueline M. Stykes
  295 Fifth Avenue
  New York, NY 10016
  (212) 849-7000
  michaelcarlinsky@quinnemanuel.com
  jenniferbarrett@quinnemanuel.com
  ryanrakower@quinnemanuel.com
  jacquelinestykes@quinnemanuel.com

PERRY LAW
E. Danya Perry
Alexander K. Parachini
445 Park Avenue, 7th Floor
New York, NY 10022
(212) 213-3070
dperry@danyaperrylaw.com
aparachini@danyaperrylaw.com


*Counsel for Defendant Leon Black*