# Exhibit B

| Month | Date | Timekeeper | Hours | Rate | Recoverable Fees |
|---|---|---|---|---|---|
| January 2025 | 01/16/25 | JS2 | 4.23 | $1,465.00 | $6,196.95 |
| January 2025 | 01/16/25 | RR1 | 1.74 | $1,645.00 | $2,862.30 |
| January 2025 | 01/17/25 | ES1 | 1.95 | $1,195.00 | $2,330.25 |
| January 2025 | 01/17/25 | HP | 6.37 | $1,395.00 | $8,886.15 |
| January 2025 | 01/17/25 | JJB | 0.50 | $1,995.00 | $997.50 |
| January 2025 | 01/17/25 | JS2 | 6.50 | $1,465.00 | $9,522.50 |
| January 2025 | 01/17/25 | MBC | 0.55 | $2,410.00 | $1,325.50 |
| January 2025 | 01/17/25 | RR1 | 0.57 | $1,645.00 | $937.65 |
| January 2025 | 01/17/25 | VP | 0.72 | $1,195.00 | $860.40 |
| January 2025 | 01/18/25 | ES1 | 4.80 | $1,195.00 | $5,736.00 |
| January 2025 | 01/18/25 | JS2 | 2.70 | $1,465.00 | $3,955.50 |
| January 2025 | 01/19/25 | ES1 | 5.50 | $1,195.00 | $6,572.50 |
| January 2025 | 01/19/25 | JS2 | 0.70 | $1,465.00 | $1,025.50 |
| January 2025 | 01/19/25 | VP | 2.90 | $1,195.00 | $3,465.50 |
| January 2025 | 01/20/25 | ES1 | 9.70 | $1,195.00 | $11,591.50 |
| January 2025 | 01/20/25 | HP | 9.10 | $1,395.00 | $12,694.50 |
| January 2025 | 01/20/25 | JS2 | 4.12 | $1,465.00 | $6,035.80 |
| January 2025 | 01/20/25 | RR1 | 6.40 | $1,645.00 | $10,528.00 |
| January 2025 | 01/20/25 | VP | 6.80 | $1,195.00 | $8,126.00 |
| January 2025 | 01/21/25 | ES1 | 7.90 | $1,195.00 | $9,440.50 |
| January 2025 | 01/21/25 | HP | 5.14 | $1,395.00 | $7,170.30 |
| January 2025 | 01/21/25 | JJB | 3.10 | $1,995.00 | $6,184.50 |
| January 2025 | 01/21/25 | JS2 | 4.80 | $1,465.00 | $7,032.00 |
| January 2025 | 01/21/25 | MA6 | 0.60 | $595.00 | $357.00 |
| January 2025 | 01/21/25 | RR1 | 3.52 | $1,645.00 | $5,790.40 |
| January 2025 | 01/21/25 | VP | 6.16 | $1,195.00 | $7,361.20 |
| January 2025 | 01/22/25 | ES1 | 1.00 | $1,195.00 | $1,195.00 |
| January 2025 | 01/22/25 | HP | 3.60 | $1,395.00 | $5,022.00 |
| January 2025 | 01/22/25 | JS2 | 2.40 | $1,465.00 | $3,516.00 |
| January 2025 | 01/22/25 | MBC | 1.38 | $2,410.00 | $3,325.80 |
| January 2025 | 01/22/25 | RR1 | 1.68 | $1,645.00 | $2,763.60 |
| January 2025 | 01/22/25 | VP | 5.30 | $1,195.00 | $6,333.50 |
| January 2025 | 01/23/25 | ES1 | 2.76 | $1,195.00 | $3,298.20 |
| January 2025 | 01/23/25 | JJB | 1.05 | $1,995.00 | $2,094.75 |
| January 2025 | 01/23/25 | JS2 | 3.15 | $1,465.00 | $4,614.75 |
| January 2025 | 01/23/25 | RR1 | 0.36 | $1,645.00 | $592.20 |
| January 2025 | 01/23/25 | VP | 0.50 | $1,195.00 | $597.50 |
| January 2025 | 01/24/25 | JS2 | 3.14 | $1,465.00 | $4,600.10 |
| January 2025 | 01/24/25 | MBC | 0.20 | $2,410.00 | $482.00 |
