**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANE DOE,

        *Plaintiff,*

     v.

LEON BLACK,

        *Defendant.*

Case No. 1:23-cv-06418-JGLC

## DECLARATION OF HIMANSHU PATEL

I, HIMANSHU PATEL, do hereby declare under penalty of perjury that the following is true and correct:

1.      My name is Himanshu Patel. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Defendant Leon Black in the above-captioned action. I am admitted to practice before this Court. I respectfully submit this declaration in support of Defendant's Application for Attorneys' Fees and Costs. The statements set forth herein are based on my personal knowledge.

2.      I have read both the redacted and unredacted invoices for January 2025, February 2025, March 2025, May 2025, June 2025, July 2025, and August 2025 (collectively, the "Fee Period"), as well as the spreadsheet of each relevant time entry concerning Defendant's Motion for Sanctions (the "Motion") that Quinn Emanuel provided to Wigdor LLP ("Wigdor") on May 28, 2026.

3.      Where there is a block entry with only a portion of the entry allocated to the Motion, I have confirmed that the spreadsheet Quinn Emanuel provided to Wigdor accurately demonstrates the amount of time I spent related to bringing the Motion. To make this determination, as to each

entry I personally billed, I reviewed both the total time recorded and the time allocated to this Motion.

4.     To the best of my knowledge, I agree that each time entry of mine accurately reflects the amount of time I billed related to bringing the Motion.

5.     I personally billed at least 131.88 hours during the Fee Period in connection with bringing the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York, on June 4, 2026.

By:     _____

Himanshu Patel
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000

*Counsel for Defendant Leon Black*

2