# EXHIBIT A



**PERRY LAW**

445 Park Ave, Floor 7
New York, New York 10022
Phone: 212-213-3070
Fax: 646-849-9609
Email ████████████████
https://www.danyaperrylaw.com/

# INVOICE

Invoice No. 17354
Billing Period End Date: 01/31/2025
Due On: 02/28/2025

Leon Black
████████████████
████████████

████████████████

## Services

| Timekeeper | Date | Description | Hours | Total |
|---|---|---|---|---|
| ██ | ████████████████ | ██ | ██ |
| ██ | ████████████████ | ██ | ██ |
| ██ | ████████████████ | ██ | ██ |
| ██ | ████████████████ | ██ | ██ |
| ██ | ████████████████ | ██ | ██ |
| ██ | ████████████████ | ██ | ██ |
| ██ | ████████████████ | ██ | ██ |
| ██ | ████████████████ | ██ | ██ |



















| | | | | |
|---|---|---|---|---|
| PG | 01/17/2025 | Emails re production of Rakoff materials; emails to Court re same; download and review materials; emails and calls re same; ██████████ call re next steps; ██████████ | 8.90 | $12,460.00 |
| DP | 01/17/2025 | Review production from Court and communications with team re same; ████ zoom with all counsel re same and status; ███ | 5.30 | $8,745.00 |
| AP | 01/17/2025 | ██████████ correspond with co-counsel re Doe production; ██████████ begin reviewing Rakoff transcripts and correspondence re same. | 8.10 | $9,720.00 |
| PG | 01/18/2025 | Emails re next steps; review Rakoff materials; ████ | 1.20 | $1,680.00 |
| AP | 01/18/2025 | Further review of Rakoff transcripts and correspondence re same; correspond with D. Perry and P. Gwynne re Plaintiff's testimony; review investigator materials for information re same. | 3.70 | $4,440.00 |



| | | | | |
|---|---|---|---|---|
| ▮ | ██████████ | | ▮ | ▮ |
| ▮ | ██████████ | | ▮ | ▮ |
| AP | 01/20/2025 | ████████ further review of Rakoff transcripts ██ | 2.70 | $3,240.00 |
| ▮ | ██████████ | | ▮ | ▮ |
| ▮ | ██████████ | | ▮ | ▮ |
| ▮ | ██████████ | | ▮ | ▮ |
| ▮ | ██████████ | | ▮ | ▮ |
| ▮ | ██████████ | | ▮ | ▮ |
| ▮ | ██████████ | | ▮ | ▮ |
| ▮ | ██████████ | | ▮ | ▮ |
| ▮ | ██████████ | | ▮ | ▮ |
| ▮ | ██████████ | | ▮ | ▮ |
| ▮ | ██████████ | | ▮ | ▮ |
| ▮ | ██████████ | | ▮ | ▮ |
| AP | 01/21/2025 | ████████ review Rakoff transcripts ██ | 6.10 | $7,320.00 |
| DR | 01/22/2025 | Revise chronology re sanctions motion; review Rakoff materials re same. | 1.40 | $1,540.00 |
| ▮ | ██████████ | | ▮ | ▮ |



| | | | | | |
|---|---|---|---|---|---|
| ██ | ████████████████████ | | | ██ | ███ |
| ██ | ████████████████████ | | | ██ | ███ |
| ██ | ████████████████ | | | ██ | ███ |
| ██ | ██████████████████ | | | ██ | ███ |
| ██ | ██████████████████ | | | ██ | ███ |
| ██ | ██████████████████ | | | ██ | ███ |
| ██ | █████████████████ | | | ██ | ███ |
| AP | 01/22/2025 | Review and revise sanctions motion outline; draft additional sections of same; correspond with J. Stykes re same; ███████████████████████████████ teleconference with internal team and co-counsel re sanctions motion and case strategy; ███████████ | 8.70 | $10,440.00 |
| ██ | ██████████████████ | | | ██ | ███ |
| DR | 01/23/2025 | Revise chronology re sanctions motion; review Rakoff materials re same; communicate with K. Crouch re same; research caselaw re judicial records and sealing; draft summary of research; communicate with Perry team re same. | 5.40 | $5,940.00 |
| ██ | ████████████████████ | | | ██ | ███ |
| ██ | ████████████████████ | | | ██ | ███ |
| ██ | ████████████████████ | | | ██ | ███ |
| ██ | ████████████████████ | | | ██ | ███ |
| ██ | ████████████████████ | | | ██ | ███ |
| AP | 01/23/2025 | Review and revise sanctions motion outline; draft additional sections of same; correspond with J. Stykes re same; ███████████ | 7.70 | $9,240.00 |



| | | | | | |
|---|---|---|---|---|---|
| ■ | ████ | | | ■ | ■ |
| ■ | ████ | | | ■ | ■ |
| ■ | ████ | | | ■ | ■ |
| DR | 01/24/2025 | Revise chronology re sanctions motion; review Rakoff materials re same; communicate with K. Crouch re same, strategy for completion of draft chronology. | 1.30 | $1,430.00 |
| ■ | ████ | | | ■ | ■ |
| ■ | ████ | | | ■ | ■ |
| ■ | ████ | | | ■ | ■ |
| AP | 01/24/2025 | ████ teleconference with R. Rakower and J. Stykes re sanctions motion; ████ | 8.10 | $9,720.00 |
| ■ | ████ | | | ■ | ■ |
| ■ | ████ | | | ■ | ■ |
| ■ | ████ | | | ■ | ■ |
| ■ | ████ | | | ■ | ■ |
| ■ | ████ | | | ■ | ■ |
| ■ | ████ | | | ■ | ■ |
| ■ | ████ | | | ■ | ■ |



