# Exhibit 1



**From:** Alexander Parachini <aparachini@danyaperrylaw.com>
**Sent:** Tuesday, May 19, 2026 11:27 PM
**To:** Jeanne M. Christensen <jchristensen@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** michaelcarlinsky <michaelcarlinsky@quinnemanuel.com>; jenniferbarrett <jenniferbarrett@quinnemanuel.com>; Ryan Rakower <ryanrakower@quinnemanuel.com>; Jacqueline Stykes <jacquelinestykes@quinnemanuel.com>; Susan Estrich <susan@estrichgoldin.com>; E. Danya Perry <dperry@danyaperrylaw.com>
**Subject:** Doe v. Black, No. 1:23-cv-06418

Counsel,

Pursuant to Judge Clarke's May 12, 2026 order, attached are redacted time entries supporting Defendant's fee calculation. Defendant's calculation includes:

- $1,103,211.70 for Quinn Emanuel;

- $513,970 for Perry Law; and
- $4,147.31 in expert fees related to the forensic examination of Plaintiff's fraudulent journals.

I'll send the password for the attachment in a separate email.

Sincerely,

**Alexander Parachini**
Counsel | Perry Law



445 Park Avenue, 7th Floor, New York, NY 10022
212-540-4487 phone 518-527-5218 mobile
aparachini@danyaperrylaw.com email
danyaperrylaw.com website