# Exhibit 3



**From:** Jacqueline Stykes <jacquelinestykes@quinnemanuel.com>
**Sent:** Thursday, May 28, 2026 11:13 AM
**To:** Michael J. Willemin <mwillemin@wigdorlaw.com>; Alexander Parachini <aparachini@danyaperrylaw.com>; Jeanne M. Christensen <JChristensen@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jennifer Barrett <jenniferbarrett@quinnemanuel.com>; Ryan Rakower <ryanrakower@quinnemanuel.com>; Susan Estrich <susan@estrichgoldin.com>; E. Danya Perry <dperry@danyaperrylaw.com>
**Subject:** RE: Doe v. Black, No. 1:23-cv-06418

Counsel,

As requested, please see the attached spreadsheets on behalf of Quinn Emanuel and Perry Law.

Thank you,
Jackie

---

**From:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Sent:** Friday, May 22, 2026 2:17 PM
**To:** Alexander Parachini <aparachini@danyaperrylaw.com>; Jeanne M. Christensen <JChristensen@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>
**Cc:** Michael Carlinsky <michaelcarlinsky@quinnemanuel.com>; Jennifer Barrett <jenniferbarrett@quinnemanuel.com>; Ryan Rakower <ryanrakower@quinnemanuel.com>; Jacqueline Stykes <jacquelinestykes@quinnemanuel.com>; Susan Estrich <susan@estrichgoldin.com>; E. Danya Perry <dperry@danyaperrylaw.com>
**Subject:** Re: Doe v. Black, No. 1:23-cv-06418

**[EXTERNAL EMAIL from mwillemin@wigdorlaw.com]**

---

Let's do 3pm.

**Michael J. Willemin**
Partner

212 257 6800
85 Fifth Avenue
New York, NY 10003

**wigdorlaw.com**





This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

---

**From:** Alexander Parachini <aparachini@danyaperrylaw.com>
**Sent:** Friday, May 22, 2026 1:07:17 PM
**To:** Michael J. Willemin <mwillemin@wigdorlaw.com>; Jeanne M. Christensen <JChristensen@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>
**Cc:** michaelcarlinsky <michaelcarlinsky@quinnemanuel.com>; jenniferbarrett <jenniferbarrett@quinnemanuel.com>; Ryan Rakower <ryanrakower@quinnemanuel.com>; Jacqueline Stykes <jacquelinestykes@quinnemanuel.com>; Susan Estrich <susan@estrichgoldin.com>; E. Danya Perry <dperry@danyaperrylaw.com>

**Subject:** RE: Doe v. Black, No. 1:23-cv-06418

Michael,

We're available between 2pm and 4:30pm on Wednesday.  Let us know what you prefer in that window and we'll circulate an invite and dial-in.

Thanks,
Alex

**Alexander Parachini**
Counsel | Perry Law



445 Park Avenue, 7th Floor, New York, NY 10022
212-540-4487 phone 518-527-5218 mobile
aparachini@danyaperrylaw.com email
danyaperrylaw.com website

---

**From:** Michael J. Willemin <mwillemin@wigdorlaw.com>
**Sent:** Thursday, May 21, 2026 5:34 PM
**To:** Alexander Parachini <aparachini@danyaperrylaw.com>; Jeanne M. Christensen <JChristensen@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>
**Cc:** michaelcarlinsky <michaelcarlinsky@quinnemanuel.com>; jenniferbarrett <jenniferbarrett@quinnemanuel.com>; Ryan Rakower <ryanrakower@quinnemanuel.com>; Jacqueline Stykes <jacquelinestykes@quinnemanuel.com>; Susan Estrich <susan@estrichgoldin.com>; E. Danya Perry <dperry@danyaperrylaw.com>
**Subject:** RE: Doe v. Black, No. 1:23-cv-06418

Counsel,

Further to the Court's requirement that we meet and confer regarding Defendant's fee application, please let us know if you are available in the afternoon of Wednesday, May 27, 2026, any time at or after 2pm.

Thanks,


**Michael J. Willemin**

Partner

212 257 6800
85 Fifth Avenue
New York, NY 10003

**wigdorlaw.com**



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail or phone. Thank you.

**From:** Alexander Parachini <aparachini@danyaperrylaw.com>
**Sent:** Tuesday, May 19, 2026 11:27 PM
**To:** Jeanne M. Christensen <JChristensen@wigdorlaw.com>; Meredith Firetog <mfiretog@wigdorlaw.com>; Michael J. Willemin <mwillemin@wigdorlaw.com>
**Cc:** michaelcarlinsky <michaelcarlinsky@quinnemanuel.com>; jenniferbarrett <jenniferbarrett@quinnemanuel.com>; Ryan Rakower <ryanrakower@quinnemanuel.com>; Jacqueline Stykes <jacquelinestykes@quinnemanuel.com>; Susan Estrich <susan@estrichgoldin.com>; E. Danya Perry <dperry@danyaperrylaw.com>
**Subject:** Doe v. Black, No. 1:23-cv-06418

Counsel,

Pursuant to Judge Clarke's May 12, 2026 order, attached are redacted time entries supporting Defendant's fee calculation.  Defendant's calculation includes:

- $1,103,211.70 for Quinn Emanuel;
- $513,970 for Perry Law; and
- $4,147.31 in expert fees related to the forensic examination of Plaintiff's fraudulent journals.

I'll send the password for the attachment in a separate email.

