# Exhibit 5

## Attorney Detail Report

*as of 06/18/2026*

**Registration Number:** 5596713

**Name:** DAVID RUSSELL

**Business Name:** JONATHAN D. DAVIS, P.C.

**Business Address:** 1 ROCKEFELLER PLZ RM 1712
NEW YORK, NY 10020-2043
(New York County)

**Business Phone:** (212) 687-5464

**Email:** dcr@jddavispc.com

**Date Admitted:** 05/14/2018

**Appellate Division Department of Admission:** 1st

**Law School:** Cornell Law School

**Registration Status:** Currently registered

**Next Registration:** Apr 2028

## Attorney Detail Report

*as of 06/18/2026*

**Registration Number:** 5656046

**Name:** JACQUELINE STYKES

**Business Name:** QUINN EMANUEL URQUHART & SULLIVAN, LLP

**Business Address:** 295 5TH AVE
NEW YORK, NY 10016-7103
(New York County)

**Business Phone:** (212) 849-7000

**Email:** jstykes@gmail.com

**Date Admitted:** 02/27/2019

**Appellate Division Department of Admission:** 2nd

**Law School:** Columbia Law School

**Registration Status:** Currently registered

**Next Registration:** Jan 2027

## Attorney Detail Report

*as of 06/18/2026*

**Registration Number:** 6028302

**Name:** HIMANSHU KALPESH PATEL

**Business Name:** QUINN EMANUEL URQUHART & SULLIVAN LLP

**Business Address:** 295 5TH AVE
NEW YORK, NY 10016-7103
(New York County)

**Business Phone:** (908) 922-6788

**Email:** himanshupatel@quinnemanuel.com

**Date Admitted:** 04/11/2023

**Appellate Division Department of Admission:** 3rd

**Law School:** Cornell Law School

**Registration Status:** Currently registered

**Next Registration:** Mar 2027

| Name | Status | Malpractice Insurance ⓘ | Location | Public Discipline |
| --- | --- | --- | --- | --- |
| Kelsey Theresa Sullivan<br>(617) 712-7133 | Active | Yes | Boston | None |

**Quinn Emanuel Urquhart & Sullivan**

111 Huntington Ave

Boston, Massachusetts 02199

Covered

**Admitted to the Mass. Bar**

Jan 14, 2021

**Board of Bar Overseers Number**

707780

## Attorney Detail Report

*as of 06/18/2026*

**Registration Number:** 5995907

**Name:** VINCENT ROSARIO PARASCANDOLO

**Business Name:** QUINN EMANUEL URQUHART & SULLIVAN, LLP

**Business Address:** 295 5TH AVE
NEW YORK, NY 10016-7103
(New York County)

**Business Phone:** (212) 849-7472

**Email:** vincentparascandolo@quinnemanuel.com

**Date Admitted:** 06/14/2023

**Appellate Division Department of Admission:** 2nd

**Law School:** Harvard Law School

**Registration Status:** Currently registered

**Next Registration:** Feb 2027

## Attorney Detail Report

*as of 06/18/2026*

**Registration Number:** 6111413

**Name:** EMERY BLYTHE STATON

**Business Name:** QUINN EMANUEL URQUHART & SULLIVAN LLP

**Business Address:** 295 5TH AVE
NEW YORK, NY 10016-7103
(New York County)

**Business Phone:** (816) 849-7607

**Email:** emerystaton@quinnemanuel.com

**Date Admitted:** 04/15/2024

**Appellate Division Department of Admission:** 1st

**Law School:** Cornell Law School

**Registration Status:** Currently registered

**Next Registration:** Nov 2026

## Attorney Detail Report

*as of 06/18/2026*

**Registration Number:** 6140164

**Name:** BRITTANY LYNN GARCIA

**Business Name:** DANYA PERRY LAW

**Business Address:** 445 PARK AVE FL 7
NEW YORK, NY 10022-2629
(New York County)

**Business Phone:** (913) 669-2936

**Email:** bgarcia@danyaperrylaw.com

**Date Admitted:** 05/22/2024

**Appellate Division Department of Admission:** 3rd

**Law School:** Harvard Law School

**Registration Status:** Due to reregister within 30 days of birthday

**Next Registration:** Aug 2026

## Attorney Detail Report

*as of 06/18/2026*

**Registration Number:** 6094163

**Name:** ELIZABETH SUSAN BISHOP

**Business Name:** QUINN EMANUEL

**Business Address:** 295 5TH AVE
NEW YORK, NY 10016-7103
(New York County)

**Business Phone:** (212) 849-7612

**Email:** elizabethbishop@quinnemanuel.com

**Date Admitted:** 01/29/2024

**Appellate Division Department of Admission:** 1st

**Law School:** Harvard Law School

**Registration Status:** Currently registered

**Next Registration:** May 2028

## Attorney Detail Report

*as of 06/18/2026*

**Registration Number:** 6179774

**Name:** EMILY MORGAN ERICKSON

**Business Name:** QUINN EMANUEL URQUHART & SULLIVAN LLP

**Business Address:** 295 5TH AVE FL 9
NEW YORK, NY 10016-7138
(New York County)

**Business Phone:** (212) 849-7588

**Email:** EMILYMERICKSON2@GMAIL.COM

**Date Admitted:** 11/27/2024

**Appellate Division Department of Admission:** 2nd

**Law School:** Columbia Law School

**Registration Status:** Currently registered

**Next Registration:** May 2028

## Attorney Detail Report

*as of 06/18/2026*

**Registration Number:** 6180541

**Name:** ABIGAIL MARIE GRAEGIN

**Business Name:** QUINN EMANUEL URQUHART & SULLIVAN

**Business Address:** 295 5TH AVE
NEW YORK, NY 10016-7103
(New York County)

**Business Phone:** (212) 849-7197

**Email:** GRAEGINABBY@GMAIL.COM

**Date Admitted:** 12/09/2024

**Appellate Division Department of Admission:** 1st

**Law School:** Columbia Law School

**Registration Status:** Currently registered

**Next Registration:** Jan 2028

## Attorney Detail Report

*as of 06/18/2026*

**Registration Number:** 6182158

**Name:** ALEXANDRA MAY LEFKOWITZ

**Business Name:** QUINN EMANUEL URQUHART AND SULLIVAN

**Business Address:** 295 5TH AVE
NEW YORK, NY 10016-7103
(New York County)

**Business Phone:** (212) 849-7000 ext. 7599

**Email:** alexlefkowitz@quinnemanuel.com

**Date Admitted:** 11/18/2024

**Appellate Division Department of Admission:** 1st

**Law School:** Cornell Law School

**Registration Status:** Currently registered

**Next Registration:** May 2028