The Wayback Machine - https://web.archive.org/web/20010517211946/http://www.alexandriaradiology.com:80/

