The Wayback Machine - https://web.archive.org/web/20030324150207/http://alexandriaradiology.com:80/

INFORMATION   RADIOLOGISTS   SITES   SERVICES   BILLING   PATIENT SURVEY   EMPLOYMENT   USEFUL LINKS



*bringing the human touch to radiology*



 The Association of Alexandria Radiologists, PC provides patients with sophisticated, safe, and friendly diagnostic and therapeutic radiology services, such as MRI, CT, ultrasound, angiography, interventional, mammography , and much more. Phone: (703) 751-7200, email: info@alexandriaradiology.com

Copyright © 2002-2003, Association of Alexandria Radiologists, PC All rights reserved.

Branding & web design by