UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JANE DOE,

               Plaintiff,                         23-CV-6418 (JGLC)

      v.                              **MOTION FOR**
                                      **<u>RECONSIDERATION</u>**

LEON BLACK,

               Defendants.

-----------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Non-Parties Wigdor LLP and Jeanne M. Christensen's Motion for Reconsideration, Non-Parties Wigdor LLP and Jeanne M. Christensen, by and through their attorneys, the Law Offices of Michael S. Ross, will move this Court before the Honorable Jessica G. L. Clarke, United States District Judge, at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on a date and time to be set by the Court, for an Order pursuant to Local Civil Rule 6.3 granting reconsideration of the portions of the Court's April 23, 2026 Opinion and Order (ECF No. 388) imposing Rule 11 and inherent power sanctions against Wigdor LLP and Jeanne M. Christensen, and vacating: (i) the finding that Ms. Christensen misrepresented Ms. Doe's testimony about Epstein's purported paternity; (ii) the finding that Ms. Christensen misrepresented the procedures of the July 8, 2024 hearing and Judge Rakoff's questioning at that hearing; (iii) the finding that Ms. Christensen misrepresented the reasons for amending the Complaint; and (iv) the sanctions imposed on Ms. Christensen and Wigdor LLP that rest on those findings; and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Non-Parties Wigdor LLP and Jeanne M. Christensen shall rely upon the accompanying Memorandum of Law in Support of Non-Parties Wigdor LLP and Jeanne M. Christensen's Motion for Reconsideration, the record in this action, and such other papers and argument as the Court may permit.

Dated: May 6, 2026
    New York, New York

Respectfully submitted,


By:  /s/Michael S. Ross
     Michael S. Ross

     /s/Eugene Gormakh
     Eugene Gormakh

     Law Offices Of Michael S. Ross
     One Grand Central Place
     60 East 42nd Street
     Forty-Seventh Floor
     New York, New York 10165
     Tel. (212) 505-4060
     michaelross@rosslaw.org
     eugenegormakh@rosslaw.org

     *Counsel to Non-Parties Wigdor LLP*
     *and Jeanne M. Christensen*