UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

-against-

LEON BLACK,

Defendant.

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In its April 23, 2026 Opinion and Order, the Court unsealed all filings connected with Defendant's Motion for Case-Terminating Sanctions, together with various other sealed filings on the docket. ECF No. 288 at 72–74. To effect that order, Wigdor LLP ("Wigdor") was directed to publicly file redacted versions of the sealed filings at issue by May 21, 2026. *Id.* at 75. However, due to Plaintiff's interlocutory appeal and petition for an emergency stay of the Court's unsealing orders, the Second Circuit granted an administrative stay of the unsealing orders. *See* ECF Nos. 416, 419, 428. On July 28, 2026, the Second Circuit denied Plaintiff's motion to stay. ECF No. 463. Accordingly, by **September 1, 2026**, Wigdor is directed to publicly file the documents specified in the Court's April 23, 2026 Opinion and Order with the appropriate redactions.

Dated: August 24, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge