PERRY LAW

E. DANYA PERRY
Founding Partner
212-840-7939 PHONE
dperry@danyaperrylaw.com EMAIL

August 26, 2026

**VIA ECF**

Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150
Email: ClarkeNYSDChambers@nysd.uscourts.gov

MEMO ENDORSED

**Re: *Jane Doe* v. *Leon Black*, 1:23-cv-06418-JGLC – Joint Request for Extension of Deadline to File Unsealed Documents**

Dear Judge Clarke:

We represent Defendant Leon Black in this matter. We write to request, jointly with Plaintiff Jane Doe, a 45-day extension of the deadline (*see* ECF Doc. No. 459) for Wigdor to publicly file redacted versions of the sealed documents identified in Your Honor's Opinion and Order on Defendant's Motion for Sanctions (ECF Doc. No. 388) (the "Sanctions Decision"). As required by Individual Rule 2(e), we state that:

1) The original deadline for Wigdor to publicly file redacted versions of the documents ordered unsealed is Tuesday, September 1, 2026 (ECF Doc. No. 459), and the requested new deadline is Friday, October 16, 2026;

2) There have been no previous requests for adjournment or extension of this deadline;

3) The proposed extension is necessary for several reasons. The Sanctions Decision provides that "the *parties* shall redact" certain categories of information from the previously sealed documents. Sanctions Decision at 74-75 (emphasis added). Following the Second Circuit's denial of Plaintiff's motion for a stay pending her appeal of the unsealing portion of the Sanctions Decision, the parties—Mr. Black and Plaintiff—conferred and agreed on a process for (i) reviewing the approximately 250 previously sealed documents, (ii) identifying information subject to redaction pursuant to the Sanctions Decision, including information that could reveal Plaintiff's identity, (iii) reviewing the other party's proposed redactions, and (iv) resolving any disputes about proposed redactions. The parties have been working in good faith under this agreement to prepare the redacted documents for Wigdor to file but will not, under the current schedule, be finished with the process by the current deadline—particularly in light of Wigdor's request that the parties deliver the redacted documents two days before the deadline to give it sufficient lead time to coordinate the filing of such a substantial number of documents. An additional 45 days will give the parties sufficient time to complete their review of the documents at issue, review the other party's proposed redactions,

resolve any disputes without involving the Court, and deliver the redacted documents to Wigdor with sufficient lead time as requested;

4) Plaintiff consents to the requested extension and joins in this request; and

5) The parties do not have any upcoming appearances scheduled.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ E. Danya Perry*

Application GRANTED. The deadline to file redacted versions of the relevant unsealed documents is HEREBY EXTENDED to October 16, 2026. The Clerk of Court is directed to terminate ECF No. 470.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge
Dated: August 26, 2026
White Plains, New York