WIGDOR.

**Michael J. Willemin**
mwillemin@wigdorlaw.com

September 4, 2026

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *Doe v. Black,* Case No. 1:23-cv-06418-JGLC

Dear Judge Clarke:

We write as a follow up to Wigdor LLP's ("Wigdor") August 7, 2026 letter, Dkt. 467 (the "Supplemental Letter"), which was submitted in furtherance of Wigdor's opposition to Defendant Leon Black's application for attorneys' fees. Dkt. No. 456 ("Opposition"); Dkt. No. 440 ("Application").

The Supplemental Letter explained that Defendant Black has repeatedly defied the House Oversight Committee's (the "Committee") requests and subpoenas for non-disclosure agreements ("NDAs") and testimony. See Dkt. No. 467. The requests were made in connection with the Committee's investigation into, *inter alia*, sex trafficking and Black's ties to Jeffrey Epstein (about which he has repeatedly lied, including to this Court, see Dkt. No. 456 at 26-27). As explained in the Supplemental Letter, Black's refusal to comply lends credibility to Wigdor's Opposition, particularly Wigdor's argument that reimbursing Black for legal fees would be inequitable and would not accomplish the goal of the sanction at issue. See Dkt. 467. On September 3, 2026, Defendant Black took his defiance and abuse of the judicial process to the next level by refusing to sit for his duly noticed deposition and filing a lawsuit challenging the Committee's subpoenas. See Black v. House Committee on Oversight and Reform et al., No. 26 Civ. 03084, at Dkt. No. 1 (D.D.C. Sept. 3, 2026). Of note is that Black refuses to comply with either the document or deposition subpoena even while seemingly admitting that he had entered into NDAs with multiple "women." See id. at 4.

WIGDOR.



We respectfully submit that this most recent escalation even further supports Wigdor's position that justice would not be served by awarding Black fees in connection with his Application in this case, and that, if any award is made at all, it should be to the Court or a *pro bono* legal service.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin