quinn emanuel trial lawyers | new york
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7318**

WRITER'S EMAIL ADDRESS
**ryanrakower@quinnemanuel.com**

October 5, 2026

The Honorable Jessica G. L. Clarke
United States District Judge
Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *Jane Doe v. Leon Black*, 1:23-cv-06418-JGLC

Dear Judge Clarke:

We write on behalf of Defendant Leon Black in the above referenced action to provide notice pursuant to Rule 1.12(d)(4) of the New York Rules of Professional Conduct.

Katarina Krasulova has joined the New York office of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") after serving as a law clerk for the Hon. Jed S. Rakoff in the Southern District of New York. Ms. Krasulova reports that she worked personally and substantially on matters related to the above referenced matter during her clerkship (the "Screened Matter").

We submit this letter on behalf of Quinn Emanuel to provide notice that Quinn Emanuel has screened Ms. Krasulova from any participation in the Screened Matter.

To ensure that any confidential information relating to the Screened Matter to which Ms. Krasulova may have been exposed will not be disclosed to anyone within Quinn Emanuel, we have imposed the following conditions on Ms. Krasulova's employment with Quinn Emanuel:

(1) Quinn Emanuel will not utilize Ms. Krasulova in any manner in connection with the Screened Matter;

(2) Quinn Emanuel will not provide Ms. Krasulova with any information pertaining to the Screened Matter, and has instructed both Ms. Krasulova and relevant file keepers that Ms. Krasulova is not to have access to any files, including electronic files, related to the Screened Matter;

(3) Quinn Emanuel will not ask, directly or indirectly, for any information from Ms. Krasulova pertaining to the Screened Matter, and Quinn Emanuel has instructed its personnel working on the Screened Matter not to discuss with Ms. Krasulova any work that she performed in connection with the Screened Matter;

(4) Quinn Emanuel has directed Ms. Krasulova to refrain from providing any information pertaining to the Screened Matter to any Quinn Emanuel personnel, and Quinn Emanuel will not accept any such information from Ms. Krasulova;

(5) Ms. Krasulova has been instructed not to bring any documents or other materials to Quinn Emanuel containing any confidential information relating to the Screened Matter; and

(6) Ms. Krasulova will not be apportioned any part of the fee generated from the Screened Matter, but may receive her regular salary as established by prior independent agreement.

We have implemented the above screening procedures to protect any confidential information relating to the Screened Matter to which Ms. Krasulova may have had access. If Your Honor has questions regarding this matter, counsel are available at the Court's convenience.

Respectfully Submitted,

*/s/ Ryan Rakower*

Ryan Rakower