quinn emanuel trial lawyers | new york
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7150**

WRITER'S EMAIL ADDRESS
**michaelcarlinsky@quinnemanuel.com**

October 14, 2026

The Honorable Jessica G. L. Clarke
United States District Judge
Federal Building and United States Courthouse
Courtroom 320
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Jane Doe v. Leon Black*, 1:23-cv-06418-JGLC

Dear Judge Clarke:

We write on behalf of defendant Leon D. Black in response to Jane Doe's letter dated October 12, 2026 requesting dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Mr. Black does not oppose Ms. Doe's request to dismiss the lawsuit "with prejudice"—which has been made voluntarily by Ms. Doe without any settlement, compromise, or inducement by Mr. Black—and that dismissal will constitute "a final adjudication on the merits." *Chase Manhattan Bank, N.A. v. Celotex Corp.*, 56 F.3d 343, 345 (2d Cir. 1995); *see also Dash v. Bank of Am. Corp.*, 2019 WL 1780140, at *7 (S.D.N.Y. Apr. 23, 2019) ("[A] discontinuance with prejudice serves as a final adjudication on the merits.").

The dismissal should not affect Mr. Black's motion for attorneys' fees against Wigdor LLP, which remains pending. ECF No. 440. Mr. Black also does not oppose Ms. Doe's requests to maintain her anonymity and maintain the current sealed status of the relevant docket entries.

Respectfully submitted,

*/s/ Michael Carlinsky*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Michael B. Carlinsky
295 5th Avenue
New York, New York 10016
(212) 849-7000
michaelcarlinsky@quinnemanuel.com

Susan Estrich
ESTRICH GOLDIN LLP
947 Berkeley St.
Santa Monica, CA 90403
(213) 399-2132
susan@estrichgoldin.com

E. Danya Perry
PERRY LAW
445 Park Avenue, 7th Floor
New York, New York 10022
(646) 357-9952
dperry@danyaperrylaw.com