UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

-against-

LEON BLACK,

Defendant.

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On October 12, 2026, Plaintiff Jane Doe informed the Court by letter motion that she no longer wishes to proceed in this action and asks for all claims against Defendant Leon Black be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 481. On October 14, Defendant Leon Black informed the Court that he does not oppose Plaintiff's requested relief. ECF No. 483. The Court accordingly GRANTS Plaintiff's letter motion and DISMISSES this action WITH PREJUDICE. The parties need not confer as ordered by this Court on October 14. ECF No. 484. The dismissal of this action does not affect the pending fees motion, ECF No. 440, which the Court will separately resolve.

Dated: October 15, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge