WIGDOR.

**Michael J. Willemin**
mwillemin@wigdorlaw.com

October 15, 2026

**VIA ECF**

The Hon. Jessica G. L. Clarke
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *Doe v. Black*, Case No. 1:23-cv-06418-JGLC

Dear Judge Clarke:

We write in connection with Defendant's argument, contained in his October 14, 2026 letter, that the dismissal of this action with prejudice "should not affect [Defendant's] motion for attorneys' fees against Wigdor LLP." ECF No. 483 at 1. We disagree with this argument, and respectfully request permission to explain our position in a short letter.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin

cc: All counsel of record (*via* ECF)