WIGDOR.

**Meredith A. Firetog**
mfiretog@wigdorlaw.com

November 6, 2026

**VIA ECF**

The Hon. Jessica G. L. Clarke
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *Doe v. Black*, Case No. 1:23-cv-06418-JGLC

Dear Judge Clarke:

On October 14, 2026, the Court extended the deadline for Wigdor LLP ("Wigdor") to file redacted versions of previously sealed documents to November 6, 2026. ECF No. 482 at 4. On November 4, 2026, the undersigned wrote to Jane Doe and counsel for Leon Black requesting the Parties' proposed redactions by end of day on November 5, 2026 in order to allow Wigdor sufficient time to prepare the documents for filing. Ex. A; *see also* ECF No. 471. The next day, Ms. Doe responded by stating, among other things, that she understood the dismissal of this matter to have relieved her of any obligation to prepare redactions to the documents the Court ordered unsealed. Ex. A. Counsel for Black did not respond.

As of the filing of this letter, the Parties have not sent Wigdor any proposed redactions. Wigdor therefore cannot comply with the Court's directive, and respectfully requests clarification on how to proceed.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Meredith A. Firetog

cc: All counsel of record (*via* ECF)