UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

-against-

LEON BLACK,

Defendant.

23-CV-6418 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On April 23, 2026, this Court directed Wigdor LLP to file unsealed versions of certain documents with specified redactions. ECF No. 388. The Court has already provided Wigdor with information about which documents to refile unsealed, and what information to redact. *Id.* at 74–75. The parties' participation, although desirable, is not necessary for Wigdor to comply with this Court's Order, which was directed to Wigdor. Wigdor SHALL file the specified documents unsealed and redacted in accordance with this Court's April 23 Order no later than **November 18, 2026.** The Clerk of Court is respectfully directed to mail a copy of this order to any self-represented party who has not consented to e-service or e-filing.

Dated: November 10, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge