WIGDOR.

MEMO ENDORSED

**Michael J. Willemin**
mwillemin@wigdorlaw.com

November 11, 2026

**VIA ECF**

The Hon. Jessica G. L. Clarke
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *Doe v. Black*, Case No. 1:23-cv-06418-JGLC

Dear Judge Clarke:

We write in connection with our October 15, 2026 request for permission to submit a brief response to Defendant's argument, contained in his October 14, 2026 letter, that the dismissal of this action with prejudice "should not affect [Defendant's] motion for attorneys' fees against Wigdor LLP" (the "October 15 Request"). See Dkt. Nos. 483 at 1, 486. Specifically, we respectfully request that the Court rule on the October 15 Request. We would not normally submit a letter of this nature, but we are concerned that the October 15, 2026 request may have been overlooked because, on the following day, we filed a separate letter in this action (Dkt. No. 487) that was subsequently removed from the docket because it pertained to another matter (see Dkt. Text, October 16, 2026).

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin

cc: All counsel of record (*via* ECF)

Application GRANTED. Wigdor may file one brief, subject to the word limits and other requirements of the Local Rules, by **November 30, 2026**. Any response must be filed by **December 7, 2026**. No reply may be filed absent leave of the Court. The Clerk of Court is directed to mail a copy of this order to any party that has not consented to e-service or e-filing. SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: November 13, 2026
White Plains, New York