MEMO ENDORSED

WIGDOR.

**Meredith A. Firetog**
mfiretog@wigdorlaw.com

November 12, 2026

**VIA ECF**

The Hon. Jessica G. L. Clarke
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *Doe v. Black*, Case No. 1:23-cv-06418-JGLC

Dear Judge Clarke:

We write in connection with the November 10, 2026 Order (ECF 491, the "Order") directing Wigdor LLP ("Wigdor") to file the unsealed and redacted versions of documents in accordance with Your Honor's April 23 order by November 18, 2026. We respectfully request an extension to December 18, 2026, to provide Wigdor with sufficient time to review, redact, and refile the documents at issue. By our initial estimation, the documents in question amount to nearly 200 docket entries, and comprise more than 3,400 pages, all of which require careful review and inspection for purposes of redacting. Whereas the April 23 order contemplated that the Parties would complete those redactions (ECF 388 at 74-75: "the parties shall redact . . ."), and Wigdor would thereafter file the redacted documents (*Id.* at 75: "Wigdor is directed to publicly file redacted versions . . ."), the Court's most recent Order requiring Wigdor to determine and make the redactions will take significantly longer than a week to accomplish given the size of our firm and the care and diligence required.

We therefore respectfully request an extension to December 18, 2026 to comply with Your Honor's Orders.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Meredith A. Firetog

Meredith A. Firetog

cc: All counsel of record (*via* ECF)

Application GRANTED. Wigdor is given until **December 18, 2026**, to file the unsealed, redacted documents required by ECF No. 388. Further extensions of time are unlikely to be granted absent extraordinary circumstances. The Clerk of Court is directed to terminate ECF No. 494 and mail a copy of this order to any party that has not consented to e-service or e-filing. SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE, United States District Judge



Dated: November 13, 2026
White Plains, New York