| January 2025 | 01/24/25 | VP | 2.93 | $1,195.00 | $3,501.35 |
| January 2025 | 01/25/25 | JS2 | 2.80 | $1,465.00 | $4,102.00 |
| January 2025 | 01/26/25 | ES1 | 1.32 | $1,195.00 | $1,577.40 |
| January 2025 | 01/26/25 | JS2 | 1.20 | $1,465.00 | $1,758.00 |
| January 2025 | 01/27/25 | EE | 3.10 | $940.00 | $2,914.00 |
| January 2025 | 01/27/25 | ES1 | 9.00 | $1,195.00 | $10,755.00 |
| January 2025 | 01/27/25 | HP | 5.90 | $1,395.00 | $8,230.50 |

| | | | | | |
|---|---|---|---|---|---|
| January 2025 | 01/27/25 | JS2 | 2.82 | $1,465.00 | $4,131.30 |
| January 2025 | 01/27/25 | RR1 | 1.61 | $1,645.00 | $2,648.45 |
| January 2025 | 01/27/25 | VP | 7.90 | $1,195.00 | $9,440.50 |
| January 2025 | 01/28/25 | EE | 2.35 | $940.00 | $2,209.00 |
| January 2025 | 01/28/25 | ES1 | 5.20 | $1,195.00 | $6,214.00 |
| January 2025 | 01/28/25 | JJB | 0.90 | $1,995.00 | $1,795.50 |
| January 2025 | 01/28/25 | JS2 | 8.19 | $1,465.00 | $11,998.35 |
| January 2025 | 01/28/25 | RR1 | 1.23 | $1,645.00 | $2,023.35 |
| January 2025 | 01/28/25 | VP | 7.60 | $1,195.00 | $9,082.00 |
| January 2025 | 01/29/25 | EE | 2.60 | $940.00 | $2,444.00 |
| January 2025 | 01/29/25 | ES1 | 2.45 | $1,195.00 | $2,927.75 |
| January 2025 | 01/29/25 | HP | 5.46 | $1,395.00 | $7,616.70 |
| January 2025 | 01/29/25 | JJB | 0.60 | $1,995.00 | $1,197.00 |
| January 2025 | 01/29/25 | JS2 | 8.40 | $1,465.00 | $12,306.00 |
| January 2025 | 01/29/25 | RR1 | 8.80 | $1,645.00 | $14,476.00 |
| January 2025 | 01/29/25 | VP | 3.82 | $1,195.00 | $4,564.90 |
| January 2025 | 01/30/25 | ES1 | 2.60 | $1,195.00 | $3,107.00 |
| January 2025 | 01/30/25 | HP | 5.95 | $1,395.00 | $8,300.25 |
| January 2025 | 01/30/25 | JJB | 2.60 | $1,995.00 | $5,187.00 |
| January 2025 | 01/30/25 | JS2 | 4.32 | $1,465.00 | $6,328.80 |
| January 2025 | 01/30/25 | MBC | 0.28 | $2,410.00 | $674.80 |
| January 2025 | 01/30/25 | RR1 | 5.98 | $1,645.00 | $9,837.10 |
| January 2025 | 01/30/25 | VP | 1.70 | $1,195.00 | $2,031.50 |
| January 2025 | 01/31/25 | EE | 1.98 | $940.00 | $1,861.20 |
| January 2025 | 01/31/25 | ES1 | 8.80 | $1,195.00 | $10,516.00 |
| January 2025 | 01/31/25 | HP | 4.36 | $1,395.00 | $6,082.20 |
| January 2025 | 01/31/25 | JS2 | 3.19 | $1,465.00 | $4,673.35 |
| January 2025 | 01/31/25 | MBC | 0.39 | $2,410.00 | $939.90 |
| January 2025 | 01/31/25 | RR1 | 8.70 | $1,645.00 | $14,311.50 |
| February 2025 | 01/25/25 | ES1 | 1.50 | $1,195.00 | $1,792.50 |
| February 2025 | 02/01/25 | MBC | 0.30 | $2,410.00 | $723.00 |
| February 2025 | 02/01/25 | RR1 | 1.10 | $1,645.00 | $1,809.50 |
| February 2025 | 02/02/25 | EE | 1.35 | $940.00 | $1,269.00 |