| | | | | |
|---|---|---|---|---|
| DR | 01/27/2025 | Review Rakoff submission materials; revise sanctions chronology with additional Rakoff materials; communicate with team re sanctions motion, Rakoff review. | 8.00 | $8,800.00 |
| AP | 01/27/2025 | ▮▮▮ begin reviewing witness interview transcripts for sanctions motion; ▮▮▮ | 6.40 | $7,680.00 |
| DR | 01/28/2025 | Revise chronology re sanctions motion; review Rakoff materials re same; communicate with K. Crouch re status of chronology document; ▮▮▮ | 2.50 | $2,750.00 |
| PG | 01/28/2025 | ▮▮▮ emails with co-counsel re journals; ▮▮▮ | 2.50 | $3,500.00 |
| DP | 01/28/2025 | ▮▮▮ communications re and plans for next investigative steps; ▮▮▮ | 2.50 | $4,125.00 |
| AP | 01/28/2025 | ▮▮▮ further review of interview transcripts for sanctions motion; teleconference with P. Gwynne re same; communications with QE team re sanctions motion; ▮▮▮ | 6.90 | $8,280.00 |



| PG | 01/28/2025 | Call with A. Parachini re review of interview transcripts. | 0.30 | $420.00 |
|---|---|---|---|---|

| AP | 01/30/2025 | | 5.90 | $7,080.00 |



| | | | | |
|---|---|---|---|---|
| | review Doe submissions and testimony for sanctions motion; correspond with internal team re photo analysis; correspond with internal team and co-counsel re experts and photo analysis; ███ | | | |
| AP | 01/31/2025 | Review JPMC submissions and transcripts for sanctions motion | 6.00 | $7,200.00 |

**Services Subtotal** ██████

## Expenses

| Date | Description | Total |
|---|---|---|
| ████████ | | ███ |
| ████████ | | ███ |
| ████████ | | ███ |
| ████████ | | ███ |
| ██████ | | ███ |
| ██████ | | ███ |



| | |
|---|---|
| ███████████████████ | ██ |
| ███████████████████ | ██ |
| ████████████████ | ██ |
| █████████████████████ | ██ |
| ███████████████ | ██ |
| **Expenses Subtotal** | ████ |



| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| ████████ | ██ | ████ | ████ |
| ████████ | ██ | ████ | ████ |
| Peter Gwynne | ██ | $1,400.00 | ████ |
| ████████ | ██ | ████ | ████ |
| ██████ | ██ | ████ | ███ |
| Alexander Parachini | ██ | $1,200.00 | ████ |
| Danya Perry | ██ | $1,650.00 | ████ |
| ██████ | ██ | ████ | ████ |
| David Russell | ██ | $1,100.00 | ████ |
| ██████ | ██ | ███ | ████ |
| ██████ | █ | ███ | ███ |
| ██████ | ██ | ███ | ████ |
| ██████ | ██ | ███ | ███ |
| ██████ | ██ | ███ | ████ |
| █████ | ██ | ███ | ███ |
| | | **Subtotal** | ████ |
| | | ████ | ████ |
| | | ██ | ████ |
| | | █████ | ████ |
| | | ████ | ██ |

## Detailed Statement of Account



**Please make all amounts payable to E. Danya Perry PLLC DBA Perry Law. Please include your name and invoice number in the memo line so we may accurately match your payment to your invoice. Please provide adequate payment to cover any wire fees assessed by your financial institution.**



**INVOICE**

445 Park Ave, Floor 7
New York, New York 10022
Phone: 212-213-3070
Fax: 646-849-9609
Email: ███████████████
https://www.danyaperrylaw.com/

Invoice No. 17365
Billing Period End Date: 02/28/2025
Due On: 03/31/2025

Leon Black
███████████████
███████████████

## Services

| Timekeeper | Date | Description | Hours | Total |
|---|---|---|---|---|
| ██ | ████████████ | ████████████ | ██ | ██ |
| ██ | ████████████ | ████████████ | ██ | ██ |
| ██ | ████████████ | ████████████ | ██ | ██ |
| ██ | ████████████ | ████████████ | ██ | ██ |
| DR | 02/03/2025 | Review Rakoff materials re preparation for sanctions motion; communicate with Perry Law re same, ██████ | 2.80 | $3,080.00 |
| ██ | ████████████ | ████████████ | ██ | ██ |
| ██ | ████████████ | ████████████ | ██ | ██ |
| ██ | ████████████ | ████████████ | ██ | ██ |



| AP | 02/04/2025 | ... review draft sanctions motion; compile exhibits for same; ... | 8.40 | $10,080.00 |



| | | | | |
|---|---|---|---|---|
| AP | 02/06/2025 | Review sanctions motion; compile exhibits for same; | 7.60 | $9,120.00 |
| DP | 02/07/2025 | review investigative findings. | 2.00 | $3,300.00 |
| AP | 02/07/2025 | further review of sanctions motion; draft comments and correspond with QE team re same; review reports on photo and journals; | 8.40 | $10,080.00 |



| | | | | |
|---|---|---|---|---|
| ███ | ████████████████ | | ███ | ████ |
| ███ | ████████████████ | | ███ | ████ |
| ███ | ████████████████ | | ███ | ████ |
| DR | 02/09/2025 | Review Rakoff documents for sanctions motion preparation; draft summary of document review; communicate with Perry team re same. | 4.40 | $4,840.00 |
| PG | 02/09/2025 | Review Rakoff materials and claims submissions; ████ | 2.60 | $3,640.00 |
| ███ | ████████████████ | | ███ | ████ |
| ███ | ████████████████ | | ███ | ████ |
| ███ | ████████████████ | | ███ | ████ |
| DR | 02/10/2025 | Communicate with Perry Law re document review for sanctions motion; review documents re same. | 1.50 | $1,650.00 |
| ███ | ████████████████ | | ███ | ████ |
| AP | 02/10/2025 | ████████ teleconference with P. Gwynne re case status and strategy; review draft sanctions motion and correspondence re same; review D. Russell memorandum re Plaintiff's submissions; ████████ | 8.10 | $9,720.00 |
| ███ | ████████████████ | | ███ | ████ |
| DP | 02/10/2025 | Attend to sanctions brief; call with M. Carlinsky; ████ | 4.00 | $6,600.00 |
| ███ | ████████████████ | | ███ | ████ |
| AP | 02/11/2025 | Review co-counsel revisions to sanctions motion; ████ | 7.10 | $8,520.00 |