Sincerely,

**Alexander Parachini**
Counsel | Perry Law



445 Park Avenue, 7th Floor, New York, NY 10022
212-540-4487 phone 518-527-5218 mobile
aparachini@danyaperrylaw.com email
danyaperrylaw.com website

| Date | Rate ($) | User | Adjusted Hours | Adjusted Billable ($) |
|---|---|---|---|---|
| 1/17/2025 | 1400 | Peter Gwynne | 4.4 | 6160 |
| 1/17/2025 | 1650 | Danya Perry | 2.6 | 4290 |
| 1/17/2025 | 1200 | Alexander Parachini | 3.4 | 4080 |
| 1/18/2025 | 1400 | Peter Gwynne | 0.8 | 1120 |
| 1/18/2025 | 1200 | Alexander Parachini | 3.7 | 4440 |
| 1/20/2025 | 1200 | Alexander Parachini | 0.8 | 960 |
| 1/21/2025 | 1200 | Alexander Parachini | 2.2 | 2640 |
| 1/22/2025 | 1100 | David Russell | 1.4 | 1540 |
| 1/22/2025 | 1200 | Alexander Parachini | 4.2 | 5040 |
| 1/23/2025 | 1100 | David Russell | 5.4 | 5940 |
| 1/23/2025 | 1200 | Alexander Parachini | 3.4 | 4080 |
| 1/24/2025 | 1100 | David Russell | 1.3 | 1430 |
| 1/24/2025 | 1200 | Alexander Parachini | 0.5 | 600 |
| 1/27/2025 | 1100 | David Russell | 8 | 8800 |
| 1/27/2025 | 1200 | Alexander Parachini | 1.4 | 1680 |
| 1/28/2025 | 1100 | David Russell | 2 | 2200 |
| 1/28/2025 | 1400 | Peter Gwynne | 0.3 | 420 |
| 1/28/2025 | 1650 | Danya Perry | 0.3 | 495 |
| 1/28/2025 | 1200 | Alexander Parachini | 2.2 | 2640 |
| 1/28/2025 | 1400 | Peter Gwynne | 0.3 | 420 |
| 1/30/2025 | 1200 | Alexander Parachini | 2.8 | 3360 |
| 1/31/2025 | 1200 | Alexander Parachini | 2.4 | 2880 |
| 2/3/2025 | 1100 | David Russell | 2.4 | 2640 |
| 2/4/2025 | 1200 | Alexander Parachini | 1.7 | 2040 |
| 2/6/2025 | 1200 | Alexander Parachini | 1.9 | 2280 |
| 2/7/2025 | 1650 | Danya Perry | 0.4 | 660 |
| 2/7/2025 | 1200 | Alexander Parachini | 2.7 | 3240 |
| 2/9/2025 | 1100 | David Russell | 4.4 | 4840 |
| 2/9/2025 | 1400 | Peter Gwynne | 2.2 | 3080 |
| 2/10/2025 | 1100 | David Russell | 1.5 | 1650 |
| 2/10/2025 | 1200 | Alexander Parachini | 2.7 | 3240 |
| 2/10/2025 | 1650 | Danya Perry | 2 | 3300 |
| 2/11/2025 | 1200 | Alexander Parachini | 2.4 | 2880 |
| 2/12/2025 | 1650 | Danya Perry | 1.5 | 2475 |
| 2/13/2025 | 1200 | Alexander Parachini | 3.4 | 4080 |
| 2/14/2025 | 1200 | Alexander Parachini | 3.1 | 3720 |
| 2/14/2025 | 1650 | Danya Perry | 1.5 | 2475 |
| 2/16/2025 | 1650 | Danya Perry | 1.5 | 2475 |
| 2/17/2025 | 1400 | Peter Gwynne | 0.1 | 140 |
| 2/17/2025 | 1200 | Alexander Parachini | 0.5 | 600 |
| 2/18/2025 | 1200 | Alexander Parachini | 6.4 | 7680 |
| 2/18/2025 | 1400 | Peter Gwynne | 4.1 | 5740 |

| Date | Rate ($) | User | Adjusted Hours | Adjusted Billable ($) |
|---|---|---|---|---|
| 2/18/2025 | 1650 | Danya Perry | 1.5 | 2475 |
| 2/19/2025 | 1200 | Alexander Parachini | 2.7 | 3240 |
| 2/19/2025 | 1400 | Peter Gwynne | 2.5 | 3500 |
| 2/19/2025 | 1650 | Danya Perry | 1.8 | 2970 |
| 2/20/2025 | 1400 | Peter Gwynne | 1.8 | 2520 |
| 2/20/2025 | 1200 | Alexander Parachini | 3.4 | 4080 |
| 2/20/2025 | 1650 | Danya Perry | 4 | 6600 |
| 2/21/2025 | 1200 | Alexander Parachini | 2.4 | 2880 |
| 2/22/2025 | 1400 | Peter Gwynne | 0.5 | 700 |
| 2/22/2025 | 1650 | Danya Perry | 0.3 | 495 |
| 2/23/2025 | 1400 | Peter Gwynne | 0.3 | 420 |
| 2/24/2025 | 1400 | Peter Gwynne | 4.3 | 6020 |
| 2/24/2025 | 1200 | Alexander Parachini | 1.1 | 1320 |
| 3/1/2025 | 1200 | Alexander Parachini | 1.8 | 2160 |
| 3/1/2025 | 1650 | Danya Perry | 3.5 | 5775 |
| 3/2/2025 | 1200 | Alexander Parachini | 2.2 | 2640 |
| 3/2/2025 | 1650 | Danya Perry | 0.4 | 660 |
| 3/3/2025 | 1400 | Peter Gwynne | 3.2 | 4480 |
| 3/3/2025 | 1200 | Alexander Parachini | 1 | 1200 |
| 6/18/2025 | 1200 | Alexander Parachini | 1.8 | 2160 |
| 6/23/2025 | 1400 | Peter Gwynne | 1.7 | 2380 |
| 6/23/2025 | 1200 | Alexander Parachini | 2.9 | 3480 |
| 6/23/2025 | 1650 | Danya Perry | 1.5 | 2475 |
| 6/24/2025 | 1200 | Alexander Parachini | 5.4 | 6480 |
| 6/24/2025 | 1650 | Danya Perry | 0.5 | 825 |
| 6/25/2025 | 1400 | Peter Gwynne | 3.4 | 4760 |
| 6/25/2025 | 1200 | Alexander Parachini | 6.2 | 7440 |
| 6/25/2025 | 1650 | Danya Perry | 1 | 1650 |
| 6/26/2025 | 1400 | Peter Gwynne | 2.5 | 3500 |
| 6/26/2025 | 900 | Brittany Hanke | 8.2 | 7380 |
| 6/26/2025 | 1200 | Alexander Parachini | 5.6 | 6720 |
| 6/26/2025 | 1650 | Danya Perry | 0.5 | 825 |
| 6/27/2025 | 1400 | Peter Gwynne | 4.5 | 6300 |
| 6/27/2025 | 900 | Brittany Hanke | 0.1 | 90 |
| 6/27/2025 | 1200 | Alexander Parachini | 3.8 | 4560 |
| 6/28/2025 | 900 | Brittany Hanke | 1.9 | 1710 |
| 6/28/2025 | 1400 | Peter Gwynne | 2.3 | 3220 |
| 6/28/2025 | 1200 | Alexander Parachini | 2.7 | 3240 |
| 6/29/2025 | 900 | Brittany Hanke | 2.3 | 2070 |
| 6/30/2025 | 900 | Brittany Hanke | 6.7 | 6030 |
| 6/30/2025 | 1200 | Alexander Parachini | 0.4 | 480 |
| 6/30/2025 | 1650 | Danya Perry | 0.6 | 990 |