| February 2025 | 02/02/25 | ES1 | 1.70 | $1,195.00 | $2,031.50 |
| February 2025 | 02/02/25 | HP | 4.40 | $1,395.00 | $6,138.00 |
| February 2025 | 02/02/25 | JJB | 4.30 | $1,995.00 | $8,578.50 |
| February 2025 | 02/02/25 | JS2 | 3.00 | $1,465.00 | $4,395.00 |
| February 2025 | 02/02/25 | MBC | 2.20 | $2,410.00 | $5,302.00 |
| February 2025 | 02/03/25 | ES1 | 1.20 | $1,195.00 | $1,434.00 |
| February 2025 | 02/03/25 | HP | 4.60 | $1,395.00 | $6,417.00 |
| February 2025 | 02/03/25 | JJB | 1.84 | $1,995.00 | $3,670.80 |
| February 2025 | 02/03/25 | JS2 | 1.12 | $1,465.00 | $1,640.80 |
| February 2025 | 02/03/25 | RR1 | 3.06 | $1,645.00 | $5,033.70 |
| February 2025 | 02/03/25 | VP | 1.38 | $1,195.00 | $1,649.10 |
| February 2025 | 02/04/25 | JJB | 0.96 | $1,995.00 | $1,915.20 |
| February 2025 | 02/04/25 | JS2 | 1.98 | $1,465.00 | $2,900.70 |
| February 2025 | 02/04/25 | MBC | 0.30 | $2,410.00 | $723.00 |

| | | | | | |
|---|---|---|---|---|---|
| February 2025 | 02/04/25 | RR1 | 0.66 | $1,645.00 | $1,085.70 |
| February 2025 | 02/05/25 | JJB | 0.68 | $1,995.00 | $1,356.60 |
| February 2025 | 02/05/25 | MBC | 1.35 | $2,410.00 | $3,253.50 |
| February 2025 | 02/05/25 | RR1 | 0.32 | $1,645.00 | $526.40 |
| February 2025 | 02/06/25 | EE | 1.30 | $940.00 | $1,222.00 |
| February 2025 | 02/06/25 | ES1 | 5.00 | $1,195.00 | $5,975.00 |
| February 2025 | 02/06/25 | JS2 | 2.00 | $1,465.00 | $2,930.00 |
| February 2025 | 02/06/25 | MBC | 1.04 | $2,410.00 | $2,506.40 |
| February 2025 | 02/06/25 | RR1 | 0.29 | $1,645.00 | $477.05 |
| February 2025 | 02/07/25 | EE | 4.97 | $940.00 | $4,671.80 |
| February 2025 | 02/07/25 | JS2 | 1.62 | $1,465.00 | $2,373.30 |
| February 2025 | 02/07/25 | MBC | 0.59 | $2,410.00 | $1,421.90 |
| February 2025 | 02/07/25 | VP | 1.17 | $1,195.00 | $1,398.15 |
| February 2025 | 02/08/25 | ES1 | 0.30 | $1,195.00 | $358.50 |
| February 2025 | 02/08/25 | HP | 0.77 | $1,395.00 | $1,074.15 |
| February 2025 | 02/08/25 | JS2 | 3.29 | $1,465.00 | $4,819.85 |
| February 2025 | 02/09/25 | HP | 2.00 | $1,395.00 | $2,790.00 |
| February 2025 | 02/09/25 | JS2 | 0.30 | $1,465.00 | $439.50 |
| February 2025 | 02/10/25 | HP | 1.36 | $1,395.00 | $1,897.20 |
| February 2025 | 02/10/25 | JS2 | 3.04 | $1,465.00 | $4,453.60 |
| February 2025 | 02/10/25 | MBC | 0.65 | $2,410.00 | $1,566.50 |
| February 2025 | 02/11/25 | JJB | 1.04 | $1,995.00 | $2,074.80 |
| February 2025 | 02/11/25 | MBC | 0.28 | $2,410.00 | $674.80 |
| February 2025 | 02/12/25 | ES1 | 2.97 | $1,195.00 | $3,549.15 |
| February 2025 | 02/12/25 | JJB | 2.48 | $1,995.00 | $4,947.60 |
| February 2025 | 02/12/25 | JS2 | 1.70 | $1,465.00 | $2,490.50 |