correspond with D. Perry re sanctions motion;

| | | | | |
|---|---|---|---|---|
| DP | 02/12/2025 | edits to sanctions motion; | 5.00 | $8,250.00 |
| AP | 02/13/2025 | Revise sanctions motion to incorporate D. Perry and co-counsel comments; correspond with internal team and co-counsel re same; | 8.30 | $9,960.00 |



| | | | | |
|---|---|---|---|---|
| AP | 02/14/2025 | review co-counsel edits to sanctions motion; review Rakoff materials and correspond with P. Gwynne and QE team re sanctions motion; | 8.30 | $9,960.00 |
| DP | 02/14/2025 | Edits to sanctions motion; | 3.80 | $6,270.00 |
| DP | 02/16/2025 | Call with Quinn Emmanuel; attend to sanctions motion communications with co-counsel. | 3.00 | $4,950.00 |
| PG | 02/17/2025 | correspond with A. Parachini re sanctions motion exhibits. | 0.10 | $140.00 |

| AP | 02/17/2025 | Correspond with P. Gwynne and QE team re sanctions motion exhibits; ████████ | 1.20 | $1,440.00 |
|---|---|---|---|---|
| ██ | ███████████ | | ██ | ██ |
| AP | 02/18/2025 | ████████████ correspond with P. Gwynne and QE team re sanctions motion; compile and organize exhibits for same; cite check and revise sanctions motion; draft Estrich Declaration for sanctions motion; draft motion to exceed page limit; communications with P. Gwynne re case status and strategy; ████████ | 8.20 | $9,840.00 |
| PG | 02/18/2025 | ████████████ edit motion for sanctions; review same; edit letter motion to expand word limit; emails and calls re same; email to S. Estrich re edits. | 8.50 | $11,900.00 |
| █ | ███████ | | ██ | ██ |
| DP | 02/18/2025 | ████████ attend to sanctions motion and communications re same; ████████ | 4.50 | $7,425.00 |
| █ | ███████ | | ██ | ██ |
| AP | 02/19/2025 | Review sanctions motion and correspondence re same; compile exhibits and prepare exhibit list; communications with P. Gwynne, paralegals, and QE team re same. | 2.70 | $3,240.00 |
| PG | 02/19/2025 | ████████ attention to exhibits to motion for sanctions; calls and emails re same; prepare exhibit list re same. | 9.30 | $13,020.00 |
| █ | ███████ | | ██ | ██ |
| DP | 02/19/2025 | Attend to motion to expand word count for sanctions motion; attend to sanctions motion; ████████ | 3.30 | $5,445.00 |
| PG | 02/20/2025 | ████████ attention | 3.40 | $4,760.00 |



| | | | | | |
|---|---|---|---|---|---|
| | | to exhibits ███████ review sanctions motion. | | | |
| ██ | ████████ | ████████████ | | ██ | ███ |
| AP | 02/20/2025 | Revise Estrich Declaration to incorporate motion exhibits; review motion exhibits and correspond with internal team and QE team re same; correspond with P. Gwynne and QE team re Estrich Declaration. | 3.40 | $4,080.00 |
| ██ | ████████ | ████████ | | ██ | ███ |
| DP | 02/20/2025 | Attend to ████████ sanctions motion; ████████ communications with co-counsel. | 6.50 | $10,725.00 |
| AP | 02/21/2025 | Review co-counsel revisions to motion for sanctions and Estrich Declaration; ████████████ review order on inspection and correspondence re same; ████████████████ | 4.90 | $5,880.00 |
| ██ | ████████████ | | ██ | ███ |
| ██ | ████████████ | | ██ | ███ |
| ██ | ████████████ | | ██ | ███ |
| ██ | ████████████ | | ██ | ███ |
| ██ | ████████████ | | ██ | ███ |
| ██ | ████████████ | | ██ | ███ |
| PG | 02/22/2025 | Emails re inspection; email to D. Perry re same. | 0.50 | $700.00 |
| DP | 02/22/2025 | Communications with team, co-counsel, opposing counsel re upcoming inspection. | 0.30 | $495.00 |
| ██ | ████████████ | | ██ | ███ |
| PG | 02/23/2025 | Emails re inspection; email to D. Perry re same. | 0.30 | $420.00 |



| PG | 02/24/2025 | Emails re inspection and debrief; inspection; post inspection call with team. | 4.30 | $6,020.00 |
|---|---|---|---|---|
| ██ | ████████████████████████ | | ██ | ██ |
| AP | 02/24/2025 | Review correspondence re journal inspection; teleconference with internal team and co-counsel re same. | 1.10 | $1,320.00 |

**Services Subtotal** ██████

**Expenses**

| Date | Description | Total |
|------|-------------|-------|
| ████████████████████ | | ██████ |
| ████████████████████ | | ██████ |
| ████████████████████ | | ██████ |
| ████████████████████ | | ██████ |
| ██████████████████ | | ████ |
| ████████████████████ | | ██████ |
| ██████████████ | | ████ |
| ███████████████ | | ██████ |
| █████████████████████████ | | ██████ |
| ████████████████████████ | | ██████ |
| ████████████████████ | | ██████ |
| ████████████████████ | | ██████ |
| █████████████████ | | ██████ |
| █████████████████ | | ██████ |
| | **Expenses Subtotal** | ██████ |

| Time Keeper | Hours | Rate | Total |
|-------------|-------|------|-------|
| ████████ | ██ | ██████ | ████ |
| Peter Gwynne | ██ | $1,400.00 | ██████ |
| ████████ | ██ | ██████ | ████ |
| Alexander Parachini | ██ | $1,200.00 | ██████ |
| Danya Perry | ██ | $1,650.00 | ██████ |
| ████████ | ██ | ██████ | ██████ |
| David Russell | ██ | $1,100.00 | ██████ |
| ████████ | ██ | ██████ | ██████ |
| ████████ | ██ | ██████ | ██████ |
| ████████ | ██ | ██████ | ██████ |



| | Subtotal | ▮▮▮▮ |
| ▮▮▮▮▮ | | ▮▮▮▮ |
| | ▮▮ | ▮▮▮▮ |
| ▮▮▮▮▮▮ | | ▮▮▮▮ |
| | ▮▮▮▮ | ▮▮ |