| Date | Rate ($) | User | Adjusted Hours | Adjusted Billable ($) |
|---|---|---|---|---|
| 7/1/2025 | 900 | Brittany Hanke | 4.9 | 4410 |
| 7/2/2025 | 1400 | Peter Gwynne | 1.2 | 1680 |
| 7/2/2025 | 900 | Brittany Hanke | 4 | 3600 |
| 7/2/2025 | 1200 | Alexander Parachini | 2.4 | 2880 |
| 7/2/2025 | 1650 | Danya Perry | 2.4 | 3960 |
| 7/3/2025 | 1650 | Danya Perry | 2 | 3300 |
| 7/6/2025 | 1400 | Peter Gwynne | 3.4 | 4760 |
| 7/7/2025 | 1400 | Peter Gwynne | 7.3 | 10220 |
| 7/7/2025 | 900 | Brittany Hanke | 4.5 | 4050 |
| 7/7/2025 | 1200 | Alexander Parachini | 3.4 | 4080 |
| 7/7/2025 | 1650 | Danya Perry | 1.1 | 1815 |
| 7/8/2025 | 1400 | Peter Gwynne | 3.3 | 4620 |
| 7/8/2025 | 1200 | Alexander Parachini | 2.7 | 3240 |
| 7/8/2025 | 1650 | Danya Perry | 0.4 | 660 |
| 7/9/2025 | 900 | Brittany Hanke | 3.8 | 3420 |
| 7/9/2025 | 1400 | Peter Gwynne | 2.7 | 3780 |
| 7/9/2025 | 1200 | Alexander Parachini | 5.6 | 6720 |
| 7/10/2025 | 900 | Brittany Hanke | 4.1 | 3690 |
| 7/10/2025 | 1200 | Alexander Parachini | 1.9 | 2280 |
| 7/11/2025 | 900 | Brittany Hanke | 3.2 | 2880 |
| 7/11/2025 | 1200 | Alexander Parachini | 5.4 | 6480 |
| 7/12/2025 | 900 | Brittany Hanke | 2.1 | 1890 |
| 7/12/2025 | 1400 | Peter Gwynne | 0.8 | 1120 |
| 7/13/2025 | 1400 | Peter Gwynne | 0.4 | 560 |
| 7/14/2025 | 900 | Brittany Hanke | 6.9 | 6210 |
| 7/14/2025 | 1400 | Peter Gwynne | 2.4 | 3360 |
| 7/14/2025 | 1200 | Alexander Parachini | 2.4 | 2880 |
| 7/15/2025 | 1200 | Alexander Parachini | 2.4 | 2880 |
| 7/16/2025 | 1200 | Alexander Parachini | 2.2 | 2640 |
| 7/17/2025 | 900 | Brittany Hanke | 6.1 | 5490 |
| 7/17/2025 | 1200 | Alexander Parachini | 2.2 | 2640 |
| 7/18/2025 | 1400 | Peter Gwynne | 3.2 | 4480 |
| 7/18/2025 | 1200 | Alexander Parachini | 2.4 | 2880 |
| 7/22/2025 | 900 | Brittany Hanke | 1.7 | 1530 |
| 7/23/2025 | 1200 | Alexander Parachini | 3.7 | 4440 |
| 7/24/2025 | 900 | Brittany Hanke | 0.1 | 90 |
| 7/24/2025 | 1200 | Alexander Parachini | 1.7 | 2040 |
| 7/25/2025 | 900 | Brittany Hanke | 3.7 | 3330 |
| 7/25/2025 | 1400 | Peter Gwynne | 2.4 | 3360 |
| 7/25/2025 | 1200 | Alexander Parachini | 1.7 | 2040 |
| 7/28/2025 | 1400 | Peter Gwynne | 1.2 | 1680 |
| 7/28/2025 | 1200 | Alexander Parachini | 1 | 1200 |

| Date | Rate ($) | User | Adjusted Hours | Adjusted Billable ($) |
|---|---|---|---|---|
| 7/29/2025 | 1200 | Alexander Parachini | 1 | 1200 |
| 7/30/2025 | 1200 | Alexander Parachini | 1.9 | 2280 |
| 8/8/2025 | 1200 | Alexander Parachini | 2.7 | 3240 |
| 8/10/2025 | 1200 | Alexander Parachini | 0.2 | 240 |
| 8/10/2025 | 1400 | Peter Gwynne | 0.2 | 280 |
| 8/11/2025 | 1650 | Danya Perry | 0.3 | 495 |
| 8/11/2025 | 1200 | Alexander Parachini | 3.8 | 4560 |
| 8/12/2025 | 900 | Brittany Hanke | 1.9 | 1710 |
| 8/12/2025 | 1200 | Alexander Parachini | 5.7 | 6840 |
| 8/13/2025 | 1400 | Peter Gwynne | 2.2 | 3080 |
| 8/13/2025 | 900 | Brittany Hanke | 0.9 | 810 |
| 8/13/2025 | 1200 | Alexander Parachini | 6.8 | 8160 |
| 8/14/2025 | 1200 | Alexander Parachini | 6.2 | 7440 |
| 8/15/2025 | 1400 | Peter Gwynne | 7.2 | 10080 |
| 8/15/2025 | 1650 | Danya Perry | 5 | 8250 |
| 8/15/2025 | 1200 | Alexander Parachini | 7.4 | 8880 |
| 8/16/2025 | 1400 | Peter Gwynne | 1 | 1400 |
| 8/16/2025 | 1200 | Alexander Parachini | 3.2 | 3840 |
| 8/17/2025 | 1650 | Danya Perry | 4.5 | 7425 |
| 8/18/2025 | 1200 | Alexander Parachini | 3.2 | 3840 |
| 8/18/2025 | 1650 | Danya Perry | 2.3 | 3795 |
| 8/20/2025 | 1200 | Alexander Parachini | 1.6 | 1920 |
| 8/20/2025 | 1650 | Danya Perry | 2 | 3300 |
| 8/21/2025 | 1400 | Peter Gwynne | 3.3 | 4620 |
| 8/21/2025 | 900 | Brittany Hanke | 3.5 | 3150 |
| 8/21/2025 | 1200 | Alexander Parachini | 5.7 | 6840 |
| 8/21/2025 | 1650 | Danya Perry | 3.5 | 5775 |
| 8/22/2025 | 900 | Brittany Hanke | 1.4 | 1260 |
| 8/22/2025 | 1400 | Peter Gwynne | 1.7 | 2380 |
| 8/22/2025 | 1200 | Alexander Parachini | 5 | 6000 |
| | | | | |
| | | Total: | | 519705 |