| February 2025 | 02/12/25 | MBC | 0.35 | $2,410.00 | $843.50 |
| February 2025 | 02/12/25 | RR1 | 1.98 | $1,645.00 | $3,257.10 |
| February 2025 | 02/13/25 | AG3 | 2.50 | $940.00 | $2,350.00 |
| February 2025 | 02/13/25 | AL1 | 2.50 | $940.00 | $2,350.00 |
| February 2025 | 02/13/25 | EE | 2.13 | $940.00 | $2,002.20 |
| February 2025 | 02/13/25 | HP | 1.98 | $1,395.00 | $2,762.10 |
| February 2025 | 02/13/25 | JJB | 6.86 | $1,995.00 | $13,685.70 |
| February 2025 | 02/13/25 | JS2 | 2.88 | $1,465.00 | $4,219.20 |
| February 2025 | 02/13/25 | MBC | 0.85 | $2,410.00 | $2,048.50 |
| February 2025 | 02/14/25 | EE | 0.36 | $940.00 | $338.40 |
| February 2025 | 02/14/25 | HP | 1.56 | $1,395.00 | $2,176.20 |
| February 2025 | 02/14/25 | JS2 | 3.30 | $1,465.00 | $4,834.50 |
| February 2025 | 02/14/25 | KS7 | 3.20 | $1,395.00 | $4,464.00 |
| February 2025 | 02/14/25 | MBC | 1.10 | $2,410.00 | $2,651.00 |
| February 2025 | 02/16/25 | HP | 1.90 | $1,395.00 | $2,650.50 |
| February 2025 | 02/16/25 | JJB | 1.10 | $1,995.00 | $2,194.50 |
| February 2025 | 02/16/25 | JS2 | 2.40 | $1,465.00 | $3,516.00 |
| February 2025 | 02/16/25 | MBC | 0.35 | $2,410.00 | $843.50 |
| February 2025 | 02/16/25 | RR1 | 0.66 | $1,645.00 | $1,085.70 |
| February 2025 | 02/17/25 | HP | 0.65 | $1,395.00 | $906.75 |
| February 2025 | 02/17/25 | JS2 | 3.33 | $1,465.00 | $4,878.45 |

| | | | | | |
|---|---|---|---|---|---|
| February 2025 | 02/17/25 | KS7 | 0.80 | $1,395.00 | $1,116.00 |
| February 2025 | 02/17/25 | MBC | 0.91 | $2,410.00 | $2,193.10 |
| February 2025 | 02/17/25 | RR1 | 6.24 | $1,645.00 | $10,264.80 |
| February 2025 | 02/17/25 | VP | 0.55 | $1,195.00 | $657.25 |
| February 2025 | 02/18/25 | HP | 2.45 | $1,395.00 | $3,417.75 |
| February 2025 | 02/18/25 | JJB | 0.60 | $1,995.00 | $1,197.00 |
| February 2025 | 02/18/25 | JS2 | 2.46 | $1,465.00 | $3,603.90 |
| February 2025 | 02/18/25 | MBC | 0.55 | $2,410.00 | $1,325.50 |
| February 2025 | 02/18/25 | RR1 | 6.90 | $1,645.00 | $11,350.50 |
| February 2025 | 02/19/25 | EE | 8.10 | $940.00 | $7,614.00 |
| February 2025 | 02/19/25 | ES1 | 7.00 | $1,195.00 | $8,365.00 |
| February 2025 | 02/19/25 | HP | 4.70 | $1,395.00 | $6,556.50 |
| February 2025 | 02/19/25 | JJB | 1.16 | $1,995.00 | $2,314.20 |
| February 2025 | 02/19/25 | JS2 | 8.30 | $1,465.00 | $12,159.50 |
| February 2025 | 02/19/25 | MBC | 0.98 | $2,410.00 | $2,361.80 |
| February 2025 | 02/19/25 | RR1 | 6.24 | $1,645.00 | $10,264.80 |
| February 2025 | 02/19/25 | VP | 0.38 | $1,195.00 | $454.10 |
| February 2025 | 02/20/25 | EE | 2.40 | $940.00 | $2,256.00 |