## Detailed Statement of Account



**Please make all amounts payable to E. Danya Perry PLLC DBA Perry Law. Please include your name and invoice number in the memo line so we may accurately match your payment to your invoice. Please provide adequate payment to cover any wire fees assessed by your financial institution.**



# INVOICE

445 Park Ave, Floor 7
New York, New York 10022
Phone: 212-213-3070
Fax: 646-849-9609
Email: ███████████████
https://www.danyaperrylaw.com/

Invoice No. 17398
Billing Period End Date: 03/31/2025
Due On: 04/30/2025

Leon Black
███████████████
███████████████

## Services

| Timekeeper | Date | Description | Hours | Total |
|---|---|---|---|---|
| AP | 03/01/2025 | Review and revise ███████████ motion for sanctions; correspond with internal team and co-counsel re same. | 2.40 | $2,880.00 |
| DP | 03/01/2025 | Edits to sanctions motion ████████ correspond with team re same. | 4.50 | $7,425.00 |
| AP | 03/02/2025 | Review and revise motion for sanctions; correspond with internal team and co-counsel re same; ███████████ | 2.70 | $3,240.00 |
| DP | 03/02/2025 | Review, discuss final drafts of sanctions motion ████████ | 0.50 | $825.00 |
| PG | 03/03/2025 | Edit sanctions brief; call with A. Parachini re brief, ███████████ ███████████ review filing; email re same. | 4.90 | $6,860.00 |
| ██ | ███████████ | | ██ | ██ |
| AP | 03/03/2025 | Communications with D. Perry and P. Gwynne re sanctions motion; correspond with co-counsel re edits to same; ███████████ | 4.90 | $5,880.00 |
| ██ | ███████████ | | ██ | ██ |
| ██ | ███████████ | | ██ | ██ |
| ██ | ███████████ | | ██ | ██ |
| ██ | ███████████ | | ██ | ██ |

















| | | Services Subtotal | ███████ |

## Expenses

| Date | Description | Total |
|------|-------------|-------|
| ██████████████████████ | | ██████ |
| █████████████ | | ██████ |
| █████████████████ | | ██████ |
| ████████████████ | | ██████ |
| ████████████ | | ████ |
| █████████████████████ | | ██████ |
| █████████████████ | | ██████ |
| █████████████████ | | ██████ |
| ███████████████ | | ██████ |
| █████████████████ | | ██████ |
| ███████████████ | | ████ |
| █████████████████ | | ██████ |
| ████████████████ | | ██████ |

| | | Expenses Subtotal | $4,067.64 |
|---|---|---|---|

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Peter Gwynne | ██ | $1,400.00 | ██████ |
| Alexander Parachini | ██ | $1,200.00 | ██████ |
| Danya Perry | ██ | $1,650.00 | ██████ |
| ██████ | ██ | ████ | ████ |
| ██████ | ██ | ████ | ████ |
| ██████ | ██ | ███ | ███ |
| ██████ | ██ | ███ | ███ |
| ██████ | ██ | ███ | ████ |
| ██████ | ██ | ███ | ███ |
| | | Subtotal | ██████ |
| | | ██████ | ██████ |
| | | ██ | ██████ |
| | | ████████ | ██████ |
| | | ██████ | ██ |

## Detailed Statement of Account



**Please make all amounts payable to E. Danya Perry PLLC DBA Perry Law. Please include your name and invoice number in the memo line so we may accurately match your payment to your invoice. Please provide adequate payment to cover any wire fees assessed by your financial institution.**



# INVOICE

445 Park Ave, Floor 7
New York, New York 10022
Phone: 212-213-3070
Fax: 646-849-9609
Email ███████████████
https://www.danyaperrylaw.com/

Invoice No. 17487
Billing Period End Date: 06/30/2025
Due On: 07/31/2025

Leon Black
█████████████████
█████████████████

## Services

| Timekeeper | Date | Description | Hours | Total |
|---|---|---|---|---|
| █ | ████████████ | | █ | █ |
| █ | ████████████████████ | | █ | █ |
| █ | ████████████████ | | █ | █ |
| █ | ██████████████████ | | █ | █ |
| █ | ████████████████████████ | | █ | █ |
| █ | ████████████ | | █ | █ |
| █ | ██████████████ | | █ | █ |
| █ | ████████████████████ | | █ | █ |
| █ | ██████████████████████ | | █ | █ |
| █ | ██████████████ | | █ | █ |
| █ | ████████████████████ | | █ | █ |
| █ | ████████████████████████ | | █ | █ |





| | | | | |
|---|---|---|---|---|
| AP | 06/18/2025 | ▓▓▓ compile materials for sanctions reply; ▓▓▓ review sanctions motion and expert report in preparation for reply. | 4.30 | $5,160.00 |
| PG | 06/23/2025 | Review Wigdor opposition to sanctions motion. | 3.50 | $4,900.00 |
| AP | 06/23/2025 | ▓▓▓ review Wigdor sanctions opposition; communications with D. Perry and P. Gwynne re same. | 5.80 | $6,960.00 |