| Month | Date | Timekeeper | Hours | Rate | Recoverable Fees |
|---|---|---|---|---|---|
| January 2025 | 01/16/25 | JS2 | 4.23 | $1,465.00 | $6,196.95 |
| January 2025 | 01/16/25 | RR1 | 1.74 | $1,645.00 | $2,862.30 |
| January 2025 | 01/17/25 | ES1 | 1.95 | $1,195.00 | $2,330.25 |
| January 2025 | 01/17/25 | HP | 6.37 | $1,395.00 | $8,886.15 |
| January 2025 | 01/17/25 | JJB | 0.50 | $1,995.00 | $997.50 |
| January 2025 | 01/17/25 | JS2 | 6.50 | $1,465.00 | $9,522.50 |
| January 2025 | 01/17/25 | MBC | 0.55 | $2,410.00 | $1,325.50 |
| January 2025 | 01/17/25 | RR1 | 0.57 | $1,645.00 | $937.65 |
| January 2025 | 01/17/25 | VP | 0.72 | $1,195.00 | $860.40 |
| January 2025 | 01/18/25 | ES1 | 4.80 | $1,195.00 | $5,736.00 |
| January 2025 | 01/18/25 | JS2 | 2.70 | $1,465.00 | $3,955.50 |
| January 2025 | 01/19/25 | ES1 | 5.50 | $1,195.00 | $6,572.50 |
| January 2025 | 01/19/25 | JS2 | 0.70 | $1,465.00 | $1,025.50 |
| January 2025 | 01/19/25 | VP | 2.90 | $1,195.00 | $3,465.50 |
| January 2025 | 01/20/25 | ES1 | 9.70 | $1,195.00 | $11,591.50 |
| January 2025 | 01/20/25 | HP | 9.10 | $1,395.00 | $12,694.50 |
| January 2025 | 01/20/25 | JS2 | 4.12 | $1,465.00 | $6,035.80 |
| January 2025 | 01/20/25 | RR1 | 6.40 | $1,645.00 | $10,528.00 |
| January 2025 | 01/20/25 | VP | 6.80 | $1,195.00 | $8,126.00 |
| January 2025 | 01/21/25 | ES1 | 7.90 | $1,195.00 | $9,440.50 |
| January 2025 | 01/21/25 | HP | 5.14 | $1,395.00 | $7,170.30 |
| January 2025 | 01/21/25 | JJB | 3.10 | $1,995.00 | $6,184.50 |
| January 2025 | 01/21/25 | JS2 | 4.80 | $1,465.00 | $7,032.00 |
| January 2025 | 01/21/25 | MA6 | 0.60 | $595.00 | $357.00 |
| January 2025 | 01/21/25 | RR1 | 3.52 | $1,645.00 | $5,790.40 |
| January 2025 | 01/21/25 | VP | 6.16 | $1,195.00 | $7,361.20 |
| January 2025 | 01/22/25 | ES1 | 1.00 | $1,195.00 | $1,195.00 |
| January 2025 | 01/22/25 | HP | 3.60 | $1,395.00 | $5,022.00 |
| January 2025 | 01/22/25 | JS2 | 2.40 | $1,465.00 | $3,516.00 |
| January 2025 | 01/22/25 | MBC | 1.38 | $2,410.00 | $3,325.80 |
| January 2025 | 01/22/25 | RR1 | 1.68 | $1,645.00 | $2,763.60 |
| January 2025 | 01/22/25 | VP | 5.30 | $1,195.00 | $6,333.50 |
| January 2025 | 01/23/25 | ES1 | 2.76 | $1,195.00 | $3,298.20 |
| January 2025 | 01/23/25 | JJB | 1.05 | $1,995.00 | $2,094.75 |
| January 2025 | 01/23/25 | JS2 | 3.15 | $1,465.00 | $4,614.75 |
| January 2025 | 01/23/25 | RR1 | 0.36 | $1,645.00 | $592.20 |
| January 2025 | 01/23/25 | VP | 0.50 | $1,195.00 | $597.50 |
| January 2025 | 01/24/25 | JS2 | 3.14 | $1,465.00 | $4,600.10 |
| January 2025 | 01/24/25 | MBC | 0.20 | $2,410.00 | $482.00 |
| January 2025 | 01/24/25 | VP | 2.93 | $1,195.00 | $3,501.35 |
| January 2025 | 01/25/25 | JS2 | 2.80 | $1,465.00 | $4,102.00 |
| January 2025 | 01/26/25 | ES1 | 1.32 | $1,195.00 | $1,577.40 |
| January 2025 | 01/26/25 | JS2 | 1.20 | $1,465.00 | $1,758.00 |
| January 2025 | 01/27/25 | EE | 3.10 | $940.00 | $2,914.00 |
| January 2025 | 01/27/25 | ES1 | 9.00 | $1,195.00 | $10,755.00 |
| January 2025 | 01/27/25 | HP | 5.90 | $1,395.00 | $8,230.50 |