| February 2025 | 02/20/25 | ES1 | 4.60 | $1,195.00 | $5,497.00 |
| February 2025 | 02/20/25 | HP | 11.90 | $1,395.00 | $16,600.50 |
| February 2025 | 02/20/25 | JJB | 1.12 | $1,995.00 | $2,234.40 |
| February 2025 | 02/20/25 | JS2 | 5.60 | $1,465.00 | $8,204.00 |
| February 2025 | 02/20/25 | MBC | 0.70 | $2,410.00 | $1,687.00 |
| February 2025 | 02/20/25 | RR1 | 4.90 | $1,645.00 | $8,060.50 |
| February 2025 | 02/20/25 | VP | 8.30 | $1,195.00 | $9,918.50 |
| February 2025 | 02/21/25 | EE | 0.10 | $940.00 | $94.00 |
| February 2025 | 02/21/25 | ES1 | 1.90 | $1,195.00 | $2,270.50 |
| February 2025 | 02/21/25 | HP | 3.90 | $1,395.00 | $5,440.50 |
| February 2025 | 02/21/25 | JS2 | 1.92 | $1,465.00 | $2,812.80 |
| February 2025 | 02/21/25 | MBC | 0.45 | $2,410.00 | $1,084.50 |
| February 2025 | 02/21/25 | RR1 | 3.60 | $1,645.00 | $5,922.00 |
| February 2025 | 02/21/25 | VP | 0.42 | $1,195.00 | $501.90 |
| February 2025 | 02/22/25 | JS2 | 2.60 | $1,465.00 | $3,809.00 |
| February 2025 | 02/22/25 | MBC | 0.30 | $2,410.00 | $723.00 |
| February 2025 | 02/22/25 | RR1 | 0.30 | $1,645.00 | $493.50 |
| February 2025 | 02/23/25 | JS2 | 1.10 | $1,465.00 | $1,611.50 |
| February 2025 | 02/24/25 | ES1 | 3.20 | $1,195.00 | $3,824.00 |
| February 2025 | 02/24/25 | HP | 0.40 | $1,395.00 | $558.00 |
| February 2025 | 02/24/25 | JJB | 0.77 | $1,995.00 | $1,536.15 |
| February 2025 | 02/24/25 | JS2 | 6.50 | $1,465.00 | $9,522.50 |
| February 2025 | 02/24/25 | MBC | 1.20 | $2,410.00 | $2,892.00 |
| February 2025 | 02/24/25 | RR1 | 3.66 | $1,645.00 | $6,020.70 |
| February 2025 | 02/24/25 | VP | 1.10 | $1,195.00 | $1,314.50 |
| February 2025 | 02/25/25 | JJB | 1.84 | $1,995.00 | $3,670.80 |
| February 2025 | 02/25/25 | JS2 | 0.60 | $1,465.00 | $879.00 |
| February 2025 | 02/25/25 | MBC | 0.28 | $2,410.00 | $674.80 |
| February 2025 | 02/25/25 | RR1 | 2.58 | $1,645.00 | $4,244.10 |

| February 2025 | 02/25/25 | VP | 3.65 | $1,195.00 | $4,361.75 |
|---|---|---|---|---|---|
| February 2025 | 02/26/25 | ES1 | 4.92 | $1,195.00 | $5,879.40 |
| February 2025 | 02/26/25 | HP | 1.20 | $1,395.00 | $1,674.00 |
| February 2025 | 02/26/25 | JS2 | 1.12 | $1,465.00 | $1,640.80 |
| February 2025 | 02/26/25 | RR1 | 1.90 | $1,645.00 | $3,125.50 |
| February 2025 | 02/26/25 | VP | 0.50 | $1,195.00 | $597.50 |
| February 2025 | 02/27/25 | HP | 2.06 | $1,395.00 | $2,873.70 |
| February 2025 | 02/27/25 | JS2 | 0.20 | $1,465.00 | $293.00 |
| February 2025 | 02/27/25 | MBC | 0.24 | $2,410.00 | $578.40 |
| February 2025 | 02/27/25 | RR1 | 2.88 | $1,645.00 | $4,737.60 |
| February 2025 | 02/27/25 | VP | 2.13 | $1,195.00 | $2,545.35 |