| DP | 06/23/2025 | Review Doe filings; communications with team re same. | 1.50 | $2,475.00 |
|----|------------|-------------------------------------------------------|------|-----------|
| █ | █████████████████████████ | | █ | ███ |
| █ | █████████████████████ | | █ | ██ |
| AP | 06/24/2025 | ████████████████████ further review of Wigdor sanctions opposition; communications with P. Gwynne re sanctions reply; draft outline for same; compile background materials and correspond with B. Hanke re sanctions reply; ███████████████████████████ | 7.10 | $8,520.00 |
| DP | 06/24/2025 | Attend to reply; ██████████████ | 1.00 | $1,650.00 |
| PG | 06/25/2025 | Review Wigdor and Doe filings; research same against JPMC facts and other facts; review documents re same. | 9.30 | $13,020.00 |
| █ | ████████████████████████ | | █ | ███ |
| █ | ████████████████████████ | | █ | ██ |
| AP | 06/25/2025 | Review Doe sanctions opposition; correspond with co-counsel re same; ████████ draft motion for extension of reply deadline and correspond with internal team re same; ████████ prepare for and videoconference with B. Hanke re case background and sanctions research; prepare for and teleconference with P. Gwynne, co-counsel, and client re sanctions replies and case strategy; ████████ | 7.20 | $8,640.00 |
| DP | 06/25/2025 | Review new filings; attend to reply; ███████ | 1.80 | $2,970.00 |
| PG | 06/26/2025 | Review Wigdor and Doe filings; research same against JPMC facts and other facts; review documents re same; ████████ | 8.50 | $11,900.00 |
| BH | 06/26/2025 | Review case law that Wigdor cites in support of its standard for the imposition of sanctions; draft analysis regarding Wigdor's case law to A. Parachini. | 8.20 | $7,380.00 |
| █ | ████████████████████████ | | █ | ██ |



| | | | | |
|---|---|---|---|---|
| | ███ | | | |
| AP | 06/26/2025 | Continue reviewing Doe sanctions opposition; draft internal notes re same; communication with P. Gwynne re same; ████████████████████████████████████████ | 7.60 | $9,120.00 |
| DP | 06/26/2025 | Attend to reply; ████████ | 1.00 | $1,650.00 |
| PG | 06/27/2025 | ████████████████ review declaration; attention to briefs; calls with A. Parachini re same. | 5.70 | $7,980.00 |
| BH | 06/27/2025 | Correspond with A. Parachini re reply brief regarding sanctions. | 0.10 | $90.00 |
| AP | 06/27/2025 | ████████████████████████ communications with P. Gwynne re sanctions reply strategy; review B. Hanke research for sanctions reply; correspond with B. Hanke re same; begin drafting sanctions reply. | 5.60 | $6,720.00 |
| BH | 06/28/2025 | Draft subsection of reply brief regarding Wigdor's mischaracterization of case law. | 1.90 | $1,710.00 |
| PG | 06/28/2025 | Review Doe Opposition; correspond with A. Parachini re sanctions reply. | 2.30 | $3,220.00 |
| AP | 06/28/2025 | Draft spoliation section of sanctions reply; communications with P. Gwynne re same. | 2.70 | $3,240.00 |
| BH | 06/29/2025 | Review case law cited in Affirmation from J. Doe. | 2.30 | $2,070.00 |
| ██ | ██████████ | | ██ | ████ |
| BH | 06/30/2025 | Review case law cited by J. Doe in her filings; draft findings in email to A. Parachini. | 6.70 | $6,030.00 |
| ██ | ██████████ | | | ████ |
| ██ | ██████████ | | ██ | ██ |
| AP | 06/30/2025 | ████████████████ review correspondence with co-counsel re Doe exhibits. | 0.80 | $960.00 |
| DP | 06/30/2025 | Communications with co-counsel re Doe filing; ████████████████ | 1.20 | $1,980.00 |
| | | **Services Subtotal** | | ████ |

**Expenses**

| Date | Description | Total |
|---|---|---|
| ███████████████████ | | ████ |
| ███████████████████ | | ████ |
| ████████████████ | | ████ |
| | Expenses Subtotal | ██████ |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Peter Gwynne | ██ | $1,400.00 | ██████ |
| Brittany Hanke | ██ | $900.00 | ██████ |
| Alexander Parachini | ██ | $1,200.00 | ██████ |
| Danya Perry | ██ | $1,650.00 | ██████ |
| ███████ | ██ | ██████ | ██████ |
| ██████ | ██ | ██████ | ██████ |
| | | Subtotal | ██████ |
| | | ████ | ██████ |
| | | ██████████ | ██████ |
| | | ██████████ | ████ |

## Detailed Statement of Account



**Please make all amounts payable to E. Danya Perry PLLC DBA Perry Law. Please include your name and invoice number in the memo line so we may accurately match your payment to your invoice. Please provide adequate payment to cover any wire fees assessed by your financial institution.**



**PERRY LAW**

445 Park Ave, Floor 7
New York, New York 10022
Phone: 212-213-3070
Fax: 646-849-9609
Email: ▮▮▮▮▮▮▮▮▮▮
https://www.danyaperrylaw.com/

# INVOICE

Invoice No. 17508
Billing Period End Date: 07/31/2025
Due On: 08/31/2025

Leon Black
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

## Services

| Timekeeper | Date | Description | Hours | Total |
|---|---|---|---|---|
| ▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| BH | 07/01/2025 | Draft findings of review of case law in J. Doe's affirmation for P. Gwynne. | 4.90 | $4,410.00 |
| ▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| ▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| PG | 07/02/2025 | ▮▮▮▮▮▮ emails and calls re Doe filings ▮▮▮▮▮▮; review documents re same. | 5.20 | $7,280.00 |
| BH | 07/02/2025 | Attend meeting with P. Gwynne regarding work product tracking factual allegations and responses to them from J. Doe and Wigdor; draft factual allegations chart. | 4.00 | $3,600.00 |
| ▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ |
| AP | 07/02/2025 | Review Doe submission and draft internal notes re same; review correspondence with co-counsel re same; ▮▮▮▮▮▮▮▮▮▮ communications with P. Gwynne re case status and strategy. | 3.90 | $4,680.00 |