| | | | | | |
|---|---|---|---|---:|---:|
| January 2025 | 01/27/25 | JS2 | 2.82 | $1,465.00 | $4,131.30 |
| January 2025 | 01/27/25 | RR1 | 1.61 | $1,645.00 | $2,648.45 |
| January 2025 | 01/27/25 | VP | 7.90 | $1,195.00 | $9,440.50 |
| January 2025 | 01/28/25 | EE | 2.35 | $940.00 | $2,209.00 |
| January 2025 | 01/28/25 | ES1 | 5.20 | $1,195.00 | $6,214.00 |
| January 2025 | 01/28/25 | JJB | 0.90 | $1,995.00 | $1,795.50 |
| January 2025 | 01/28/25 | JS2 | 8.19 | $1,465.00 | $11,998.35 |
| January 2025 | 01/28/25 | RR1 | 1.23 | $1,645.00 | $2,023.35 |
| January 2025 | 01/28/25 | VP | 7.60 | $1,195.00 | $9,082.00 |
| January 2025 | 01/29/25 | EE | 2.60 | $940.00 | $2,444.00 |
| January 2025 | 01/29/25 | ES1 | 2.45 | $1,195.00 | $2,927.75 |
| January 2025 | 01/29/25 | HP | 5.46 | $1,395.00 | $7,616.70 |
| January 2025 | 01/29/25 | JJB | 0.60 | $1,995.00 | $1,197.00 |
| January 2025 | 01/29/25 | JS2 | 8.40 | $1,465.00 | $12,306.00 |
| January 2025 | 01/29/25 | RR1 | 8.80 | $1,645.00 | $14,476.00 |
| January 2025 | 01/29/25 | VP | 3.82 | $1,195.00 | $4,564.90 |
| January 2025 | 01/30/25 | ES1 | 2.60 | $1,195.00 | $3,107.00 |
| January 2025 | 01/30/25 | HP | 5.95 | $1,395.00 | $8,300.25 |
| January 2025 | 01/30/25 | JJB | 2.60 | $1,995.00 | $5,187.00 |
| January 2025 | 01/30/25 | JS2 | 4.32 | $1,465.00 | $6,328.80 |
| January 2025 | 01/30/25 | MBC | 0.28 | $2,410.00 | $674.80 |
| January 2025 | 01/30/25 | RR1 | 5.98 | $1,645.00 | $9,837.10 |
| January 2025 | 01/30/25 | VP | 1.70 | $1,195.00 | $2,031.50 |
| January 2025 | 01/31/25 | EE | 1.98 | $940.00 | $1,861.20 |
| January 2025 | 01/31/25 | ES1 | 8.80 | $1,195.00 | $10,516.00 |
| January 2025 | 01/31/25 | HP | 4.36 | $1,395.00 | $6,082.20 |
| January 2025 | 01/31/25 | JS2 | 3.19 | $1,465.00 | $4,673.35 |
| January 2025 | 01/31/25 | MBC | 0.39 | $2,410.00 | $939.90 |
| January 2025 | 01/31/25 | RR1 | 8.70 | $1,645.00 | $14,311.50 |
| February 2025 | 01/25/25 | ES1 | 1.50 | $1,195.00 | $1,792.50 |
| February 2025 | 02/01/25 | MBC | 0.30 | $2,410.00 | $723.00 |
| February 2025 | 02/01/25 | RR1 | 1.10 | $1,645.00 | $1,809.50 |
| February 2025 | 02/02/25 | EE | 1.35 | $940.00 | $1,269.00 |
| February 2025 | 02/02/25 | ES1 | 1.70 | $1,195.00 | $2,031.50 |
| February 2025 | 02/02/25 | HP | 4.40 | $1,395.00 | $6,138.00 |
| February 2025 | 02/02/25 | JJB | 4.30 | $1,995.00 | $8,578.50 |
| February 2025 | 02/02/25 | JS2 | 3.00 | $1,465.00 | $4,395.00 |
| February 2025 | 02/02/25 | MBC | 2.20 | $2,410.00 | $5,302.00 |
| February 2025 | 02/03/25 | ES1 | 1.20 | $1,195.00 | $1,434.00 |
| February 2025 | 02/03/25 | HP | 4.60 | $1,395.00 | $6,417.00 |
| February 2025 | 02/03/25 | JJB | 1.84 | $1,995.00 | $3,670.80 |
| February 2025 | 02/03/25 | JS2 | 1.12 | $1,465.00 | $1,640.80 |
| February 2025 | 02/03/25 | RR1 | 3.06 | $1,645.00 | $5,033.70 |
| February 2025 | 02/03/25 | VP | 1.38 | $1,195.00 | $1,649.10 |
| February 2025 | 02/04/25 | JJB | 0.96 | $1,995.00 | $1,915.20 |
| February 2025 | 02/04/25 | JS2 | 1.98 | $1,465.00 | $2,900.70 |
| February 2025 | 02/04/25 | MBC | 0.30 | $2,410.00 | $723.00 |