| February 2025 | 02/28/25 | JJB | 0.18 | $1,995.00 | $359.10 |
| March 2025 | 03/01/25 | EE | 1.15 | $940.00 | $1,081.00 |
| March 2025 | 03/01/25 | HP | 2.10 | $1,395.00 | $2,929.50 |
| March 2025 | 03/01/25 | JJB | 2.80 | $1,995.00 | $5,586.00 |
| March 2025 | 03/01/25 | JS2 | 0.50 | $1,465.00 | $732.50 |
| March 2025 | 03/01/25 | MBC | 1.20 | $2,410.00 | $2,892.00 |
| March 2025 | 03/01/25 | RR1 | 0.77 | $1,645.00 | $1,266.65 |
| March 2025 | 03/01/25 | VP | 0.90 | $1,195.00 | $1,075.50 |
| March 2025 | 03/02/25 | HP | 1.37 | $1,395.00 | $1,911.15 |
| March 2025 | 03/02/25 | JJB | 1.75 | $1,995.00 | $3,491.25 |
| March 2025 | 03/02/25 | MBC | 0.30 | $2,410.00 | $723.00 |
| March 2025 | 03/02/25 | RR1 | 1.03 | $1,645.00 | $1,694.35 |
| March 2025 | 03/03/25 | ES1 | 3.41 | $1,195.00 | $4,074.95 |
| March 2025 | 03/03/25 | HP | 7.35 | $1,395.00 | $10,253.25 |
| March 2025 | 03/03/25 | JC3 | 1.50 | $620.00 | $930.00 |
| March 2025 | 03/03/25 | JJB | 2.78 | $1,995.00 | $5,546.10 |
| March 2025 | 03/03/25 | NL5 | 0.60 | $595.00 | $357.00 |
| March 2025 | 03/03/25 | RR1 | 7.57 | $1,645.00 | $12,452.65 |
| May 2025 | 05/05/25 | JJB | 0.84 | $1,995.00 | $1,675.80 |
| May 2025 | 05/05/25 | VP | 0.38 | $1,195.00 | $454.10 |
| June 2025 | 06/23/25 | VP | 0.98 | $1,195.00 | $1,171.10 |
| June 2025 | 06/24/25 | VP | 1.96 | $1,195.00 | $2,342.20 |
| June 2025 | 06/25/25 | VP | 0.23 | $1,195.00 | $274.85 |
| June 2025 | 06/26/25 | JJB | 1.50 | $1,995.00 | $2,992.50 |
| June 2025 | 06/27/25 | JJB | 0.62 | $1,995.00 | $1,236.90 |
| June 2025 | 06/27/25 | VP | 1.96 | $1,195.00 | $2,342.20 |
| June 2025 | 06/30/25 | VP | 5.40 | $1,195.00 | $6,453.00 |
| July 2025 | 07/01/25 | JJB | 0.67 | $1,995.00 | $1,336.65 |
| July 2025 | 07/01/25 | VP | 2.05 | $1,195.00 | $2,449.75 |
| July 2025 | 07/02/25 | JJB | 2.13 | $1,995.00 | $4,249.35 |
| July 2025 | 07/02/25 | JS2 | 3.12 | $1,465.00 | $4,570.80 |
| July 2025 | 07/02/25 | VP | 3.81 | $1,195.00 | $4,552.95 |
| July 2025 | 07/03/25 | JJB | 0.50 | $1,995.00 | $997.50 |
| July 2025 | 07/03/25 | MBC | 0.25 | $2,410.00 | $602.50 |
| July 2025 | 07/04/25 | HP | 2.25 | $1,395.00 | $3,138.75 |
| July 2025 | 07/06/25 | JS2 | 1.10 | $1,465.00 | $1,611.50 |

| July 2025 | 07/07/25 | JJB | 0.49 | $1,995.00 | $977.55 |
|---|---|---|---|---|---|
| July 2025 | 07/08/25 | JJB | 0.76 | $1,995.00 | $1,516.20 |
| August 2025 | 08/08/25 | JJB | 0.66 | $1,995.00 | $1,316.70 |
| August 2025 | 08/11/25 | EE | 0.45 | $940.00 | $423.00 |
| August 2025 | 08/11/25 | RR1 | 0.73 | $1,645.00 | $1,200.85 |
| August 2025 | 08/11/25 | VP | 0.18 | $1,195.00 | $215.10 |
| August 2025 | 08/13/25 | EE | 3.70 | $940.00 | $3,478.00 |