| | | | | |
|---|---|---|---|---|
| DP | 07/02/2025 | ████████████ review exhibits filed by plaintiff and communications re same. | 4.80 | $7,920.00 |
| █ | ████████████ | | █ | █ |
| █ | ████████████ | | █ | █ |
| █ | ████████████ | | █ | █ |
| DP | 07/03/2025 | Review exhibits filed by plaintiff and communications re same; ████████ | 3.00 | $4,950.00 |
| PG | 07/06/2025 | Review declarations and exhibits; edit brief. | 3.40 | $4,760.00 |
| PG | 07/07/2025 | Review Doe materials; draft reply; call with A. Parachini; emails re extension request. | 7.30 | $10,220.00 |
| BH | 07/07/2025 | Draft appendix regarding J. Doe and Wigdor's responses to factual allegations in Black's motion. | 4.50 | $4,050.00 |
| █ | ████████████ | | █ | █ |
| AP | 07/07/2025 | ████████ draft spoliation section of Wigdor sanctions reply; ████████ prepare for and teleconference with P. Gwynne and co-counsel re case status and strategy; ████ | 6.90 | $8,280.00 |
| DP | 07/07/2025 | Review and discuss Doe filings; edits to responsive filing ████ | 2.20 | $3,630.00 |
| █ | ████████████ | | █ | █ |
| █ | ████████████ | | █ | █ |
| PG | 07/08/2025 | ████ review Doe documents; review Clarke order; emails and calls re same; edit brief. | 3.60 | $5,040.00 |
| AP | 07/08/2025 | ████████ continue drafting Wigdor sanctions reply; research various issues for same; review Doe letter and exhibits; ████ | 4.00 | $4,800.00 |
| DP | 07/08/2025 | ████████ review Doe filings; ████ | 0.80 | $1,320.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | ███████████ | | | |
| BH | 07/09/2025 | Review current draft of reply brief; analyze case law from Wigdor's opposition; draft findings to A. Parachini. | | 3.80 | $3,420.00 |
| PG | 07/09/2025 | Send Doe documents to A. Goldin; edit brief;███████████ ████████████ | | 3.40 | $4,760.00 |
| AP | 07/09/2025 | Continue drafting Wigdor sanctions reply; research various issues for same; communications with P. Gwynne and B. Hanke re follow-up research for same; ███████████████████████████████████████████████████████████████████████████████ | | 7.60 | $9,120.00 |
| ██ | ███████████████████████████████████ | | | ██ | ████ |
| BH | 07/10/2025 | Review case law in Wigdor citations in subsections 2.C and 2.D of its reply; draft analysis of cases for A. Parachini. | | 4.10 | $3,690.00 |
| ██ | ███████████████████████████ | | | ██ | ████ |
| AP | 07/10/2025 | ██████████████████████████ continue drafting Wigdor sanctions reply; review B. Hanke follow-up research for same. | | 8.90 | $10,680.00 |
| BH | 07/11/2025 | Draft section of reply brief regarding the standard for dismissal as a sanction. | | 3.20 | $2,880.00 |
| ██ | ██████████████████████ | | | ██ | ████ |
| ██ | ███████████ | | | ██ | ████ |
| AP | 07/11/2025 | Finish drafting Wigdor sanctions reply; research various issues for same; communications with internal team re same; draft email to internal team re next steps; prepare for and teleconference with internal team and co-counsel re case status and strategy; communications with internal team re same. | | 5.40 | $6,480.00 |
| ██ | ████████████████████████ | | | ██ | ████ |
| BH | 07/12/2025 | Review case law regarding dismissal as a sanction. | | 2.10 | $1,890.00 |
| PG | 07/12/2025 | Emails to team re caselaw; review same. | | 0.80 | $1,120.00 |
| PG | 07/13/2025 | Edit brief. | | 0.40 | $560.00 |
| BH | 07/14/2025 | Review case law regarding sanctions due to misrepresentations to the court; draft analysis of findings; attend meeting with P. Gwynne regarding case status, strategy, and legal research. | | 6.90 | $6,210.00 |



| | | | | |
|---|---|---|---|---|
| ██ | ██████████ | | ██ | ██ |
| PG | 07/14/2025 | Edit brief re sanctions reply; ██████████ review Doe and Wigdor materials. | 3.40 | $4,760.00 |
| AP | 07/14/2025 | Communications with P. Gwynne re Wigdor sanctions reply; further revisions to same; ██████████ | 5.70 | $6,840.00 |
| ██ | ██████████ | | ██ | ██ |
| ██ | ██████████ | | ██ | ██ |
| ██ | ██████████ | | ██ | ██ |
| ██ | ██████████ | | ██ | ██ |
| AP | 07/15/2025 | ██████████ further revisions to Wigdor sanctions reply; review Doe transcripts and claims submissions for Doe sanctions reply; ██████████ | 4.80 | $5,760.00 |
| ██ | ██████████ | | ██ | ██ |
| ██ | ██████████ | | ██ | ██ |
| ██ | ██████████ | | ██ | ██ |
| ██ | ██████████ | | ██ | ██ |
| AP | 07/16/2025 | ██████████ eview Doe sanctions opposition and case documents for sanctions reply; ██████████ | 3.70 | $4,440.00 |
| ██ | ██████████ | | ██ | ██ |
| BH | 07/17/2025 | Draft chart illustrating Wigdor's responses to Black's factual | 6.10 | $5,490.00 |



| | | | | | |
|---|---|---|---|---|---|
| | allegations; ███████████ | | | | |
| ██ | ████████████████████████ ███████████████████ | | | ██ | ████ |
| AP | 07/17/2025 | Further review of documents for Doe sanctions reply; begin drafting outline for same; ████████████████████ ██████████████████ communications with P. Gwynne re case status and strategy; ████████████████████ ██████████████████ | 4.60 | $5,520.00 |
| ██ | ████████████████████████ ████████████ | | | ██ | ██ |
| ██ | ████████████████████████ ████████████ | | | ██ | ██ |
| PG | 07/18/2025 | ███████████████████ █████ edits to reply to sanctions motion; review documents re same; communications with team re ████ Wigdor sanctions, █████ | 8.30 | $11,620.00 |
| AP | 07/18/2025 | Review and revise draft exhibit to Wigdor sanctions reply; communications with P. Gwynne and B. Hanke re same; ██████████████ review and revise Wigdor sanctions reply; ████████████████████ ████████████████████ ████████████████████ ███████████ | 6.60 | $7,920.00 |
| ██ | ████████████████████████ ████████ | | | ██ | ██ |
| ██ | ████████████████████████ ████████ | | | ██ | ██ |
| ██ | ████████████████████████ ████████ | | | ██ | ██ |
| ██ | ████████████████████████ ████ | | | ██ | ██ |
| ██ | ████████████████████████ ████████ | | | ██ | ██ |
| ██ | ████████████████████████ ████ | | | ██ | ██ |