| February 2025 | 02/04/25 | RR1 | 0.66 | $1,645.00 | $1,085.70 |
|---|---|---|---|---|---|
| February 2025 | 02/05/25 | JJB | 0.68 | $1,995.00 | $1,356.60 |
| February 2025 | 02/05/25 | MBC | 1.35 | $2,410.00 | $3,253.50 |
| February 2025 | 02/05/25 | RR1 | 0.32 | $1,645.00 | $526.40 |
| February 2025 | 02/06/25 | EE | 1.30 | $940.00 | $1,222.00 |
| February 2025 | 02/06/25 | ES1 | 5.00 | $1,195.00 | $5,975.00 |
| February 2025 | 02/06/25 | JS2 | 2.00 | $1,465.00 | $2,930.00 |
| February 2025 | 02/06/25 | MBC | 1.04 | $2,410.00 | $2,506.40 |
| February 2025 | 02/06/25 | RR1 | 0.29 | $1,645.00 | $477.05 |
| February 2025 | 02/07/25 | EE | 4.97 | $940.00 | $4,671.80 |
| February 2025 | 02/07/25 | JS2 | 1.62 | $1,465.00 | $2,373.30 |
| February 2025 | 02/07/25 | MBC | 0.59 | $2,410.00 | $1,421.90 |
| February 2025 | 02/07/25 | VP | 1.17 | $1,195.00 | $1,398.15 |
| February 2025 | 02/08/25 | ES1 | 0.30 | $1,195.00 | $358.50 |
| February 2025 | 02/08/25 | HP | 0.77 | $1,395.00 | $1,074.15 |
| February 2025 | 02/08/25 | JS2 | 3.29 | $1,465.00 | $4,819.85 |
| February 2025 | 02/09/25 | HP | 2.00 | $1,395.00 | $2,790.00 |
| February 2025 | 02/09/25 | JS2 | 0.30 | $1,465.00 | $439.50 |
| February 2025 | 02/10/25 | HP | 1.36 | $1,395.00 | $1,897.20 |
| February 2025 | 02/10/25 | JS2 | 3.04 | $1,465.00 | $4,453.60 |
| February 2025 | 02/10/25 | MBC | 0.65 | $2,410.00 | $1,566.50 |
| February 2025 | 02/11/25 | JJB | 1.04 | $1,995.00 | $2,074.80 |
| February 2025 | 02/11/25 | MBC | 0.28 | $2,410.00 | $674.80 |
| February 2025 | 02/12/25 | ES1 | 2.97 | $1,195.00 | $3,549.15 |
| February 2025 | 02/12/25 | JJB | 2.48 | $1,995.00 | $4,947.60 |
| February 2025 | 02/12/25 | JS2 | 1.70 | $1,465.00 | $2,490.50 |
| February 2025 | 02/12/25 | MBC | 0.35 | $2,410.00 | $843.50 |
| February 2025 | 02/12/25 | RR1 | 1.98 | $1,645.00 | $3,257.10 |
| February 2025 | 02/13/25 | AG3 | 2.50 | $940.00 | $2,350.00 |
| February 2025 | 02/13/25 | AL1 | 2.50 | $940.00 | $2,350.00 |
| February 2025 | 02/13/25 | EE | 2.13 | $940.00 | $2,002.20 |
| February 2025 | 02/13/25 | HP | 1.98 | $1,395.00 | $2,762.10 |
| February 2025 | 02/13/25 | JJB | 6.86 | $1,995.00 | $13,685.70 |
| February 2025 | 02/13/25 | JS2 | 2.88 | $1,465.00 | $4,219.20 |
| February 2025 | 02/13/25 | MBC | 0.85 | $2,410.00 | $2,048.50 |
| February 2025 | 02/14/25 | EE | 0.36 | $940.00 | $338.40 |
| February 2025 | 02/14/25 | HP | 1.56 | $1,395.00 | $2,176.20 |
| February 2025 | 02/14/25 | JS2 | 3.30 | $1,465.00 | $4,834.50 |
| February 2025 | 02/14/25 | KS7 | 3.20 | $1,395.00 | $4,464.00 |
| February 2025 | 02/14/25 | MBC | 1.10 | $2,410.00 | $2,651.00 |
| February 2025 | 02/16/25 | HP | 1.90 | $1,395.00 | $2,650.50 |
| February 2025 | 02/16/25 | JJB | 1.10 | $1,995.00 | $2,194.50 |
| February 2025 | 02/16/25 | JS2 | 2.40 | $1,465.00 | $3,516.00 |
| February 2025 | 02/16/25 | MBC | 0.35 | $2,410.00 | $843.50 |
| February 2025 | 02/16/25 | RR1 | 0.66 | $1,645.00 | $1,085.70 |
| February 2025 | 02/17/25 | HP | 0.65 | $1,395.00 | $906.75 |
| February 2025 | 02/17/25 | JS2 | 3.33 | $1,465.00 | $4,878.45 |

| February 2025 | 02/17/25 | KS7 | 0.80 | $1,395.00 | $1,116.00 |
|---|---|---|---|---|---|
| February 2025 | 02/17/25 | MBC | 0.91 | $2,410.00 | $2,193.10 |
| February 2025 | 02/17/25 | RR1 | 6.24 | $1,645.00 | $10,264.80 |
| February 2025 | 02/17/25 | VP | 0.55 | $1,195.00 | $657.25 |
| February 2025 | 02/18/25 | HP | 2.45 | $1,395.00 | $3,417.75 |
| February 2025 | 02/18/25 | JJB | 0.60 | $1,995.00 | $1,197.00 |
| February 2025 | 02/18/25 | JS2 | 2.46 | $1,465.00 | $3,603.90 |
| February 2025 | 02/18/25 | MBC | 0.55 | $2,410.00 | $1,325.50 |
| February 2025 | 02/18/25 | RR1 | 6.90 | $1,645.00 | $11,350.50 |
| February 2025 | 02/19/25 | EE | 8.10 | $940.00 | $7,614.00 |
| February 2025 | 02/19/25 | ES1 | 7.00 | $1,195.00 | $8,365.00 |
| February 2025 | 02/19/25 | HP | 4.70 | $1,395.00 | $6,556.50 |
| February 2025 | 02/19/25 | JJB | 1.16 | $1,995.00 | $2,314.20 |
| February 2025 | 02/19/25 | JS2 | 8.30 | $1,465.00 | $12,159.50 |
| February 2025 | 02/19/25 | MBC | 0.98 | $2,410.00 | $2,361.80 |
| February 2025 | 02/19/25 | RR1 | 6.24 | $1,645.00 | $10,264.80 |
| February 2025 | 02/19/25 | VP | 0.38 | $1,195.00 | $454.10 |
| February 2025 | 02/20/25 | EE | 2.40 | $940.00 | $2,256.00 |
| February 2025 | 02/20/25 | ES1 | 4.60 | $1,195.00 | $5,497.00 |
| February 2025 | 02/20/25 | HP | 11.90 | $1,395.00 | $16,600.50 |
| February 2025 | 02/20/25 | JJB | 1.12 | $1,995.00 | $2,234.40 |
| February 2025 | 02/20/25 | JS2 | 5.60 | $1,465.00 | $8,204.00 |
| February 2025 | 02/20/25 | MBC | 0.70 | $2,410.00 | $1,687.00 |
| February 2025 | 02/20/25 | RR1 | 4.90 | $1,645.00 | $8,060.50 |
| February 2025 | 02/20/25 | VP | 8.30 | $1,195.00 | $9,918.50 |
| February 2025 | 02/21/25 | EE | 0.10 | $940.00 | $94.00 |
| February 2025 | 02/21/25 | ES1 | 1.90 | $1,195.00 | $2,270.50 |
| February 2025 | 02/21/25 | HP | 3.90 | $1,395.00 | $5,440.50 |
| February 2025 | 02/21/25 | JS2 | 1.92 | $1,465.00 | $2,812.80 |
| February 2025 | 02/21/25 | MBC | 0.45 | $2,410.00 | $1,084.50 |
| February 2025 | 02/21/25 | RR1 | 3.60 | $1,645.00 | $5,922.00 |
| February 2025 | 02/21/25 | VP | 0.42 | $1,195.00 | $501.90 |
| February 2025 | 02/22/25 | JS2 | 2.60 | $1,465.00 | $3,809.00 |
| February 2025 | 02/22/25 | MBC | 0.30 | $2,410.00 | $723.00 |
| February 2025 | 02/22/25 | RR1 | 0.30 | $1,645.00 | $493.50 |
| February 2025 | 02/23/25 | JS2 | 1.10 | $1,465.00 | $1,611.50 |
| February 2025 | 02/24/25 | ES1 | 3.20 | $1,195.00 | $3,824.00 |
| February 2025 | 02/24/25 | HP | 0.40 | $1,395.00 | $558.00 |
| February 2025 | 02/24/25 | JJB | 0.77 | $1,995.00 | $1,536.15 |
| February 2025 | 02/24/25 | JS2 | 6.50 | $1,465.00 | $9,522.50 |
| February 2025 | 02/24/25 | MBC | 1.20 | $2,410.00 | $2,892.00 |
| February 2025 | 02/24/25 | RR1 | 3.66 | $1,645.00 | $6,020.70 |
| February 2025 | 02/24/25 | VP | 1.10 | $1,195.00 | $1,314.50 |
| February 2025 | 02/25/25 | JJB | 1.84 | $1,995.00 | $3,670.80 |
| February 2025 | 02/25/25 | JS2 | 0.60 | $1,465.00 | $879.00 |
| February 2025 | 02/25/25 | MBC | 0.28 | $2,410.00 | $674.80 |
| February 2025 | 02/25/25 | RR1 | 2.58 | $1,645.00 | $4,244.10 |