| August 2025 | 08/13/25 | JJB | 1.10 | $1,995.00 | $2,194.50 |
| August 2025 | 08/18/25 | EE | 1.17 | $940.00 | $1,099.80 |
| August 2025 | 08/18/25 | ES1 | 1.90 | $1,195.00 | $2,270.50 |
| August 2025 | 08/18/25 | HP | 3.80 | $1,395.00 | $5,301.00 |
| August 2025 | 08/18/25 | JJB | 0.78 | $1,995.00 | $1,556.10 |
| August 2025 | 08/18/25 | JS2 | 8.30 | $1,465.00 | $12,159.50 |
| August 2025 | 08/18/25 | RR1 | 4.20 | $1,645.00 | $6,909.00 |
| August 2025 | 08/19/25 | EE | 1.50 | $940.00 | $1,410.00 |
| August 2025 | 08/19/25 | HP | 3.45 | $1,395.00 | $4,812.75 |
| August 2025 | 08/19/25 | JJB | 0.80 | $1,995.00 | $1,596.00 |
| August 2025 | 08/19/25 | JS2 | 4.64 | $1,465.00 | $6,797.60 |
| August 2025 | 08/19/25 | MBC | 2.20 | $2,410.00 | $5,302.00 |
| August 2025 | 08/19/25 | RR1 | 5.55 | $1,645.00 | $9,129.75 |
| August 2025 | 08/20/25 | EE | 5.80 | $940.00 | $5,452.00 |
| August 2025 | 08/20/25 | ES1 | 0.90 | $1,195.00 | $1,075.50 |
| August 2025 | 08/20/25 | HP | 5.20 | $1,395.00 | $7,254.00 |
| August 2025 | 08/20/25 | JJB | 1.96 | $1,995.00 | $3,910.20 |
| August 2025 | 08/20/25 | JS2 | 1.30 | $1,465.00 | $1,904.50 |
| August 2025 | 08/20/25 | MBC | 5.80 | $2,410.00 | $13,978.00 |
| August 2025 | 08/20/25 | RR1 | 7.44 | $1,645.00 | $12,238.80 |
| August 2025 | 08/21/25 | EE | 2.50 | $940.00 | $2,350.00 |
| August 2025 | 08/21/25 | ES1 | 0.10 | $1,195.00 | $119.50 |
| August 2025 | 08/21/25 | HP | 9.10 | $1,395.00 | $12,694.50 |
| August 2025 | 08/21/25 | HP | 1.80 | $1,395.00 | $2,511.00 |
| August 2025 | 08/21/25 | JJB | 3.80 | $1,995.00 | $7,581.00 |
| August 2025 | 08/21/25 | JS2 | 8.00 | $1,465.00 | $11,720.00 |
| August 2025 | 08/21/25 | MBC | 2.22 | $2,410.00 | $5,350.20 |
| August 2025 | 08/21/25 | MS11 | 3.50 | $595.00 | $2,082.50 |
| August 2025 | 08/21/25 | RR1 | 6.80 | $1,645.00 | $11,186.00 |
| August 2025 | 08/21/25 | VP | 5.10 | $1,195.00 | $6,094.50 |
| August 2025 | 08/22/25 | EB4 | 3.70 | $1,195.00 | $4,421.50 |
| August 2025 | 08/22/25 | EE | 0.30 | $940.00 | $282.00 |
| August 2025 | 08/22/25 | HP | 3.75 | $1,395.00 | $5,231.25 |
| August 2025 | 08/22/25 | JJB | 1.90 | $1,995.00 | $3,790.50 |
| August 2025 | 08/22/25 | JS2 | 4.42 | $1,465.00 | $6,475.30 |
| August 2025 | 08/22/25 | MBC | 1.26 | $2,410.00 | $3,036.60 |
| August 2025 | 08/22/25 | MS11 | 0.80 | $595.00 | $476.00 |
| August 2025 | 08/22/25 | RA5 | 0.50 | $620.00 | $310.00 |
| August 2025 | 08/22/25 | RR1 | 1.89 | $1,645.00 | $3,109.05 |
| August 2025 | 08/22/25 | VP | 1.86 | $1,195.00 | $2,222.70 |

| TOTAL | | | 762.45 | | $1,103,211.70 |
|---|---|---|---|---|---|