| BH | 07/22/2025 | ██████████ draft chart demonstrating which of Black's points Doe failed to respond to in her opposition. | 3.30 | $2,970.00 |



| | | | | |
|---|---|---|---|---|
| AP | 07/23/2025 | review B. Hanke research and draft exhibit for Wigdor sanctions reply; communications with P. Gwynne and B. Hanke re same; ; review Doe submissions for sanctions reply; | 5.70 | $6,840.00 |
| BH | 07/24/2025 | Revise chart demonstrating Doe's lack of response points made in the motion for sanctions. | 0.10 | $90.00 |
| AP | 07/24/2025 | review Doe submissions for sanctions reply; | 2.70 | $3,240.00 |
| BH | 07/25/2025 | Revise chart demonstrating that J. Doe has not adequately responded to the points made in the motion for sanctions. | 3.70 | $3,330.00 |
| PG | 07/25/2025 | review appendix; draft reply brief. | 3.40 | $4,760.00 |
| AP | 07/25/2025 | further review of Doe submissions for sanctions reply; | 3.20 | $3,840.00 |
| PG | 07/28/2025 | review draft Doe reply; calls with A. Parachini re next steps. | 2.30 | $3,220.00 |
| AP | 07/28/2025 | review and revise draft exhibit for Doe sanctions reply; communications with P. Gwynne re case status and strategy. | 1.70 | $2,040.00 |



| | | | | |
|---|---|---|---|---|
| AP | 07/29/2025 | ██████████████████ | 1.40 | $1,680.00 |
| | | review Doe submissions and continue drafting outline for Doe sanctions reply. | | |
| █ | ██████████████ | | ████████ | |
| █ | ██████████ | | █ | █ |
| █ | ██████████████ | | █ | █ |
| AP | 07/30/2025 | Review Doe submissions; continue drafting outline for Doe sanctions reply. | 1.90 | $2,280.00 |
| █ | ██████████████ | | ████████ | |
| █ | ████████████ | | █ | █ |

|  | **Services Subtotal** | ████████ |
|---|---|---|

## Expenses

| Date | Description | Total |
|---|---|---|
| ████████████ | | ██ |
| ████████████ | | ██ |
|  | **Expenses Subtotal** | ██ |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Peter Gwynne | █ | $1,400.00 | ████ |
| Brittany Hanke | █ | $900.00 | ████ |
| Alexander Parachini | █ | $1,200.00 | ████ |
| Danya Perry | █ | $1,650.00 | ████ |
| ████████ | █ | ██ | ████ |
|  | **Subtotal** | | ████ |

## Detailed Statement of Account



**Please make all amounts payable to E. Danya Perry PLLC DBA Perry Law. Please include your name and invoice number in the memo line so we may accurately match your payment to your invoice. Please provide adequate payment to cover any wire fees assessed by your financial institution.**



**445 Park Ave, Floor 7**
New York, New York 10022
Phone: 212-213-3070
Fax: 646-849-9609
Email: ███████████████
https://www.danyaperrylaw.com/

# INVOICE

Invoice No. 17537
Billing Period End Date: 08/31/2025
Due On: 09/30/2025

Leon Black
████████████████
████████████████

## Services

| Timekeeper | Date | Description | Hours | Total |
|---|---|---|---|---|
| ██ | ████████████████████ | ██ | ██ |
| ██ | ████████████ | ██ | ██ |
| ██ | ████████████ | ██ | ██ |
| ██ | ████████████ | ██ | ██ |
| ██ | ████████████ | ██ | ██ |
| ██ | ██████████ | ██ | ██ |
| ██ | ████████████ | ██ | ██ |
| ██ | ██████████ | ██ | ██ |
| ██ | ████████████ | ██ | ██ |
| ██ | ████████████ | ██ | ██ |
| ██ | ████████████ | ██ | ██ |
| ██ | ████████████ | ██ | ██ |



| | | | | |
|---|---|---|---|---|
| AP | 08/08/2025 | ▮▮▮▮▮▮▮▮▮ communications with P. Gwynne re ▮▮▮ sanctions replies; review and revise Wigdor sanctions reply to incorporate B. Hanke research; correspond with P. Gwynne and B. Hanke re same. | 3.40 | $4,080.00 |
| AP | 08/10/2025 | Correspond with P. Gwynne and co-counsel re sanctions replies. | 0.20 | $240.00 |
| PG | 08/10/2025 | Correspond with A. Parachini and co-counsel re sanctions replies. | 0.20 | $280.00 |

| | | | | | |
|---|---|---|---|---|---|
| ███ | ██████████████████████ | | | ███ | ███ |
| DP | 08/11/2025 | Attention to letter to court seeking replies in Doe. | | 0.30 | $495.00 |
| AP | 08/11/2025 | Communications with P. Gwynne re case status and strategy; prepare for and videoconference with P. Gwynne, R. Rakower, and J. Stykes re sanctions replies; draft motion for separate sanctions replies; correspond with internal team and co-counsel re same; ████████████████████████████ review and proofread motion for separate replies and communications with internal team re same. | | 4.80 | $5,760.00 |
| ███ | ██████████████████████ | | | | ███ |
| BH | 08/12/2025 | Attend meeting with P. Gwynne re research for reply brief re forged evidence; review order granting leave to file separate replies; review case law regarding fabricated evidence and corresponding sanctions; draft findings to team. | | 1.90 | $1,710.00 |
| ███ | ██████████████████████ | | | ███ | ███ |
| AP | 08/12/2025 | Review order re sanctions replies; correspond with internal team and co-counsel re same; review and revise Wigdor sanctions reply; review B. Hanke research for sanctions replies; compile sanctions briefing and correspond with co-counsel re same; communications with P. Gwynne re sanctions replies; begin drafting Doe sanctions reply. | | 5.70 | $6,840.00 |
| PG | 08/13/2025 | Edit brief; ██████████████████ | | 3.90 | $5,460.00 |
| BH | 08/13/2025 | Revise reply brief regarding the motion to sanction Wigdor. | | 0.90 | $810.00 |
| ███ | ██████████████████████ | | | ███ | ███ |
| AP | 08/13/2025 | Review P. Gwynne revisions to Wigdor sanctions reply; further revisions to same; communications with D. Perry and P. Gwynne re same; review co-counsel edits to charts for replies; continue drafting Doe sanctions reply; research various issues for same; review Doe letter and correspondence with co-counsel re same. | | 6.80 | $8,160.00 |
| ███ | ██████████████████████ | | | ███ | ███ |
| ███ | ██████████████████████ | | | ███ | ███ |
| AP | 08/14/2025 | Continue drafting Doe sanctions reply; research various issues for same; compile exhibits for same; communications with P. Gwynne re case status and strategy. | | 6.20 | $7,440.00 |