| | | | | | |
|---|---|---|---|---:|---:|
| February 2025 | 02/25/25 | VP | 3.65 | $1,195.00 | $4,361.75 |
| February 2025 | 02/26/25 | ES1 | 4.92 | $1,195.00 | $5,879.40 |
| February 2025 | 02/26/25 | HP | 1.20 | $1,395.00 | $1,674.00 |
| February 2025 | 02/26/25 | JS2 | 1.12 | $1,465.00 | $1,640.80 |
| February 2025 | 02/26/25 | RR1 | 1.90 | $1,645.00 | $3,125.50 |
| February 2025 | 02/26/25 | VP | 0.50 | $1,195.00 | $597.50 |
| February 2025 | 02/27/25 | HP | 2.06 | $1,395.00 | $2,873.70 |
| February 2025 | 02/27/25 | JS2 | 0.20 | $1,465.00 | $293.00 |
| February 2025 | 02/27/25 | MBC | 0.24 | $2,410.00 | $578.40 |
| February 2025 | 02/27/25 | RR1 | 2.88 | $1,645.00 | $4,737.60 |
| February 2025 | 02/27/25 | VP | 2.13 | $1,195.00 | $2,545.35 |
| February 2025 | 02/28/25 | JJB | 0.18 | $1,995.00 | $359.10 |
| March 2025 | 03/01/25 | EE | 1.15 | $940.00 | $1,081.00 |
| March 2025 | 03/01/25 | HP | 2.10 | $1,395.00 | $2,929.50 |
| March 2025 | 03/01/25 | JJB | 2.80 | $1,995.00 | $5,586.00 |
| March 2025 | 03/01/25 | JS2 | 0.50 | $1,465.00 | $732.50 |
| March 2025 | 03/01/25 | MBC | 1.20 | $2,410.00 | $2,892.00 |
| March 2025 | 03/01/25 | RR1 | 0.77 | $1,645.00 | $1,266.65 |
| March 2025 | 03/01/25 | VP | 0.90 | $1,195.00 | $1,075.50 |
| March 2025 | 03/02/25 | HP | 1.37 | $1,395.00 | $1,911.15 |
| March 2025 | 03/02/25 | JJB | 1.75 | $1,995.00 | $3,491.25 |
| March 2025 | 03/02/25 | MBC | 0.30 | $2,410.00 | $723.00 |
| March 2025 | 03/02/25 | RR1 | 1.03 | $1,645.00 | $1,694.35 |
| March 2025 | 03/03/25 | ES1 | 3.41 | $1,195.00 | $4,074.95 |
| March 2025 | 03/03/25 | HP | 7.35 | $1,395.00 | $10,253.25 |
| March 2025 | 03/03/25 | JC3 | 1.50 | $620.00 | $930.00 |
| March 2025 | 03/03/25 | JJB | 2.78 | $1,995.00 | $5,546.10 |
| March 2025 | 03/03/25 | NL5 | 0.60 | $595.00 | $357.00 |
| March 2025 | 03/03/25 | RR1 | 7.57 | $1,645.00 | $12,452.65 |
| May 2025 | 05/05/25 | JJB | 0.84 | $1,995.00 | $1,675.80 |
| May 2025 | 05/05/25 | VP | 0.38 | $1,195.00 | $454.10 |
| June 2025 | 06/23/25 | VP | 0.98 | $1,195.00 | $1,171.10 |
| June 2025 | 06/24/25 | VP | 1.96 | $1,195.00 | $2,342.20 |
| June 2025 | 06/25/25 | VP | 0.23 | $1,195.00 | $274.85 |
| June 2025 | 06/26/25 | JJB | 1.50 | $1,995.00 | $2,992.50 |
| June 2025 | 06/27/25 | JJB | 0.62 | $1,995.00 | $1,236.90 |
| June 2025 | 06/27/25 | VP | 1.96 | $1,195.00 | $2,342.20 |
| June 2025 | 06/30/25 | VP | 5.40 | $1,195.00 | $6,453.00 |
| July 2025 | 07/01/25 | JJB | 0.67 | $1,995.00 | $1,336.65 |
| July 2025 | 07/01/25 | VP | 2.05 | $1,195.00 | $2,449.75 |
| July 2025 | 07/02/25 | JJB | 2.13 | $1,995.00 | $4,249.35 |
| July 2025 | 07/02/25 | JS2 | 3.12 | $1,465.00 | $4,570.80 |
| July 2025 | 07/02/25 | VP | 3.81 | $1,195.00 | $4,552.95 |
| July 2025 | 07/03/25 | JJB | 0.50 | $1,995.00 | $997.50 |
| July 2025 | 07/03/25 | MBC | 0.25 | $2,410.00 | $602.50 |
| July 2025 | 07/04/25 | HP | 2.25 | $1,395.00 | $3,138.75 |
| July 2025 | 07/06/25 | JS2 | 1.10 | $1,465.00 | $1,611.50 |