| | | | | | |
|---|---|---|---|---|---|
| ██ | ████████████████████████████ | | | ██ | ███ |
| PG | 08/15/2025 | Edit Wigdor reply; emails with D. Perry re same; calls and emails with A. Parachini re same and case strategy; edit Doe reply. | | 7.20 | $10,080.00 |
| ██ | ████████████████████████████ | | | ██ | ███ |
| DP | 08/15/2025 | Edits to Doe motion for case-terminating sanctions against Wigdor; communications with team and co-counsel re same. | | 5.00 | $8,250.00 |
| AP | 08/15/2025 | Finish drafting Doe sanctions reply; research various issues for same; communications with D. Perry and P. Gwynne re same; communications with P. Gwynne re case status and strategy. | | 7.40 | $8,880.00 |
| PG | 08/16/2025 | Edit Doe brief. | | 1.00 | $1,400.00 |
| AP | 08/16/2025 | Review and revise Doe sanctions reply to incorporate P. Gwynne comments; communications with D. Perry and P. Gwynne re same. | | 3.20 | $3,840.00 |
| ██ | ████████████████████████████ | | | ██ | ███ |
| ██ | ████████████████████ | | | ██ | ███ |
| DP | 08/17/2025 | Edits to Doe motion for case-terminating sanctions against Doe; communications with team and co-counsel re same. | | 4.50 | $7,425.00 |
| ██ | ████████████████████████████ | | | ██ | ███ |
| ██ | ████████████████████ | | | ██ | ███ |
| AP | 08/18/2025 | Revise Doe sanctions reply to incorporate D. Perry comments; communications with internal team re same; correspond with internal team and co-counsel re same; review co-counsel revisions to Wigdor sanctions reply; communications with P. Gwynne re same; ███████████████████ | | 4.20 | $5,040.00 |
| DP | 08/18/2025 | Edits to briefs; communications re same; ██████████ ████████████ | | 3.30 | $5,445.00 |
| ██ | ████████████████████████████ | | | ██ | ███ |
| ██ | ████████████████████████████ | | | ██ | ███ |
| ██ | ████████████████████████████ | | | ██ | ███ |
| ██ | ████████████████████████████ | | | ██ | ███ |



| | AP | 08/20/2025 | Review co-counsel revisions to sanctions reply briefs; communications with internal team and co-counsel re same; | 3.20 | $3,840.00 |
| | DP | 08/20/2025 | Attention to Doe filing; review, edit briefs. | 2.00 | $3,300.00 |
| | PG | 08/21/2025 | Edit reply briefs; review case materials and exhibits. | 3.30 | $4,620.00 |
| | BH | 08/21/2025 | Review citations for accuracy in the reply brief re sanctions against Wigdor; correspond with team re same. | 3.50 | $3,150.00 |
| | AP | 08/21/2025 | Review co-counsel revisions sanctions reply briefs; further revisions to same; communications with internal team and co-counsel re same; review B. Hanke cite check; correspond with P. Gwynne and co-counsel re same. | 5.70 | $6,840.00 |
| | DP | 08/21/2025 | Edits to Doe briefs; communications with team re same; review Doe briefs; communications with team re same. | 3.50 | $5,775.00 |
| | BH | 08/22/2025 | Review Appendix A in the reply brief re sanctioning Wigdor for accuracy. | 1.40 | $1,260.00 |
| | PG | 08/22/2025 | Finalize briefs; emails and calls re same. | 1.70 | $2,380.00 |
| | AP | 08/22/2025 | Review and revise sanctions reply briefs; communications with internal team and co-counsel re same; review co-counsel revisions to sanctions replies; review and revise exhibit chart for sanctions replies; communications with P. Gwynne and co-counsel re same; | 6.20 | $7,440.00 |

| ▮ | ▬▬▬▬▬▬▬▬▬▬▬ | ▮ | ▮ |
|---|---|---|---|
| ▮ | ▬▬▬▬ | ▮ | ▮ |
| | | Services Subtotal | ▮ |

## Expenses

| Date | Description | Total |
|---|---|---|
| ▬▬▬▬▬▬ | | ▮ |
| ▬▬▬▬ | | ▮ |
| ▬▬▬▬▬ | | ▮ |
| | Expenses Subtotal | ▮ |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Peter Gwynne | ▮ | $1,400.00 | ▮ |
| Brittany Hanke | ▮ | $900.00 | ▮ |
| Alexander Parachini | ▮ | $1,200.00 | ▮ |
| Danya Perry | ▮ | $1,650.00 | ▮ |
| ▬▬▬ | ▮ | ▮ | ▮ |
| ▬▬▬ | ▮ | ▮ | ▮ |
| | | Subtotal | ▮ |
| | | ▮ | ▮ |
| | | ▬▬▬▬ | ▮ |
| | | ▬▬ | ▮ |

## Detailed Statement of Account



**Please make all amounts payable to E. Danya Perry PLLC DBA Perry Law. Please include your name and**

**invoice number in the memo line so we may accurately match your payment to your invoice. Please provide adequate payment to cover any wire fees assessed by your financial institution.**