| | | | | | |
|---|---|---|---|---|---|
| July 2025 | 07/07/25 | JJB | 0.49 | $1,995.00 | $977.55 |
| July 2025 | 07/08/25 | JJB | 0.76 | $1,995.00 | $1,516.20 |
| August 2025 | 08/08/25 | JJB | 0.66 | $1,995.00 | $1,316.70 |
| August 2025 | 08/11/25 | EE | 0.45 | $940.00 | $423.00 |
| August 2025 | 08/11/25 | RR1 | 0.73 | $1,645.00 | $1,200.85 |
| August 2025 | 08/11/25 | VP | 0.18 | $1,195.00 | $215.10 |
| August 2025 | 08/13/25 | EE | 3.70 | $940.00 | $3,478.00 |
| August 2025 | 08/13/25 | JJB | 1.10 | $1,995.00 | $2,194.50 |
| August 2025 | 08/18/25 | EE | 1.17 | $940.00 | $1,099.80 |
| August 2025 | 08/18/25 | ES1 | 1.90 | $1,195.00 | $2,270.50 |
| August 2025 | 08/18/25 | HP | 3.80 | $1,395.00 | $5,301.00 |
| August 2025 | 08/18/25 | JJB | 0.78 | $1,995.00 | $1,556.10 |
| August 2025 | 08/18/25 | JS2 | 8.30 | $1,465.00 | $12,159.50 |
| August 2025 | 08/18/25 | RR1 | 4.20 | $1,645.00 | $6,909.00 |
| August 2025 | 08/19/25 | EE | 1.50 | $940.00 | $1,410.00 |
| August 2025 | 08/19/25 | HP | 3.45 | $1,395.00 | $4,812.75 |
| August 2025 | 08/19/25 | JJB | 0.80 | $1,995.00 | $1,596.00 |
| August 2025 | 08/19/25 | JS2 | 4.64 | $1,465.00 | $6,797.60 |
| August 2025 | 08/19/25 | MBC | 2.20 | $2,410.00 | $5,302.00 |
| August 2025 | 08/19/25 | RR1 | 5.55 | $1,645.00 | $9,129.75 |
| August 2025 | 08/20/25 | EE | 5.80 | $940.00 | $5,452.00 |
| August 2025 | 08/20/25 | ES1 | 0.90 | $1,195.00 | $1,075.50 |
| August 2025 | 08/20/25 | HP | 5.20 | $1,395.00 | $7,254.00 |
| August 2025 | 08/20/25 | JJB | 1.96 | $1,995.00 | $3,910.20 |
| August 2025 | 08/20/25 | JS2 | 1.30 | $1,465.00 | $1,904.50 |
| August 2025 | 08/20/25 | MBC | 5.80 | $2,410.00 | $13,978.00 |
| August 2025 | 08/20/25 | RR1 | 7.44 | $1,645.00 | $12,238.80 |
| August 2025 | 08/21/25 | EE | 2.50 | $940.00 | $2,350.00 |
| August 2025 | 08/21/25 | ES1 | 0.10 | $1,195.00 | $119.50 |
| August 2025 | 08/21/25 | HP | 9.10 | $1,395.00 | $12,694.50 |
| August 2025 | 08/21/25 | HP | 1.80 | $1,395.00 | $2,511.00 |
| August 2025 | 08/21/25 | JJB | 3.80 | $1,995.00 | $7,581.00 |
| August 2025 | 08/21/25 | JS2 | 8.00 | $1,465.00 | $11,720.00 |
| August 2025 | 08/21/25 | MBC | 2.22 | $2,410.00 | $5,350.20 |
| August 2025 | 08/21/25 | MS11 | 3.50 | $595.00 | $2,082.50 |
| August 2025 | 08/21/25 | RR1 | 6.80 | $1,645.00 | $11,186.00 |
| August 2025 | 08/21/25 | VP | 5.10 | $1,195.00 | $6,094.50 |
| August 2025 | 08/22/25 | EB4 | 3.70 | $1,195.00 | $4,421.50 |
| August 2025 | 08/22/25 | EE | 0.30 | $940.00 | $282.00 |
| August 2025 | 08/22/25 | HP | 3.75 | $1,395.00 | $5,231.25 |
| August 2025 | 08/22/25 | JJB | 1.90 | $1,995.00 | $3,790.50 |
| August 2025 | 08/22/25 | JS2 | 4.42 | $1,465.00 | $6,475.30 |
| August 2025 | 08/22/25 | MBC | 1.26 | $2,410.00 | $3,036.60 |
| August 2025 | 08/22/25 | MS11 | 0.80 | $595.00 | $476.00 |
| August 2025 | 08/22/25 | RA5 | 0.50 | $620.00 | $310.00 |
| August 2025 | 08/22/25 | RR1 | 1.89 | $1,645.00 | $3,109.05 |
| August 2025 | 08/22/25 | VP | 1.86 | $1,195.00 | $2,222.70 |

| TOTAL | | | 762.45 | | $1,103,211.70 |
|---|---|---|---|---|---|